UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLASS DIMENSIONS, INC.,<br>and all others similarly<br>situated,<br><br>        Plaintiff,<br><br>        v.<br><br>STATE STREET BANK & TRUST CO.,<br><br>        Defendant. | CIVIL NO. 10-10588-PBS |

**ORDER**

April 30, 2010

Saris, U.S.D.J.

After reviewing the Complaint filed in this case, the Court has determined that legal and factual issues in this action are not related to Civil Action No. 09-10533, which was previously before this Court. Under Local Rule 40.1(G), this case is not a related civil case and should be re-drawn randomly.

/s/ Patti B. Saris
PATTI B. SARIS
United States District Judge