UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-10588-RGS

GLASS DIMENSIONS, INC.

v.

STATE STREET BANK AND TRUST COMPANY

ORDER OF RECUSAL

May 5, 2010

STEARNS, D.J.

As my wife is a former employee and current shareholder in defendant State Street Bank and Trust Company, I am required by law to recuse myself from presiding in this case.  See 28 U.S.C. § 455(b)(4).  The case will be returned to the Clerk to be redrawn.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE