**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

| | | |
|---|---|---|
| Glass Dimensions, Inc. on behalf of the | ) | |
| Glass Dimensions, Inc. Profit Sharing | ) | |
| Plan and Trust, *and all others* | ) | |
| *similarly situated*, | ) | Case No. 1:10-cv-10588 (JLT) |
| | ) | |
| Plaintiffs, | ) | ECF Case |
| | ) | |
| v. | ) | |
| | ) | |
| State Street Bank and Trust Co., | ) | |
| | ) | |
| Defendant. | ) | |

_____)

## DEFENDANT'S ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO FILE A MOTION TO DISMISS

Defendant State Street Bank & Trust Company respectfully requests that the Court grant Defendant an extension of time of one-month to file its Motion to Dismiss the Complaint under Fed. R. Civ. P. 12(b)(1) and (6).  Defendant requests that the deadline for this filing, presently set for June 25, 2010, be adjourned until July 23, 2010, with Plaintiff's Memorandum of Law in Opposition to the Motion to Dismiss scheduled for September 3, and Defendant's Reply Memorandum of Law in Further Support of the Motion to Dismiss scheduled for September 24.

In support of the requested extension, Defendant states that a related case, *Fishman Haygood Phelps Walmsley Willis & Swanson, L.L.P. v. State Street Corporation, et. al*, Appeal No. 10-1513, has been scheduled for a pre-argument settlement conference before the Honorable Patrick J. King for the United States Court for the First Circuit.  Plaintiff's counsel, who also represents Glass Dimensions, the plaintiff here, has proposed to include this action in the settlement conference.  The two actions relate to the same securities lending program and assert

similar legal claims.  The parties believe that a one-month extension of the time to respond to the

Complaint will provide them with sufficient time to explore court-supervised settlement

discussions and increase the likelihood of a successful resolution of this matter.

Plaintiff assents to this motion to extend the date of Defendant's filing of its Motion to

Dismiss from June 25 to July 23, 2010.

**WHEREFORE**, for the reasons stated above, Defendant respectfully requests

that the Court grant this motion for an extension of time to file.

Dated:  June 15, 2010
New York, New York

/s/  Lori A. Martin
Lori A. Martin (*pro hac vice)*
Dawn M. Wilson (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
lori.martin@wilmerhale.com

Jeffrey B. Rudman (BBO # 433380)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
jeffrey.rudman@wilmerhale.com
Tel: (617) 526-6000
Fax: (617-526-5000
Jeffrey.Rudman@wilmerhale.com

US1DOCS 7574030v2

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Lori A. Martin, hereby certify that, pursuant to Local Rule 7.1, prior to filing this motion, WilmerHale LLP conferred with Gregory Porter, counsel for Plaintiff in this action, in an attempt to resolve or narrow the issues presented.

/s/ Lori A. Martin_____
Lori A. Martin

## CERTIFICATE OF SERVICE

I, Lori A. Martin, hereby certify that this motion and its attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to those indicated as non-registered participants on June 15, 2010.

/s/  Lori A. Martin_____
Lori A. Martin