IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Glass Dimensions, Inc., on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>State Street Bank and Trust Co.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:10-cv-10588 (PBS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION TO ADMIT GREGORY Y. PORTER *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, plaintiff Glass Dimensions, Inc., on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, by their counsel of record, Matthew P. McCue, hereby respectfully moves that leave be granted to allow Gregory Y. Porter, to practice in this action *pro hac vice*. As grounds and in support, the plaintiff states as follows:

1. The undersigned is a member in good standing of the Bars of the Commonwealth of Massachusetts, the United States District Court of the District of Massachusetts, and the First Circuit Court of Appeals.

2. Gregory Y. Porter has certified that he is an active member in good standing of the Bars of Virginia and the District of Columbia.

3. Gregory Y. Porter has certified that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.  Attached is the certificate of Gregory Y. Porter and the required fee for *pro hac* admission.

WHEREFORE, the plaintiff, by its counsel of record, Matthew P. McCue, respectfully requests that the Court issue an Order granting Gregory Y. Porter leave to practice in this action *pro hac vice*.

          Respectfully Submitted,

          GLASS DIMENSIONS, INC.

          By its counsel,


          /s/ Matthew P. McCue
          Matthew P. McCue
          BBO #565319
          Law Office of Matthew P. McCue
          340 ~~179~~ Union Avenue
          Framingham, MA 01702
          Tel: (508) 620-1166
          Fax: (508) 820-3311

## CERTIFICATE OF SERVICE

I, Matthew P. McCue, do hereby certify that this Motion to Admit Pro Hac Vice, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 26, 2010.

/s/ Matthew P. McCue
Matthew P. McCue

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Glass Dimensions, Inc., on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> **State Street Bank and Trust Co.**, <br><br> Defendant. | ) ) ) ) ) ) ) Case No. 1:10-cv-10588 (PBS) ) ) ) ) ) ) |

### CERTIFICATE OF GREGORY Y. PORTER TO APPEAR *PRO HAC VICE*

I, Gregory Y. Porter, do hereby certify, depose and say:

1. I am an active member in good standing of the Bar of the States of Virginia and District of Columbia.

2. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 22 of July, 2010.

_____
Gregory Y. Porter