# EXHIBIT 5

ENNIS**KNUPP**

RESEARCH

## LESS IS MORE: SECURITIES LENDING REVISITED

### SUMMARY
Almost every institutional investor participates in a securities lending program, whether directly or indirectly. Although securities lending income typically constitutes no more than a few basis points at the total fund level, the dollar amount can be significant, and can often pay for a large portion of the expenses associated with running an investment program.

Securities lending income, however, is not a free lunch. The risks cannot be ignored, however small they may be. While we are not opposed to investors participating in securities lending programs, we urge them to be conservative. Minimizing risk should take precedence over maximizing returns.

### WHAT IS SECURITIES LENDING?
Market participants such as broker-dealers and hedge funds borrow securities to execute trading strategies that may include short sales or arbitrage trades. Owners of securities lend them to those who need to borrow them, in exchange for reasonable compensation. Intermediaries such as custodial banks and third-party securities lending agents help facilitate the securities lending process. It is estimated that $550 to $600 billion of securities are lent daily in the U.S., and about $1 trillion worldwide.[*]

Many institutional investors engage in securities lending programs with the objective of generating additional revenue by taking on very low levels of risk. There is a securities lending market for both equity and fixed income securities. The industry continues to develop as new participants are attracted and new technology serves to facilitate this growth.

Investors participate in securities lending programs either directly for their separate account portfolios (portfolios that hold individual securities in the name of the investor), or indirectly through commingled or mutual funds (where the investor owns units of the fund, not the individual securities, which are owned by the fund). In the latter case, the investor has no control over the securities lending program, as the lending guidelines are determined by the fund companies.

---

[*] "Scope and Dynamics of the Securities Lending Industry," by Don Rich and Jason Moore, *The Journal of Portfolio Management*, Fall 2002

©2003, Ennis Knupp + Associates, Inc.

**HOW DOES A SECURITIES LENDING PROGRAM WORK?**
There are two basic ways to structure a securities lending program:
- Principal-basis
- Agency-basis

In a principal-based securities lending program, the investor agrees to lend the entire portfolio (or specific portions) to a single borrower on an exclusive basis. In exchange for exclusive rights, the borrower will typically guarantee either a minimum portfolio percentage on loan, or some minimum revenue target.

U.S.-based institutional investors predominantly participate in agency-based securities lending programs. In this case, a lending agent attempts to lend the portfolio on a best efforts basis. The lending agent could be the custodial bank, or a third-party agent. The exhibit provides a schematic of the basic steps in a program.

1. The lending agent finds a borrower for the securities. The borrower deposits collateral – either cash or non-cash – with the lending agent. The loan is typically collateralized at 102% for domestic securities and 105% for non-U.S. securities. The collateral is marked-to-market on a daily basis. In the case of cash collateral, the lending agent negotiates the interest rate to be paid on the collateral to the borrower of securities, referred to as the *rebate rate*. In the case of non-cash collateral, the lending agent negotiates a fee to be paid by the borrower.

2. The lending agent invests the cash collateral with the goal of earning something over and above the rebate rate.

3. When the loan is no longer required, the borrower returns the securities to the lending agent. The close-out of the loan may occur because the borrower no longer needs the security, or because the owner needs the security returned due to a sale by the portfolio manager. At this stage, the lending agent returns the cash collateral plus the agreed-upon rebate rate to the borrower.

4. The difference between the return earned on the cash collateral investment and the rebate rate is the gross spread. The lending agent retains a portion of the gross spread as its fee, and credits the remainder to the owner of the securities.

©2003, Ennis Knupp + Associates, Inc.

The revenues from a securities lending program depend on several factors:

- **Lendable portfolio value.** The value of the securities available for lending. Non-lendable investments include private equity, real estate, and investor shares in commingled/mutual funds.

- **Type of securities.** Small-cap domestic stocks, international stocks and treasuries are in greater demand in the securities lending market than large-cap domestic stocks and corporate bonds.

  - **Percentage of portfolio on loan.** The greater the proportion of the portfolio on loan, the greater the potential for securities lending revenue. The average percentage of the portfolio on loan depends on the type of securities in the portfolio, as well as the ability of the securities lending agent to loan them out.

  - **Rebate rate.** The rate of interest paid to the borrower of a security on the collateral. In general, the rebate rate negotiated will be low if the security being lent is in short supply.

- **Return on collateral investment.** The higher the return on the collateral investment, the greater the revenue generation.

- **Spread.** Difference between the return on collateral investment earned and the rebate rate paid.

The gross return from a securities lending program can be expressed as follows:

*Gross Securities Lending Revenue = Lendable Portfolio Value  x  Percentage on Loan  x  Spread*

First quarter 2003 statistics available from the Risk Management Association (RMA) for lendable portfolios with over $3.5 trillion in assets indicate a gross securities lending revenue of about 5 basis points (1 basis point = 0.01%). This figure is low now primarily because of a flat yield curve in short maturities; we would expect the revenue to be in the range of 8 to 10 basis points in upward sloping yield curve environments. The actual experience for a particular portfolio will depend on the various factors.

The securities lending agent typically retains 15% to 35% of the gross revenues from securities lending programs as its fee. The balance is the net revenue to the investor from securities lending. The split typically depends on the securities lending revenue-generating potential of the portfolio.

©2003, Ennis Knupp + Associates, Inc.

**WHAT ARE THE RISKS IN A SECURITIES LENDING PROGRAM?**
Securities lending income is not guaranteed. Key risks include:

- **Collateral Investment Risk.** The greatest risk in a securities lending program comes from collateral investments. Even aggressive collateral investment guidelines are unlikely to add more than a few basis points annually to the return of the overall fund, while the downside, if it occurs, can be meaningful.

    Collateral investments typically take on duration risk and credit risk to enhance the securities lending revenues. Security loans can be considered as overnight transactions that are rolled over daily. Collateral is typically invested in instruments with longer maturities to try to capitalize on higher yields (assuming an upward-sloping yield curve), creating an asset/liability mismatch. Collateral losses can result if interest rates rise (interest rates and the value of fixed-income securities are inversely related – a rise in rates causes the market value of a bond to decline, and vice versa). Returns are also enhanced by taking on some credit risk. Losses can occur if spreads widen, the issuer of the fixed-income paper is downgraded, or the issuer defaults. Securities lending can be viewed in a sense as fixed-income leverage.

- **Borrower Risk or Counterparty Risk.** Borrower risk is the risk that the borrower does not return the borrowed securities. Borrower risk can be controlled by approving only high quality borrowers, setting individual borrower limits, and regularly monitoring the borrowers. Further protection is available to the lenders in the form of the collateral deposited by the borrowers (102% to 105%) which is marked-to-market on a daily basis. Indemnification against borrower default is typically offered by the lending agent or can be negotiated in a securities lending program.

    In a principal securities lending program, the entire counterparty risk is with a single borrower, unless the portfolio has been split into various pools and distributed among various principal borrowers to achieve diversification.

- **Operational Risk.** Securities lending involves a number of moving parts. Collateral has to be collected in exchange for lending securities; collateral has to be marked-to-market daily; compliance of borrower limits have to be monitored; corporate actions on securities need to be tracked; securities lent have to be recalled when sold, and so on. Securities lending agents should have processes in place to manage each aspect of a securities lending program to minimize the operational risk.

It is common industry practice for the lending agent to earn a portion of the securities lending revenues but not share in the losses on collateral investments. This asymmetric reward structure could motivate the lending agent to take undue risks. In 1994, a handful of securities lending programs incurred losses as a result of an increase in interest rates. In most cases, the lending agent covered the losses even though it was contractually not obligated to do so. Recently, some securities lending programs have incurred losses due to issuer defaults in the collateral investments. Some examples:

©2003, Ennis Knupp + Associates, Inc.

>Mellon Bank – In early 1994, Mellon bet on stable or falling interest rates. As interest rates rose sharply, there were dramatic declines in the market value of Mellon's investments, estimated at approximately $130 million. Although not explicitly obligated to cover the losses, Mellon chose to make its clients whole.
>
>Harris Trust & Savings Bank – The Harris Trust securities lending program incurred losses in 1994, again due to rising interest rates, which extended the duration of a $2.3 billion capped floating-rate collateralized mortgage obligation to go up. The investment in the CMO was 34% of the total $6.7 billion being managed by the securities lending unit. Harris covered the loss in total ($51 million).
>
>The Common Fund – The Common Fund used a third-party lending manager, First Capital Strategists. In 1995, TCF reported an estimated securities lending loss of $138 million incurred over a three-year period. The loss was attributed to unauthorized trading activity in an index arbitrage strategy by a rogue trader. First Capital was forced out of business as clients abandoned the firm. The loss was allocated across TCF's commingled funds.
>
>UBS – In 2002, one of UBS's fixed income commingled funds incurred a loss of 0.8% of the value of the fund on account of losses in its securities lending program. A portion of the cash collateral was invested in Enron paper, which was investment-grade at the time of investment. At the end of the second quarter of 2002, Enron defaulted, resulting in a loss. Investors in the fund absorbed the loss.
>
>New York City Retirement Systems – In 2002, Citibank, the custodian and lending agent, had invested $89 million of cash collateral in National Century Financial Enterprises, a health care firm that was downgraded, and subsequently filed for bankruptcy. The final impact of this on the Retirement Systems is yet to be determined.

David Swensen, at Yale University, refers to the earnings from securities lending as "make a little, make a little, make a little, lose a lot."[*]

Investors can certainly lose money by participating in securities lending programs, but losses have been few and far between. Although the reward structure for the agent is not necessarily aligned with the interest of the investor/lender, we believe the business risk from losses in a securities lending program should help to keep agents in check.

Collateral investment risk can be virtually eliminated by investing in duration-matched government securities/repurchase agreements, but this can significantly reduce (if not eliminate altogether) the revenue-generating potential, which might make a securities lending program unviable for many institutional investors.

Most lending agents offer a choice of collateral investment pools with different risk/return characteristics. The collateral investment pools attempt to control risk by approaches such as evaluating each credit,

---

[*] "*Pioneering Portfolio Management*," David Swensen, May 2000.

©2003, Ennis Knupp + Associates, Inc.

investing in high-quality instruments, limiting the maximum duration and maturity, and limiting the maximum investment in the paper of a single issuer.

Large institutional investors can also specify that their collateral be managed separately according to guidelines tailored to their needs. If the collateral to be managed is not substantial, though, diversification may not be achieved to the same extent as in the collateral investment pools.

**TO LEND OR NOT TO LEND?**
Securities lending is not without risk. EnnisKnupp believes, however, that a carefully structured securities lending program can help offset some plan expenses. Investors need to determine the amount of risk they are willing to take in a securities lending program and we advise them to err on the conservative side.

The objective in a securities lending program should be to minimize the risk of loss, not to maximize income. It is more comfortable to explain underperformance due to adverse short term security-selection by an investment manager than to explain a similar level of underperformance that is due to losses from an overly aggressive securities lending program.

**CONCLUSION**
Securities lending income has some associated risks, however small they may be. At the same time, revenues from securities lending, while small as a percentage of the total portfolio, are not insignificant. While we think it is appropriate for most investors to engage in securities lending, investors should focus on minimizing risks, not maximizing returns. Less is more.


Neeraj Baxi
October 2003

©2003, Ennis Knupp + Associates, Inc.

**Exhibit: Schematic Steps in Securities Lending**



©2003, Ennis Knupp + Associates, Inc.

M:\WP\RESEARCH.PAP\securities lending paper.doc