# EXHIBIT 7

**Part II** | **Information on Participating Plans (to be completed by DFEs)**

**(a)** Plan Name FIRST DATA CORPORATION DEFINED BENE

**(b)** Name of plan sponsor FIRST DATA CORPORATION DEFINED BENE   **(c)** EIN-PN 22-3630320-001

**(a)** Plan Name AUSTIN FIREFIGHTERS RELIEF & RETIRE

**(b)** Name of plan sponsor AUSTIN FIREMENS RELIEF & RETIREMENT   **(c)** EIN-PN 74-6059219-001

**(a)** Plan Name MARITIME ASSOCIATION - I.L.A. PENSI

**(b)** Name of plan sponsor BOARD OF TRUSTEES OF THE MARITIME A   **(c)** EIN-PN 74-1721447-001

**(a)** Plan Name NAVY FEDERAL CREDIT UNION EMPLOYEES

**(b)** Name of plan sponsor NAVY FEDERAL CREDIT UNION   **(c)** EIN-PN 53-0116705-001

**(a)** Plan Name IBEW LOCAL 684 DEFINED BENEFIT PENS

**(b)** Name of plan sponsor JOINT BOARD OF TRUSTEES OF IBEW LOC   **(c)** EIN-PN 94-6442909-001

**(a)** Plan Name OCEAN SPRAY CRANBERRIES RETIREMENT

**(b)** Name of plan sponsor OCEAN SPRAY CRANBERRIES, INC.   **(c)** EIN-PN 04-1215610-001

**(a)** Plan Name MERCY MEDICAL CENTER RETIREMENT PLA

**(b)** Name of plan sponsor MERCY MEDICAL CENTER   **(c)** EIN-PN 42-0698295-001

**(a)** Plan Name JACKSON COUNTY EMPLOYEES RETIREMEN

**(b)** Name of plan sponsor JACKSON COUNTY RETIREMENT SYSTEM   **(c)** EIN-PN 38-6004845-001

**(a)** Plan Name OFFICEMAX CORPORATION MASTER TRUST

**(b)** Name of plan sponsor OFFICEMAX CORPORATION MASTER TRUST   **(c)** EIN-PN 04-2779424-001

**(a)** Plan Name HARBOR CAPITAL ADVISORS GROUP TRUST

**(b)** Name of plan sponsor HARBOR CAPITAL ADVISORS GROUP TRUST   **(c)** EIN-PN 56-1223381-001

**(a)** Plan Name SOUTH CAROLINA RETIREMENT SYSTEM

**(b)** Name of plan sponsor SOUTH CAROLINA RETIREMENT SYSTEMS   **(c)** EIN-PN 57-6042472-001

**(a)** Plan Name PITNEY BOWES INC. PENSION PLAN

**(b)** Name of plan sponsor PITNEY BOWES INC.   **(c)** EIN-PN 06-0495050-001

**(a)** Plan Name AON PENSION PLAN

**(b)** Name of plan sponsor AON CORPORATION CHICAGO OFFICE   **(c)** EIN-PN 36-3051915-010

**(a)** Plan Name MUNICIPAL EMPLOYEES BENEFIT TRUST

**(b)** Name of plan sponsor MUNICIPAL EMPLOYEES BENEFIT TRUST   **(c)** EIN-PN 91-6255592-001

**(a)** Plan Name BUZZI UNICEM USA INC. MASTER TRUST

**(b)** Name of plan sponsor BUZZI UNICEM USA INC.   **(c)** EIN-PN 56-2427258-001

**(a)** Plan Name PLUMBERS UNION LOCAL 55 PENSION F

**(b)** Name of plan sponsor PLUMBERS UNION LOCAL NO. 55 PENSION   **(c)** EIN-PN 34-6514703-001

**(a)** Plan Name SAVINGS BANKS EMPLOYEES RETIREMENT

**(b)** Name of plan sponsor SAVINGS BANKS EMPLOYEES RETIREMENT   **(c)** EIN-PN 04-2004337-001

**(a)** Plan Name WASHINGTON METROPOLITAN AREA TRANSI

**(b)** Name of plan sponsor WASHINGTON METRO AREA TRANSIT AUTHO   **(c)** EIN-PN 52-1038122-001

**(a)** Plan Name PENSION PLAN OF FKI INDUSTRIES INC.

**(b)** Name of plan sponsor FKI INDUSTRIES, INC.   **(c)** EIN-PN 06-0241470-002

**(a)** Plan Name MAJOR LEAGUE BASEBALL PLAYERS PENSI

**(b)** Name of plan sponsor MAJOR LEAGUE PLAYERS   **(c)** EIN-PN 51-0185287-001

**(a)** Plan Name ADAMS EDWARDS & WELCH PROFIT SHARIN

**(b)** Name of plan sponsor ADAMS EDWARDS & WELCH PC   **(c)** EIN-PN 94-2147622-002

**(a)** Plan Name RETIREMENT INCOME PLAN FOR EMPLOYEE

**(b)** Name of plan sponsor ROCKEFELLER FOUNDATION   **(c)** EIN-PN 13-1659629-001

**(a)** Plan Name CBI PENSION TRUST

**(b)** Name of plan sponsor PRAXAIR, INC.   **(c)** EIN-PN 06-1249050-001

**(a)** Plan Name IRON WORKERS DISTRICT COUNCIL OF NE

**(b)** Name of plan sponsor BOARD OF TRUSTEES OF THE IRON WORKE   **(c)** EIN-PN 04-2591016-001

**(a)** Plan Name DEUTSCHE BANK PENSION PLAN

**(b)** Name of plan sponsor DEUTSCHE BANK   **(c)** EIN-PN 13-3645372-001

**(a)** Plan Name FKI GROUP PENSION PLAN

**(b)** Name of plan sponsor FKI INDUSTRIES, INC.   **(c)** EIN-PN 06-0241470-041

**(a)** Plan Name TEAMSTERS JOINT COUNCIL NO.83 OF VI

**(b)** Name of plan sponsor TEAMSTERS JOINT COUNCIL NO.83 OF VI   **(c)** EIN-PN 54-6097996-001

**(a)** Plan Name HARSCO PENSION AND PROFIT SHARING C

**(b)** Name of plan sponsor HARSCO CORPORATION   **(c)** EIN-PN 54-1834572-001

**(a)** Plan Name ALBANY INTERNATIONAL, INC. PENSION

**(b)** Name of plan sponsor ALBANY INTERNATIONAL     **(c)** EIN-PN 00-0000000-001

**(a)** Plan Name TEAMSTERS-UPS NATIONAL 401K TAX D

**(b)** Name of plan sponsor TEAMSTERS-UPS NATIONAL 401K     **(c)** EIN-PN 95-1732075-003

**(a)** Plan Name MASON TENDERS DISTRICT COUNCIL TRUS

**(b)** Name of plan sponsor MASON TENDERS DISTRICT COUNCIL TRUS     **(c)** EIN-PN 13-6190433-001

**(a)** Plan Name NATIONAL GRID USA COMPANIES FINAL A

**(b)** Name of plan sponsor NATIONAL GRID USA SERVICE COMPANY,     **(c)** EIN-PN 04-1663150-003

**(a)** Plan Name S&P 500 FLAGSHIP SL SERIES FUND - C

**(b)** Name of plan sponsor STATE STREET BANK AND TRUST COMPANY     **(c)** EIN-PN 04-0025081-460

**(a)** Plan Name S&P 500 FLAGSHIP SL SERIES FUND - C

**(b)** Name of plan sponsor STATE STREET BANK AND TRUST COMPANY     **(c)** EIN-PN 04-0025081-461

**(a)** Plan Name COOKSON ELECTRONICS, INC. RETIREMEN

**(b)** Name of plan sponsor COOKSON AMERICA, INC.     **(c)** EIN-PN 04-0025081-001

**(a)** Plan Name PUBLIC EDUCATION EMPLOYEES RETIREME

**(b)** Name of plan sponsor PUBLIC SCHOOL RETIREMENT SYSTEM OF     **(c)** EIN-PN 44-6000195-001

**(a)** Plan Name UFCW UNIONS AND FOOD EMPLOYERS PENS

**(b)** Name of plan sponsor UFCW UNIONS AND FOOD EMPLOYERS PENS     **(c)** EIN-PN 31-6089168-001

**(a)** Plan Name WMATA/LOCAL 922 RETIREMENT PLAN

**(b)** Name of plan sponsor WASHINGTON METRO AREA TRANSIT AUTHO     **(c)** EIN-PN 52-1038122-001

**(a)** Plan Name PULITZER INC. MASTER TRUST

**(b)** Name of plan sponsor PULITZER INC. MASTER TRUST     **(c)** EIN-PN 43-2684132-001

**(a)** Plan Name LOCAL 1814 YONKERS RETIREMENT TRU

**(b)** Name of plan sponsor AMERICAN SUGAR REFINING CO.     **(c)** EIN-PN 13-6603097-014

**(a)** Plan Name LABORATORY CORPORATION OF AMERICA D

**(b)** Name of plan sponsor LABORATORY OF AMERICA HOLDINGS     **(c)** EIN-PN 00-0000000-001

**(a)** Plan Name CITY OF KNOXVILLE EMPLOYEES PENSIO

**(b)** Name of plan sponsor KNOXVILLE CITY EMPLOYEES PENSION FU     **(c)** EIN-PN 62-6000326-001

**(a)** Plan Name OKLAHOMA CITY EMPLOYEES RETIREMENT

**(b)** Name of plan sponsor CITY OF OKLAHOMA CITY     **(c)** EIN-PN 73-6096475-001

**(a)** Plan Name HORIZON BLUE CROSS BLUE SHIELD OF N

**(b)** Name of plan sponsor HORIZON BLUE CROSS BLUE SHIELD OF N    **(c)** EIN-PN 22-0999690-001

**(a)** Plan Name WELCH FOOD RETIREMENT MASTER TRUST

**(b)** Name of plan sponsor WELCH FOOD RETIREMENT MASTER TRUST    **(c)** EIN-PN 00-0000000-001

**(a)** Plan Name CONTRA COSTA COUNTY ELECTRICAL WORK

**(b)** Name of plan sponsor CONTRA COSTA COUNTY ELECTRICAL WORK    **(c)** EIN-PN 94-6114525-001

**(a)** Plan Name MASON TENDERS DISTRICT COUNCIL PENS

**(b)** Name of plan sponsor MASON TENDERS DISTRICT COUNCIL TRUS    **(c)** EIN-PN 13-6190433-001

**(a)** Plan Name EMPLOYEES RETIREMENT PLAN OF HAMDEN

**(b)** Name of plan sponsor HAMDEN TOWN PENSION SYSTEM    **(c)** EIN-PN 00-0000000-001

**(a)** Plan Name ANNE ARUNDEL COUNTY PENSION & RETIR

**(b)** Name of plan sponsor ANNE ARUNDEL COUNTY PENSION & RETIR    **(c)** EIN-PN 52-6000878-001

**(a)** Plan Name FULTON COUNTY EMPLOYEES RETIREMENT

**(b)** Name of plan sponsor FULTON COUNTY EMPLOYEES PENSION FUN    **(c)** EIN-PN 58-6001192-001

**(a)** Plan Name J.C. PENNEY CORPORATION, INCORPORAT

**(b)** Name of plan sponsor J.C. PENNEY CORPORATION, INC.    **(c)** EIN-PN 13-5583779-001

**(a)** Plan Name PENSION FUND FOR HOSPITAL & HEALTH

**(b)** Name of plan sponsor PENSION FUND FOR HOSPITAL & HEALTH    **(c)** EIN-PN 23-2627428-001

**(a)** Plan Name SANOFI MASTER TRUST

**(b)** Name of plan sponsor SANOFI MASTER TRUST    **(c)** EIN-PN 04-3462010-001

**(a)** Plan Name S&P 500 FLAGSHIP SL SERIES FUND - C

**(b)** Name of plan sponsor STATE STREET BANK AND TRUST COMPANY    **(c)** EIN-PN 04-0025081-519

**(a)** Plan Name METHODIST MEDICAL CENTER OF ILLININ

**(b)** Name of plan sponsor METHODIST HEALTH SERVICES CORP.    **(c)** EIN-PN 37-1111135-001

**(a)** Plan Name ALEXANDER PROUDFOOT COMPANIES DEFIN

**(b)** Name of plan sponsor PROUDFOOT CONSULTING    **(c)** EIN-PN 65-0015315-002

**(a)** Plan Name OKLAHOMA MUNICIPAL RETIREMENT FUND

**(b)** Name of plan sponsor OKLAHOMA MUNICIPAL RETIREMENT FUND    **(c)** EIN-PN 73-6108940-001

**(a)** Plan Name U.S. ARMY NON-APPROPRIATED FUND EMP

**(b)** Name of plan sponsor U.S. ARMY NAF RETIREMENT PLAN TRUST   **(c)** EIN-PN 53-0228505-001

**(a)** Plan Name FRESNO COUNTY EMPLOYEES RETIREMENT

**(b)** Name of plan sponsor FRESNO COUNTY EMPLOYEES RETIREMENT   **(c)** EIN-PN 94-2180266-001

**(a)** Plan Name MCDERMOTT INC MASTER TRUST

**(b)** Name of plan sponsor MCDERMOTT INC MASTER TRUST   **(c)** EIN-PN 36-3043322-001

**(a)** Plan Name THE CELANESE AMERICAS PENSION PLAN

**(b)** Name of plan sponsor CELANESE CORPORATION   **(c)** EIN-PN 13-5568434-001

**(a)** Plan Name JORDAN HOSPITAL RETIREMENT PLAN

**(b)** Name of plan sponsor JORDAN HOSPITAL   **(c)** EIN-PN 22-2667354-001

**(a)** Plan Name HORIZON BLUE CROSS BLUE SHIELD OF N

**(b)** Name of plan sponsor HORIZON BLUE CROSS BLUE SHIELD OF N   **(c)** EIN-PN 22-0999690-001

**(a)** Plan Name WORCESTER REGIONAL CONTRIBUTORY RET

**(b)** Name of plan sponsor WORCESTER REGIONAL RETIREMENT SYSTE   **(c)** EIN-PN 04-6043463-001

**(a)** Plan Name SHEET METAL WORKERS LOCAL UNION NO

**(b)** Name of plan sponsor SHEET METAL WORKERS LOCAL UNION NO   **(c)** EIN-PN 52-6038495-001

**(a)** Plan Name BLACK AND DECKER DEFINED BENEFIT PL

**(b)** Name of plan sponsor THE BLACK AND DECKER CORPORATION   **(c)** EIN-PN 52-1127357-001

**(a)** Plan Name PACIFICORP MASTER RETIREMENT TRUST

**(b)** Name of plan sponsor PACIFICORP   **(c)** EIN-PN 93-0246090-001

**(a)** Plan Name BUFFALO LABORERS PENSION FUND

**(b)** Name of plan sponsor BUFFALO LABORERS PENSION FUND   **(c)** EIN-PN 16-0845094-001

**(a)** Plan Name SONOCO DEFINED BENEFIT PLAN

**(b)** Name of plan sponsor SONOCO PRODUCTS COMPANY   **(c)** EIN-PN 57-0248420-001

**(a)** Plan Name PLUMBERS & STEAMFITTERS LOCAL NO. 1

**(b)** Name of plan sponsor PLUMBERS & STEAMFITTERS LOCAL NO. 1   **(c)** EIN-PN 51-6029575-001

**(a)** Plan Name FIRMENICH PENSION PLAN TRUST - VARI

**(b)** Name of plan sponsor FIRMENICH INCORPORATED   **(c)** EIN-PN 13-5560633-001

**(a)** Plan Name PAINTERS AND ALLIED TRADES DISTRICT

**(b)** Name of plan sponsor PAINTERS AND ALLIED TRADES DISTRICT    **(c)** EIN-PN 22-2489316-001

**(a)** Plan Name GENERAL BUILDING LABORERS LOCAL UNI

**(b)** Name of plan sponsor GENERAL BUILDING LABORERS, LOCAL 66    **(c)** EIN-PN 11-1974385-001

**(a)** Plan Name CHICAGO MERCANTILE EXCHANGE INC. PE

**(b)** Name of plan sponsor CHICAGO MERCANTILE EXCHANGE INC. PE    **(c)** EIN-PN 36-4459170-001

**(a)** Plan Name PENTEGRA SERVICES, INC.

**(b)** Name of plan sponsor PENTEGRA RETIREMENT SERVICES    **(c)** EIN-PN 13-3745616-001

**(a)** Plan Name FARNAM UNION PENSION PLAN

**(b)** Name of plan sponsor FREUDENBERG-NOK GENERAL PARTNERSHIP    **(c)** EIN-PN 38-2858208-002

**(a)** Plan Name MARITIME ASSOCIATION-I.L.A. PENSION

**(b)** Name of plan sponsor MARITIME ASSOCIATION-I.L.A. PENSION    **(c)** EIN-PN 74-1867847-002

**(a)** Plan Name AMERICAN SUGAR MASTER RETIREMENT TR

**(b)** Name of plan sponsor AMERICAN SUGAR MASTER RETIREMENT TR    **(c)** EIN-PN 36-7406951-001

**(a)** Plan Name UOP INC PENSION PLAN

**(b)** Name of plan sponsor UOP INC    **(c)** EIN-PN 04-3034097-001

**(a)** Plan Name FREUDENBERG NOK CASH BALANCE RET TR

**(b)** Name of plan sponsor FREUDENBERG-NOK GENERAL PARTNERSHIP    **(c)** EIN-PN 38-2858208-005

**(a)** Plan Name PLUMBERS UNION LOCAL NO. 12 PENSION

**(b)** Name of plan sponsor PLUMBERS UNION LOCAL NO. 12    **(c)** EIN-PN 04-6023174-001

**(a)** Plan Name EXIDE TECHNOLOGIES RETIREMENT PLAN

**(b)** Name of plan sponsor EXIDE TECHNOLOGIES    **(c)** EIN-PN 23-0552730-001

**(a)** Plan Name CORPUS CHRISTI FIRE FIGHTERS RETIR

**(b)** Name of plan sponsor CORPUS CHRISTI FIRE FIGHTERS RETIR    **(c)** EIN-PN 74-2263038-001

**(a)** Plan Name PUBLIC SCHOOL RETIREMENT SYSTEM OF

**(b)** Name of plan sponsor PUBLIC SCHOOL RETIREMENT SYSTEM OF    **(c)** EIN-PN 44-6000195-001

**(a)** Plan Name FIRMENICH PENSION PLAN TRUST - FIXE

**(b)** Name of plan sponsor FIRMENICH INCORPORATED    **(c)** EIN-PN 13-5560633-001

**(a)** Plan Name WICHITA RETIREMENT SYSTEMS

**(b)** Name of plan sponsor WICHITA RETIREMENT SYSTEMS    **(c)** EIN-PN 48-6000653-001

**(a)** Plan Name ALLERGAN, INC. PENSION PLAN

**(b)** Name of plan sponsor ALLERGAN, INC.     **(c)** EIN-PN 95-1622442-001

**(a)** Plan Name U.S. TRUST CORPORATION EMPLOYEES R

**(b)** Name of plan sponsor U.S. TRUST CORPORATION EMPLOYEES R     **(c)** EIN-PN 13-3818954-002

**(a)** Plan Name CBS CCPP MASTER TRUST

**(b)** Name of plan sponsor CBS CCPP MASTER TRUST     **(c)** EIN-PN 04-2949533-194

**(a)** Plan Name REVISED RETIREMENT PLAN FOR ELIGIBL

**(b)** Name of plan sponsor NEW YORK STOCK EXCHANGE     **(c)** EIN-PN 13-5275290-001

**(a)** Plan Name GENEVA GENERAL RETIREMENT PLAN

**(b)** Name of plan sponsor FINGER LAKES REGIONAL HEALTH SYSTEM     **(c)** EIN-PN 16-0743032-001

**(a)** Plan Name HARVEY INDUSTRIES INC. PROFIT SHARI

**(b)** Name of plan sponsor HARVEY INDUSTRIES, INC.     **(c)** EIN-PN 04-3574570-001

**(a)** Plan Name MEDICAL HEALTH RESEARCH ASSOCIATION

**(b)** Name of plan sponsor MEDICAL AND HEALTH RESEARCH ASSOCIA     **(c)** EIN-PN 13-5669201-004

**(a)** Plan Name CITY OF ANN ARBOR EMPLOYEES RETIRE

**(b)** Name of plan sponsor ANN ARBOR CITY EMPLOYEES RETIREMENT     **(c)** EIN-PN 38-6004534-001

**(a)** Plan Name UPS SAVINGS PLAN

**(b)** Name of plan sponsor UNITED PARCEL SERVICE OF AMERICA, I     **(c)** EIN-PN 95-1732075-004

**(a)** Plan Name LIGGETT GROUP INC. MASTER TRUST FOR

**(b)** Name of plan sponsor LIGGETT & MYERS HOLDINGS INC.     **(c)** EIN-PN 51-0413146-010

**(a)** Plan Name THE CITY OF NEW BRITAIN FIRE FIGHTE

**(b)** Name of plan sponsor CITY OF NEW BRITAIN POLICE & FIREME     **(c)** EIN-PN 06-6001874-001

**(a)** Plan Name KNOX COUNTY RETIREMENT & PENSION PL

**(b)** Name of plan sponsor KNOX COUNTY RETIREMENT & PENSION PL     **(c)** EIN-PN 62-6007979-001

**(a)** Plan Name AMERICAN SAMOA GOVERNMENT ASG EMP

**(b)** Name of plan sponsor AMERICAN SAMOA GOVERNMENT ASG EMP     **(c)** EIN-PN 66-0478588-001

**(a)** Plan Name THE GOODYEAR TIRE & RUBBER CO. RETI

**(b)** Name of plan sponsor THE GOODYEAR TIRE & RUBBER COMPANY     **(c)** EIN-PN 34-0253240-001

**(a)** Plan Name PERDUE COMPANIES PENSION PLAN

**(b)** Name of plan sponsor PERDUE FARMS INCORPORATED     **(c)** EIN-PN 52-0888853-001

**(a)** Plan Name VALLEY MEDICAL FACILITIES, INC. RET

**(b)** Name of plan sponsor VALLEY MEDICAL FACILITIES, INC.     **(c)** EIN-PN 25-1801532-004

**(a)** Plan Name COOKSON AMERICA, INC. HOURLY AND SA

**(b)** Name of plan sponsor COOKSON AMERICA, INC.     **(c)** EIN-PN 04-0025081-001

**(a)** Plan Name RETIREMENT PLAN A FOR EMPLOYEES OF

**(b)** Name of plan sponsor AMERICAN CRYSTAL SUGAR COMPANY     **(c)** EIN-PN 84-0004720-001

**(a)** Plan Name VICTAULIC COMPANY OF AMERICA DEFINE

**(b)** Name of plan sponsor VICTAULIC COMPANY OF AMERICA     **(c)** EIN-PN 22-1501729-001

**(a)** Plan Name UFCW LOCAL 655 FOOD EMPLOYERS JOINT

**(b)** Name of plan sponsor UFCW LOCAL 655     **(c)** EIN-PN 00-0000000-001

**(a)** Plan Name CORNING INCORPORATED RETIREMENT MAS

**(b)** Name of plan sponsor CORNING INCORPORATED RETIREMENT MAS     **(c)** EIN-PN 16-0393470-007

**(a)** Plan Name AIR PRODUCTS AND CHEMICALS, INC. RE

**(b)** Name of plan sponsor AIR PRODUCTS AND CHEMICALS, INC.     **(c)** EIN-PN 23-1274455-001

**(a)** Plan Name OREGON SHEET METAL WORKERS MASTER R

**(b)** Name of plan sponsor OREGON SHEET METAL WORKERS MASTER R     **(c)** EIN-PN 93-6018501-001

**(a)** Plan Name S&P 500 FLAGSHIP SL SERIES FUND - C

**(b)** Name of plan sponsor STATE STREET BANK AND TRUST COMPANY     **(c)** EIN-PN 04-0025081-506

**(a)** Plan Name AUTOMOBILE MECHANICS LOCAL 701 UNIO

**(b)** Name of plan sponsor AUTOMOBILE MECHANICS LOCAL 701 UNIO     **(c)** EIN-PN 36-6042061-001

**(a)** Plan Name DUPAGE COUNTY CEMENT MASONS LOCAL

**(b)** Name of plan sponsor DUPAGE COUNTY CEMENT MASONS LOCAL     **(c)** EIN-PN 36-6136496-001

**(a)** Plan Name THE GILLETTE COMPANY RETIREMENT PLA

**(b)** Name of plan sponsor PROCTER & GAMBLE     **(c)** EIN-PN 31-1209457-001

**(a)** Plan Name MUNICIPAL EMPLOYEES RETIREMENT SYS

**(b)** Name of plan sponsor MUNICIPAL EMPLOYEES RETIREMENT SYST     **(c)** EIN-PN 72-0567355-001

**(a)** Plan Name WATERTOWN CONTRIBUTORY RETIREMENT S

**(b)** Name of plan sponsor WATERTOWN CONTRIBUTORY RETIREMENT S    **(c)** EIN-PN 04-3386519-001

**(a)** Plan Name KANSAS CONSTRUCTION TRADES OPEN END

**(b)** Name of plan sponsor KANSAS CONSTRUCTION TRADES FRINGE B    **(c)** EIN-PN 00-0000000-001

**(a)** Plan Name AIR PRODUCTS AND CHEMICALS, INC. MA

**(b)** Name of plan sponsor AIR PRODUCTS AND CHEMICALS, INC.    **(c)** EIN-PN 23-1274455-004

**(a)** Plan Name RHODE ISLAND CARPENTERS ANNUITY FUN

**(b)** Name of plan sponsor RHODE ISLAND CARPENTERS ANNUITY FUN    **(c)** EIN-PN 05-0388849-002

**(a)** Plan Name GROUP HEALTH PLAN, INC. EMPLOYEE RE

**(b)** Name of plan sponsor GROUP HEALTH PLAN, INC.    **(c)** EIN-PN 41-0797853-001

**(a)** Plan Name MIAMI IRONWORKERS LOCAL 272 DEFINED

**(b)** Name of plan sponsor MIAMI IRONWORKERS LOCAL 272 PENSION    **(c)** EIN-PN 05-9648074-015

**(a)** Plan Name THE MASSACHUSETTS AUDUBON SOCIETY R

**(b)** Name of plan sponsor MASSACHUSETTS AUDUBON SOCIETY    **(c)** EIN-PN 04-2104702-001

**(a)** Plan Name TOWN OF ARLINGTON RETIREMENT & TRUS

**(b)** Name of plan sponsor ARLINGTON RETIREMENT AND TRUST FUND    **(c)** EIN-PN 04-6001070-001

**(a)** Plan Name CLARIAN HEALTH PARTNERS DEFINED BEN

**(b)** Name of plan sponsor CLARIAN HEALTH PARTNERS    **(c)** EIN-PN 35-1955872-004

**(a)** Plan Name COLORADO CONTRACTORS OPEN SHOP EMPL

**(b)** Name of plan sponsor COLORADO CONTRACTORS OPEN SHOP EMPL    **(c)** EIN-PN 51-6095686-001

**(a)** Plan Name BJC GROUP PENSION TRUST

**(b)** Name of plan sponsor BJC HEALTH SYSTEM    **(c)** EIN-PN 43-1617558-001

**(a)** Plan Name THE CITY OF NEW BRITAIN POLICE PENS

**(b)** Name of plan sponsor CITY OF NEW BRITAIN POLICE & FIREME    **(c)** EIN-PN 06-6001874-001

**(a)** Plan Name S&P 500 FLAGSHIP SL SERIES FUND - C

**(b)** Name of plan sponsor STATE STREET BANK AND TRUST COMPANY    **(c)** EIN-PN 04-0025081-065

**(a)** Plan Name GENERAL ELECTRIC PENSION TRUST

**(b)** Name of plan sponsor GENERAL ELECTRIC INVESTMENT CORPORA    **(c)** EIN-PN 14-6015763-001

**(a)** Plan Name WINCHESTER CONTRIBUTORY RETIREMENT

**(b)** Name of plan sponsor WINCHESTER BOARD OF RETIREMENT    **(c)** EIN-PN 04-6001371-001

**(a)** Plan Name JP MORGAN / SEARS DEFINED CONTRIBUT

**(b)** Name of plan sponsor SEARS, ROEBUCK AND CO.   **(c)** EIN-PN 36-1750680-001

**(a)** Plan Name FOX VALLEY VICINITY CONSTRUCTION WO

**(b)** Name of plan sponsor FOX VALLEY VICINITY CONSTRUCTION WO   **(c)** EIN-PN 36-6147407-001

**(a)** Plan Name BRUNSWICK CORPORATION MASTER PENSIO

**(b)** Name of plan sponsor BRUNSWICK CORPORATION MASTER PENSIO   **(c)** EIN-PN 36-0848180-140

**(a)** Plan Name FINANCIAL INSTITUTIONS RETIREMENT F

**(b)** Name of plan sponsor FINANCIAL INSTITUTIONS RETIREMENT F   **(c)** EIN-PN 13-5645888-001

**(a)** Plan Name UNIVERSITY COMMUNITY HOSPITAL RETIR

**(b)** Name of plan sponsor UNIVERSITY COMMUNITY HOSPITAL   **(c)** EIN-PN 59-1113901-001

**(a)** Plan Name MIDDLETOWN REGIONAL HEALTH SYSTEM C

**(b)** Name of plan sponsor MIDDLETOWN REGIONAL HEALTH SYSTEM   **(c)** EIN-PN 31-0537492-001

**(a)** Plan Name TOWN OF WELLESLEY CONTRIBUTORY RETI

**(b)** Name of plan sponsor TOWN OF WELLESLEY CONTRIBUTORY RETI   **(c)** EIN-PN 04-2476117-001

**(a)** Plan Name GEORGIA FIREFIGHTERS PENSION FUND

**(b)** Name of plan sponsor GEORGIA FIREFIGHTERS PENSION FUND   **(c)** EIN-PN 58-6005261-001

**(a)** Plan Name CITY OF WESTLAND, MI POLICE AND FIR

**(b)** Name of plan sponsor WESTLAND POLICE & FIRE RETIREMENT S   **(c)** EIN-PN 38-2317882-001

**(a)** Plan Name SHEET METAL WORKERS LOCAL UNION NO.

**(b)** Name of plan sponsor SHEET METAL WORKERS LOCAL UNION NO.   **(c)** EIN-PN 20-0845880-001

**(a)** Plan Name SIX FLAGS, INC. PENSION PLAN

**(b)** Name of plan sponsor SIX FLAGS, INC.   **(c)** EIN-PN 13-3995059-001

**(a)** Plan Name JACKSON HOSPITAL & CLINIC, INC. EMP

**(b)** Name of plan sponsor JACKSON HOSPITAL & CLINIC, INC.   **(c)** EIN-PN 63-6001820-001

**(a)** Plan Name BOARD OF TRUSTEES OF THE NORTHERN I

**(b)** Name of plan sponsor BOARD OF TRUSTEES OF THE NORTHERN I   **(c)** EIN-PN 36-2663798-001

**(a)** Plan Name CITY OF NORWICH PENSION PLAN

**(b)** Name of plan sponsor NORWICH CITY EMPLOYEES RETIREMENT S   **(c)** EIN-PN 06-6001888-001

**(a)** Plan Name MASSPORT AUTHORITY RETIREMENT BOARD

**(b)** Name of plan sponsor MASSACHUSETTS PORT AUTHORITY EMPLOY   **(c)** EIN-PN 04-2663975-001

**(a)** Plan Name BOILERMAKERS NATIONAL ANNUITY TRUST

**(b)** Name of plan sponsor BOILERMAKERS NATIONAL ANNUITY TRUST   **(c)** EIN-PN 48-1029345-001

**(a)** Plan Name WEIL, GOTSHAL & MANGES PARTNERS DE

**(b)** Name of plan sponsor WEIL, GOTSHAL & MANGES LLP   **(c)** EIN-PN 13-1456110-009

**(a)** Plan Name S.D. WARREN COMPANY EMPLOYEES RETIR

**(b)** Name of plan sponsor S.D. WARREN COMPANY EMPLOYEES RETIR   **(c)** EIN-PN 04-3490011-001

**(a)** Plan Name CITY OF STAMFORD POLICEMEN PENSION

**(b)** Name of plan sponsor BOARD OF TRUSTEES OF THE CITY OF ST   **(c)** EIN-PN 06-6379101-001

**(a)** Plan Name INTERNATIONAL FOUNDATION BENEFIT PL

**(b)** Name of plan sponsor INTERNATIONAL FOUNDATION OF EMPLOYE   **(c)** EIN-PN 39-1034021-001

**(a)** Plan Name STATE RETIREMENT AND PENSION SYSTEM

**(b)** Name of plan sponsor MARYLAND STATE RETIREMENT AGENCY   **(c)** EIN-PN 52-6104406-001

**(a)** Plan Name CITY OF TALLAHASSEE RETIREMENT PLAN

**(b)** Name of plan sponsor TALLAHASSEE PENSION PLAN   **(c)** EIN-PN 59-6000435-001

**(a)** Plan Name ASBESTOS WORKERS OF ST. LOUIS LOCAL

**(b)** Name of plan sponsor ASBESTOS WORKERS OF ST. LOUIS LOCAL   **(c)** EIN-PN 43-6027860-001

**(a)** Plan Name PERKIN ELMER RETIREMENT PLAN

**(b)** Name of plan sponsor PERKINELMER   **(c)** EIN-PN 04-2052042-001

**(a)** Plan Name NEXANS USA INC. DEFINED BENEFIT MAS

**(b)** Name of plan sponsor NEXANS USA INC. DEFINED BENEFIT MAS   **(c)** EIN-PN 56-2212188-001

**(a)** Plan Name PRAXAIR PENSION PLAN

**(b)** Name of plan sponsor PRAXAIR, INC.   **(c)** EIN-PN 06-1249050-001

**(a)** Plan Name CLINTON CONTRIBUTORY RETIREMENT PEN

**(b)** Name of plan sponsor TOWN OF CLINTON RETIREMENT SYSTEM   **(c)** EIN-PN 04-6307849-001

**(a)** Plan Name OMAHA PUBLIC POWER DISTRICT RETIREM

**(b)** Name of plan sponsor OMAHA PUBLIC POWER DISTRICT   **(c)** EIN-PN 47-6000369-001

**(a)** Plan Name CITY OF FORT PIERCE RETIREMENT & BE

**(b)** Name of plan sponsor CITY OF FORT PIERCE RETIREMENT & BE    **(c)** EIN-PN 59-1895970-001

**(a)** Plan Name BEAUMONT FIREMENS RELIEF & RETIREM

**(b)** Name of plan sponsor BEAUMONT FIREMENS RELIEF & RETIREME    **(c)** EIN-PN 00-0000000-001

**(a)** Plan Name WORLDSPAN, L.P.

**(b)** Name of plan sponsor WORLDSPAN, L.P.    **(c)** EIN-PN 43-1537250-001

**(a)** Plan Name S&P 500 FLAGSHIP SL SERIES FUND - C

**(b)** Name of plan sponsor STATE STREET BANK AND TRUST COMPANY    **(c)** EIN-PN 04-0025081-078

**(a)** Plan Name SKY CHEFS RETIREMENT BENEFIT PLAN F

**(b)** Name of plan sponsor SKY CHEFS, INC.    **(c)** EIN-PN 13-1318367-002

**(a)** Plan Name WORCESTER CONTRIBUTORY RETIREMENT P

**(b)** Name of plan sponsor WORCESTER CONTRIBUTORY RETIREMENT S    **(c)** EIN-PN 04-6001418-001

**(a)** Plan Name WASHINGTON METROPOLITAN AREA TRANSI

**(b)** Name of plan sponsor WASHINGTON METRO AREA TRANSIT AUTHO    **(c)** EIN-PN 52-1038122-001

**(a)** Plan Name DALLAS FIRE AND POLICE SUPPLEMENTAL

**(b)** Name of plan sponsor DALLAS POLICE & FIRE PENSION SYSTEM    **(c)** EIN-PN 59-1095837-001

**(a)** Plan Name CHARLOTTE FIREFIGHTERS RETIREMENT

**(b)** Name of plan sponsor CHARLOTTE NC FIREFIGHTERS RETIREM    **(c)** EIN-PN 56-6074484-001

**(a)** Plan Name HSBC PENSION PLAN

**(b)** Name of plan sponsor HSBC    **(c)** EIN-PN 00-0000000-001

**(a)** Plan Name SHEET METAL WORKERS LOCAL NO. 17 AN

**(b)** Name of plan sponsor SHEET METAL WORKERS LOCAL NO. 17    **(c)** EIN-PN 04-6394579-001

**(a)** Plan Name RHODE ISLAND CARPENTERS PENSION FUN

**(b)** Name of plan sponsor RHODE ISLAND CARPENTERS PENSION FUN    **(c)** EIN-PN 05-6016572-001

**(a)** Plan Name DEAD RIVER COMPANY RET PL & TR

**(b)** Name of plan sponsor DEAD RIVER COMPANY    **(c)** EIN-PN 01-0385895-001

**(a)** Plan Name KANSAS CITY LIFE INSURANCE COMPANY

**(b)** Name of plan sponsor KANSAS CITY LIFE INSURANCE COMPANY    **(c)** EIN-PN 44-6014327-001

**(a)** Plan Name INTERNATIONAL BROTHERHOOD OF BOILER

**(b)** Name of plan sponsor INTERNATIONAL BROTHERHOOD OF BOILER    **(c)** EIN-PN 48-6031851-001

**(a)** Plan Name SAN BERNARDINO COUNTY EMPLOYEES RE

**(b)** Name of plan sponsor SAN BERNARDINO COUNTY EMPLOYEES RE    **(c)** EIN-PN 95-6193238-001

**(a)** Plan Name BRAINTREE CONTRIBUTORY RETIREMENT S

**(b)** Name of plan sponsor BRAINTREE CONTRIBUTORY RETIREMENT S    **(c)** EIN-PN 04-2773363-001

**(a)** Plan Name NASHUA CORPORATION PENSION PLAN

**(b)** Name of plan sponsor NASHUA CORPORATION    **(c)** EIN-PN 02-0170100-001

**(a)** Plan Name TULSA COUNTY RETIREMENT PLAN

**(b)** Name of plan sponsor TULSA COUNTY RETIREMENT PLAN    **(c)** EIN-PN 73-6006419-001

**(a)** Plan Name WESTERN UNION MASTER PENSION TRUST

**(b)** Name of plan sponsor WESTERN UNION    **(c)** EIN-PN 20-5252333-001

**(a)** Plan Name NATIONAL ROOFING INDUSTRY PENSION F

**(b)** Name of plan sponsor NATIONAL ROOFING INDUSTRY PENSION P    **(c)** EIN-PN 36-6157071-001

**(a)** Plan Name NORTHWESTERN MEMORIAL HOSPITAL EMPL

**(b)** Name of plan sponsor NORTHWESTERN MEMORIAL HOSPITAL    **(c)** EIN-PN 37-0960170-005

**(a)** Plan Name SOUTHERN CALIFORNIA UNITED FOOD & C

**(b)** Name of plan sponsor SOUTHERN CALIFORNIA UNITED FOOD & C    **(c)** EIN-PN 95-1939092-001

**(a)** Plan Name BAYSTATE HEALTH SYSTEM RETIREMENT P

**(b)** Name of plan sponsor BAYSTATE HEALTH SYSTEM    **(c)** EIN-PN 04-2105941-001

**(a)** Plan Name S&P 500 FLAGSHIP SL SERIES FUND - C

**(b)** Name of plan sponsor STATE STREET BANK AND TRUST COMPANY    **(c)** EIN-PN 04-0025081-066

**(a)** Plan Name NORTHWEST OHIO CARPENTERS SUPPLEMEN

**(b)** Name of plan sponsor NORTHWEST OHIO CARPENTERS SUPPLEMEN    **(c)** EIN-PN 34-1697633-001

**(a)** Plan Name TRAVELERS PENSION PLAN

**(b)** Name of plan sponsor ST. PAUL TRAVELERS    **(c)** EIN-PN 06-1008174-001

**(a)** Plan Name YORK INTERNATIONAL CORP. INVESTMENT

**(b)** Name of plan sponsor YORK INTERNATIONAL CORPORATION DB P    **(c)** EIN-PN 13-3473472-001

**(a)** Plan Name YALE-NEW HAVEN HOSPITAL CASH ACCOUN

**(b)** Name of plan sponsor YALE-NEW HAVEN HOSPITAL, INC.    **(c)** EIN-PN 06-0646652-001

**(a)** Plan Name TOWN OF GREENWICH RETIREMENT SYSTEM

**(b)** Name of plan sponsor TOWN OF GREENWICH RETIREMENT SYSTEM   **(c)** EIN-PN 06-6002006-001

**(a)** Plan Name READERS DIGEST ASSOCIATION DB

**(b)** Name of plan sponsor READERS DIGEST U.S.   **(c)** EIN-PN 13-1726769-001

**(a)** Plan Name APPLE BANK FOR SAVINGS RETIREMENT P

**(b)** Name of plan sponsor APPLE BANK FOR SAVINGS   **(c)** EIN-PN 13-0822710-002

**(a)** Plan Name GENERAL BUILDING LABORERS LOCAL UNI

**(b)** Name of plan sponsor GENERAL BUILDING LABORERS, LOCAL 66   **(c)** EIN-PN 11-1974385-001

**(a)** Plan Name IUOE LOCAL 4 PENSION FUND

**(b)** Name of plan sponsor INTERNATIONAL UNION OF OPERATING EN   **(c)** EIN-PN 04-6013863-001

**(a)** Plan Name NORFOLK EMPLOYEES RETIREMENT SYSTEM

**(b)** Name of plan sponsor NORFOLK EMPLOYEES RETIREMENT SYSTEM   **(c)** EIN-PN 54-7500800-001

**(a)** Plan Name NORTH DAKOTA STATE INVESTMENT BOARD

**(b)** Name of plan sponsor NORTH DAKOTA STATE INVESTMENT BOARD   **(c)** EIN-PN 45-0404936-001

**(a)** Plan Name MERCY HOSPITAL EMPLOYEES PENSION TR

**(b)** Name of plan sponsor MERCY HOSPITAL EMPLOYEES PENSION TR   **(c)** EIN-PN 42-0680391-001

**(a)** Plan Name SEARS HOLDINGS 401K SAVINGS PLAN

**(b)** Name of plan sponsor SEARS, ROEBUCK AND CO.   **(c)** EIN-PN 36-1750680-005

**(a)** Plan Name HONEYWELL SAVINGS OWNERSHIP PLAN

**(b)** Name of plan sponsor HONEYWELL INTERNATIONAL INC.   **(c)** EIN-PN 22-2640650-001

**(a)** Plan Name AMERICAN TRADING & PRODUCTION CORPO

**(b)** Name of plan sponsor AMERICAN TRADING & PRODUCTION CORPO   **(c)** EIN-PN 52-0225924-001

**(a)** Plan Name TOWN OF PLYMOUTH CONTRIBUTORY RETIR

**(b)** Name of plan sponsor TOWN OF PLYMOUTH CONTRIBUTORY RETIR   **(c)** EIN-PN 04-6001271-001

**(a)** Plan Name GSK CASH BALANCE

**(b)** Name of plan sponsor GLAXOSMITHKLINE   **(c)** EIN-PN 00-0000000-001

**(a)** Plan Name CITY OF YORK MUNICIPAL PENSION FUND

**(b)** Name of plan sponsor YORK COUNTY RETIREMENT BOARD   **(c)** EIN-PN 23-6001908-001

**(a)** Plan Name EDWARDS LIFESCIENCES PUERTO RICO PE

**(b)** Name of plan sponsor EDWARDS LIFESCIENCES CORPORATION     **(c)** EIN-PN 36-4316614-001

**(a)** Plan Name MERITCARE PENSION PLAN AND TRUST

**(b)** Name of plan sponsor MERITCARE HEALTH SYSTEMS     **(c)** EIN-PN 45-0385890-005

**(a)** Plan Name TEXAS HOSPITAL ASSOCIATION RETIREME

**(b)** Name of plan sponsor TEXAS HOSPITAL ASSOCIATION/HEALTHSH     **(c)** EIN-PN 74-1362741-001

**(a)** Plan Name US TOTAL MARKET INDEX SL CMJ5

**(b)** Name of plan sponsor STATE STREET BANK AND TRUST COMPANY     **(c)** EIN-PN 04-0025081-087

**(a)** Plan Name CAMBRIDGE RETIREMENT SYSTEM

**(b)** Name of plan sponsor CAMBRIDGE RETIREMENT SYSTEM     **(c)** EIN-PN 04-3286893-001

**(a)** Plan Name BOILERMAKER-BLACKSMITH NATIONAL PEN

**(b)** Name of plan sponsor BOILERMAKER-BLACKSMITH NATIONAL PEN     **(c)** EIN-PN 48-6168020-001

**(a)** Plan Name THE ATLANTICARE HEALTHSYSTEM, INC.

**(b)** Name of plan sponsor ATLANTICARE HEALTH SYSTEM, INC.     **(c)** EIN-PN 22-3265213-001

**(a)** Plan Name NCH CORPORATION PROFIT SHARING AND

**(b)** Name of plan sponsor NCH CORPORATION     **(c)** EIN-PN 75-0457200-001

**(a)** Plan Name RETIREMENT PLAN FOR THE EMPLOYEES O

**(b)** Name of plan sponsor FKI INDUSTRIES, INC.     **(c)** EIN-PN 06-0241470-001

**(a)** Plan Name I.B.E.W. LOCAL 684 DEFINED CONTRIBU

**(b)** Name of plan sponsor JOINT BOARD OF TRUSTEES OF IBEW LOC     **(c)** EIN-PN 94-6442909-002

**(a)** Plan Name RHODE ISLAND EMPLOYEES RETIREMENT S

**(b)** Name of plan sponsor RHODE ISLAND EMPLOYEES RETIREMENT S     **(c)** EIN-PN 05-6000522-001

**(a)** Plan Name RETAIL, WHOLESALE AND DEPARTMENT ST

**(b)** Name of plan sponsor RETAIL, WHOLESALE AND DEPARTMENT ST     **(c)** EIN-PN 63-0708442-001

**(a)** Plan Name ILLINOIS STATE TEACHERS RETIREMENT

**(b)** Name of plan sponsor ILLINOIS TEACHERS RETIREMENT SYSTEM     **(c)** EIN-PN 37-1314346-001

**(a)** Plan Name WEIL GOTSHAL & MANGES PARTNERS TARG

**(b)** Name of plan sponsor WEIL, GOTSHAL & MANGES LLP     **(c)** EIN-PN 13-1456110-001

**(a)** Plan Name LOUISIANA STATE POLICE PENSION PLAN

**(b)** Name of plan sponsor LOUISIANA STATE POLICE RETIREMENT S     **(c)** EIN-PN 72-0852921-001

**(a)** Plan Name VULCAN MATERIALS MASTER PENSION TRU

**(b)** Name of plan sponsor VULCAN MATERIALS MASTER PENSION TRU   **(c)** EIN-PN 63-0366371-001

**(a)** Plan Name OHIO HIGHWAY PATROL RETIREMENT SYST

**(b)** Name of plan sponsor OHIO HIGHWAY PATROL   **(c)** EIN-PN 31-6028875-001

**(a)** Plan Name CITY OF WARWICK MUNICIPAL RETIREMEN

**(b)** Name of plan sponsor CITY OF WARWICK   **(c)** EIN-PN 05-6000562-001

**(a)** Plan Name TWU NYC PRIVATE BUS LINES PENSION T

**(b)** Name of plan sponsor TWU NYC PRIVATE BUS LINES PENSION T   **(c)** EIN-PN 13-2535612-001

**(a)** Plan Name MILWAUKEE DRIVERS PENSION TRUST FUN

**(b)** Name of plan sponsor MILWAUKEE DRIVERS   **(c)** EIN-PN 39-6045229-001

**(a)** Plan Name CHICAGO PAINTERS AND DECORATORS PEN

**(b)** Name of plan sponsor CHICAGO PAINTERS AND DECORATORS   **(c)** EIN-PN 51-6030238-001

**(a)** Plan Name TEAMSTERS LOCAL UNION NO. 293 PENSI

**(b)** Name of plan sponsor TEAMSTERS LOCAL 293   **(c)** EIN-PN 51-0151830-001

**(a)** Plan Name THE WILLIAMS COMPANIES INC. MASTER

**(b)** Name of plan sponsor THE WILLIAMS COMPANIES INC.   **(c)** EIN-PN 73-0569878-020

**(a)** Plan Name GREYHOUND LINES, INC. AMALGAMATED T

**(b)** Name of plan sponsor GREYHOUND LINES, INC.   **(c)** EIN-PN 86-0572343-003

**(a)** Plan Name MUNICIPAL EMPLOYEES RETIREMENT SYS

**(b)** Name of plan sponsor MUNICIPAL EMPLOYEES RETIREMENT SYST   **(c)** EIN-PN 72-0567355-001

**(a)** Plan Name THE TIMKEN COMPANY COLLECTIVE INVES

**(b)** Name of plan sponsor THE TIMKEN COMPANY   **(c)** EIN-PN 34-0577130-001

**(a)** Plan Name NATIONAL AUTOMOBILE DEALERS ASSOCIA

**(b)** Name of plan sponsor NATIONAL AUTOMOBILE DEALERS ASSOCIA   **(c)** EIN-PN 52-1678343-001

**(a)** Plan Name OKLAHOMA MUNICIPAL RETIREMENT FUND

**(b)** Name of plan sponsor OKLAHOMA MUNICIPAL RETIREMENT FUND   **(c)** EIN-PN 73-6108940-001

**(a)** Plan Name MIDAMERICAN ENERGY COMPANY RETIREME

**(b)** Name of plan sponsor MID AMERICAN ENERGY COMPANY   **(c)** EIN-PN 42-0673189-001

**(a)** Plan Name FREIGHT DRIVERS & HELPERS LOCAL UNI

**(b)** Name of plan sponsor FREIGHT DRIVERS & HELPERS LOCAL UNI     **(c)** EIN-PN 52-6118055-001

**(a)** Plan Name ALLSTATE BALANCED CMK7

**(b)** Name of plan sponsor STATE STREET BANK AND TRUST COMPANY     **(c)** EIN-PN 04-0025081-094

**(a)** Plan Name NIAGARA MOHAWK PENSION PLAN

**(b)** Name of plan sponsor NATIONAL GRID USA SERVICE COMPANY,     **(c)** EIN-PN 04-1663150-001

**(a)** Plan Name NEW ENGLAND TEAMSTERS & TRUCKING IN

**(b)** Name of plan sponsor NEW ENGLAND TEAMSTERS     **(c)** EIN-PN 13-1868136-001

**(a)** Plan Name KIMBERLY-CLARK CORPORATION

**(b)** Name of plan sponsor KIMBERLY-CLARK CORPORATION     **(c)** EIN-PN 23-1065080-001

**(a)** Plan Name PENSION BENEFIT GUARANTY CORP. INVE

**(b)** Name of plan sponsor PENSION BENEFIT GUARANTY CORP.     **(c)** EIN-PN 52-1042410-001

**(a)** Plan Name S&P 500 FLAGSHIP SL SERIES FUND - C

**(b)** Name of plan sponsor STATE STREET BANK AND TRUST COMPANY     **(c)** EIN-PN 04-0025081-075

**(a)** Plan Name DESERT STATES EMPLOYERS & UFCW UNIO

**(b)** Name of plan sponsor DESERT STATES EMPLOYERS & UFCW UNIO     **(c)** EIN-PN 00-0000000-001

**(a)** Plan Name HEWLETT-PACKARD COMPANY MASTER TRUS

**(b)** Name of plan sponsor HEWLETT-PACKARD COMPANY     **(c)** EIN-PN 00-0000000-001

**(a)** Plan Name OKLAHOMA FIREFIGHTERS PENSION & RET

**(b)** Name of plan sponsor OKLAHOMA FIREFIGHTERS PENSION     **(c)** EIN-PN 73-1132376-001

**(a)** Plan Name ASBESTOS WORKERS LOCAL 24 PENSION F

**(b)** Name of plan sponsor BOARD OF TRUSTEES OF ASBESTOS WORKE     **(c)** EIN-PN 52-6117923-002

**(a)** Plan Name MEAT CUTTERS UNION LOCAL 88 AND FO

**(b)** Name of plan sponsor MEAT CUTTERS UNION LOCAL 88 AND FO     **(c)** EIN-PN 43-6160912-001

**(a)** Plan Name BAXTER INTERNATIONAL INC. AND SUBSI

**(b)** Name of plan sponsor BAXTER INTERNATIONAL INC.     **(c)** EIN-PN 36-0781620-001

**(a)** Plan Name BAPTIST HEALTH PENSION PLAN

**(b)** Name of plan sponsor THE HEALTH CARE AUTHORITY FOR BAPTI     **(c)** EIN-PN 20-3204949-001

**(a)** Plan Name ST. LOUIS HOTEL EMPLOYEES AND RESTA

**(b)** Name of plan sponsor ST. LOUIS HOTEL EMPLOYEES AND RESTA   **(c)** EIN-PN 43-6101313-001

**(a)** Plan Name INTERNATIONAL UNION OF OPERATING EN

**(b)** Name of plan sponsor INTERNATIONAL UNION OF OPERATING EN   **(c)** EIN-PN 04-6127765-001

**(a)** Plan Name ROLLS-ROYCE NORTH AMERICA DEFINED B

**(b)** Name of plan sponsor ROLLS-ROYCE NORTH AMERICA, INC.   **(c)** EIN-PN 54-1967187-001

**(a)** Plan Name TRUCK DRIVERS & HELPERS LOCAL UNION

**(b)** Name of plan sponsor TRUCK DRIVERS & HELPERS LOCAL UNION   **(c)** EIN-PN 52-0951433-001

**(a)** Plan Name INTERNATIONAL FOUNDATION OF EMPLOYE

**(b)** Name of plan sponsor INTERNATIONAL FOUNDATION OF EMPLOYE   **(c)** EIN-PN 39-1034021-001

**(a)** Plan Name

**(b)** Name of plan sponsor   **(c)** EIN-PN -

**(a)** Plan Name CITY OF ROANOKE PENSION PLAN

**(b)** Name of plan sponsor CITY OF ROANOKE PENSION PLAN   **(c)** EIN-PN 54-0883954-001

**(a)** Plan Name FIRSTENERGY SAVINGS PLAN

**(b)** Name of plan sponsor FIRSTENERGY   **(c)** EIN-PN 13-5516989-001

**(a)** Plan Name WHITTAKER CORPORATION EMPLOYEES PE

**(b)** Name of plan sponsor WHITTAKER CORPORATION   **(c)** EIN-PN 95-4033076-001

**(a)** Plan Name ADVANCE PUBLICATIONS PENSION PLAN

**(b)** Name of plan sponsor ADVANCE PUBLICATIONS, INC.   **(c)** EIN-PN 13-5576716-001

**(a)** Plan Name SCHOOL EMPLOYEES RETIREMENT SYSTEM

**(b)** Name of plan sponsor OHIO SCHOOL EMPLOYEES RETIREMENT SY   **(c)** EIN-PN 31-1320181-001

**(a)** Plan Name NEW YORK TEAMSTERS CONFERENCE PENSI

**(b)** Name of plan sponsor NEW YORK TEAMSTERS CONFERENCE PENSI   **(c)** EIN-PN 16-6063585-074

**(a)** Plan Name ASBESTOS WORKERS LOCAL 24 PENSION F

**(b)** Name of plan sponsor BOARD OF TRUSTEES OF ASBESTOS WORKE   **(c)** EIN-PN 52-6117923-001

**(a)** Plan Name PENSION FUND OF LOCAL NO. ONE, I.A.

**(b)** Name of plan sponsor PENSION FUND OF LOCAL NO. ONE, I.A.   **(c)** EIN-PN 13-6414973-001

**(a)** Plan Name MASON TENDERS DISTRICT COUNCIL ANNU

**(b)** Name of plan sponsor MASON TENDERS DISTRICT COUNCIL TRUS   **(c)** EIN-PN 13-6190433-001

**(a)** Plan Name ADAMS COUNTY BOARD OF RETIREMENT

**(b)** Name of plan sponsor ADAMS COUNTY RETIREMENT PLAN     **(c)** EIN-PN 84-6150717-001

**(a)** Plan Name BOISE CASCADE, L.L.C. MASTER PENSIO

**(b)** Name of plan sponsor BOISE CASCADE, L.L.C.     **(c)** EIN-PN 11-3730608-001

**(a)** Plan Name UNITED FOOD AND COMMERCIAL WORKERS

**(b)** Name of plan sponsor UFCW INTERNATIONAL     **(c)** EIN-PN 36-6156395-001

**(a)** Plan Name CATHOLIC HEALTHCARE PARTNERS RETIRE

**(b)** Name of plan sponsor CATHOLIC HEALTHCARE PARTNERS     **(c)** EIN-PN 31-1161086-001

**(a)** Plan Name PATHMARK STORES, INC. PENSION PLAN

**(b)** Name of plan sponsor PATHMARK STORES, INC.     **(c)** EIN-PN 00-0000000-001

**(a)** Plan Name MASSACHUSETTS LABORERS PENSION FUN

**(b)** Name of plan sponsor MASSACHUSETTS LABORERS PENSION FUN     **(c)** EIN-PN 04-6128298-001