<u>Certificate of Service</u>

I hereby certify that on August 3, 2010, I caused a copy of this document to be served electronically, via the electronic filing system, on the registered participants on the Notice of Electronic Filing (NEF) and by first class mail on those indicated as non-registered participants.

<u>/s/ Matthew P. McCue</u>
Matthew P. McCue