**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Glass Dimensions, Inc. on behalf of the ) | |
| Glass Dimensions, Inc. Profit Sharing ) | |
| Plan and Trust, *and all others* ) | |
| *similarly situated*, ) | Case No. 1:10-cv-10588 (JLT) |
| ) | |
| Plaintiffs, ) | ECF Case |
| ) | |
| v. ) | |
| ) | |
| State Street Corporation, State Street ) | |
| Bank and Trust Company, and ) | |
| State Street Global Advisors, ) | |
| Defendant. ) | |
| ) | |

## DEFENDANTS' ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT

Defendants State Street Corporation, State Street Bank and Trust Company, and State Street Global Advisors (collectively "Defendants") respectfully request that the Court grant Defendants an extension of time of one month to respond to Plaintiff Glass Dimensions, Inc.'s First Amended Class Action Complaint ("Amended Complaint"). Defendants request that the deadline for this filing, presently set for August 17, 2010, be adjourned until September 14, 2010, with Plaintiff's Memorandum of Law in Opposition to the Motion to Dismiss scheduled for October 12, and Defendant's Reply Memorandum of Law in Further Support of the Motion to Dismiss scheduled for October 26.

In support of the requested extension, Defendants state that Defendant State Street Bank and Trust Company filed a Motion to Dismiss Plaintiff's original Complaint on July 23, 2010. Plaintiff filed an Amended Complaint on August 3, 2010, adding two additional defendants, State Street Corporation and State Street Global Advisors, and making new substantive

allegations not contained in Plaintiff's initial Complaint.  The parties believe that a one-month extension of the time to respond to the Amended Complaint will allow all Defendants sufficient time to address these new allegations.

Plaintiff assents to this motion to extend the date of Defendants' response to the Amended Complaint from August 17 to September 14, 2010.

**WHEREFORE**, for the reasons stated above, Defendants respectfully request that the Court grant this motion for an extension of time to file a response to the Amended Complaint.

Dated:  August 9, 2010

/s/  Lori A. Martin
Lori A. Martin (*pro hac vice*)
Dawn M. Wilson (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
lori.martin@wilmerhale.com

Jeffrey B. Rudman (BBO # 433380)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
jeffrey.rudman@wilmerhale.com
Tel: (617) 526-6000
Fax: (617-526-5000
Jeffrey.Rudman@wilmerhale.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Lori A. Martin, hereby certify that, pursuant to Local Rule 7.1, prior to filing this motion, WilmerHale LLP conferred with Gregory Porter, counsel for Plaintiff in this action, in an attempt to resolve or narrow the issues presented.

/s/ Lori A. Martin
Lori A. Martin

## CERTIFICATE OF SERVICE

I, Lori A. Martin, hereby certify that this motion and its attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to those indicated as non-registered participants on August 9,  2010.

/s/  Lori A. Martin
Lori A. Martin