IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all other similarly situated*<br><br>Plaintiffs<br><br>v.<br><br>State Street Bank and Trust Co.<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>) Case No. 1:10-cv-10588 (PBS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO ADMIT ELLEN T. NOTEWARE *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, plaintiff, Glass Dimensions, Inc., on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, by their counsel of record, Matthew P. McCue. hereby respectfully moves that that leave be granted to allow Ellen T. Noteware, to practice in this action *pro hac vice*. As grounds and in support, the plaintiff states as follows:

1. The undersigned is a member in good standing of the Bars of the Commonwealth of Massachusetts, the United States District Court of the District of Massachusetts, and the First Circuit Court of Appeals.

2. Ellen T. Noteware has certified that he is an active member in good standing of the Bar of the Commonwealth of Pennsylvania,

3. Ellen T. Noteware has certified that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. Attached is the certificate of Ellen T. Noteware and the required fee for *pro hac vice* admission.

WHEREFORE, the plaintiff, by its counsel of record, Matthew P. McCue, respectfully requests that the Court issue an Order Granting Todd S. Collins leave to practice in this action *pro hac vice.*

        Respectfully submitted,

        GLASS DIMENSIONS, INC.

        By its counsel,

        /s/ Matthew P. McCue

        Matthew P. McCue
        BBO # 565319
        Law Offices of Matthew P. McCue
        340 Union Avenue
        Framingham, MA 01702
        Tel : (508) 620-1166
        Fax: (508) 820-3311

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTES

| | |
|---|---|
| Glass Dimensions, Inc., on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others similarly situated*<br><br>Plaintiffs<br><br>v.<br><br>State Street Bank and Trust Co.,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>) Case No. 1:10-cv-10588 (PBS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF ELLEN T. NOTEWARE TO APPEAR *PRO HAC VICE*

I, ELLEN T. NOTEWARE, do hereby certify, depose and say:

1. I am an active member in good standing of the Bar of the Commonwealth of Pennsylvania.

2. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 20th day of September, 2010.

Ellen T. Noteware



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Ellen T. Noteware, Esq.*

**DATE OF ADMISSION**

*November 25, 1998*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 17, 2010

_____
Patricia A. Johnson
Chief Clerk

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all other similarly situated* <br><br> Plaintiffs <br><br> v. <br><br> State Street Bank and Trust Co. <br><br> Defendants | Case No. 1:10-cv-10588 (PBS) |

## MOTION TO ADMIT TODD S. COLLINS *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, plaintiff, Glass Dimensions, Inc., on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, by their counsel of record, Matthew P. McCue. hereby respectfully moves that that leave be granted to allow Todd S. Collins, to practice in this action *pro hac vice.* As grounds and in support, the plaintiff states as follows:

1. The undersigned is a member in good standing of the Bars of the Commonwealth of Massachusetts, the United States District Court of the District of Massachusetts, and the First Circuit Court of Appeals.

2. Todd S. Collins has certified that he is an active member in good standing of the Bar of the Commonwealth of Pennsylvania,

3. Todd S. Collins has certified that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.      Attached is the certificate of Todd S. Collins and the required fee for *pro hac vice* admission.

WHEREFORE, the plaintiff, by its counsel of record, Matthew P. McCue, respectfully requests that the Court issue an Order Granting Todd S. Collins leave to practice in this action *pro hac vice.*

>   Respectfully submitted,
>
>   GLASS DIMENSIONS, INC.
>
>   By its counsel,
>
>   _____
>   Matthew P. McCue
>   BBO # 565319
>   Law Offices of Matthew P. McCue
>   340 Union Avenue
>   Framingham, MA 01702
>   Tel : (508) 620-1166
>   Fax: (508) 820-3311

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTES

| | |
|---|---|
| Glass Dimensions, Inc., on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others similarly situated* <br><br> Plaintiffs <br><br> v. <br><br> State Street Bank and Trust Co., <br><br> Defendants | ) ) ) ) ) ) ) Case No. 1:10-cv-10588 (PBS) ) ) ) ) ) ) ) ) ) |

## CERTIFICATE OF TODD S. COLLINS TO APPEAR *PRO HAC VICE*

I, TODD S. COLLINS, do hereby certify, depose and say:

1. I am an active member in good standing of the Bar of the Commonwealth of Pennsylvania.

2. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 21st day of September, 2010.

_____
Todd S. Collins



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Todd Stowe Collins, Esq.*

**DATE OF ADMISSION**

*May 7, 1979*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 21, 2010

Patricia A. Johnson
Chief Clerk