IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others Similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> State Street Bank & Trust Co., et al., <br><br> Defendants. | : <br> : <br> : <br> : Case No. 1:10-cv-10588 (PBS) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## CERTIFICATE OF TODD M. SCHNEIDER TO APPEAR *PRO HAC VICE*

I, TODD M. SCHNEIDER, do hereby certify, depose and say:

1. I am an active member in good standing of the Bar of California.

2. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 22nd day of November, 2010.

_____
Todd M. Schneider



# Supreme Court of California

**FREDERICK K. OHLRICH**
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *TODD MICHAEL SCHNEIDER*

*I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that Todd Michael Schneider was on the 8th day of June 1992 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 9th day of November 2010.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By: _____
Janell Hunter, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others Similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> State Street Bank & Trust Co., et al., <br><br> Defendants. | Case No. 1:10-cv-10588 (PBS) |

### MOTION TO ADMIT TODD M. SCHNEIDER *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, plaintiff, Glass Dimensions, Inc., on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, by their counsel of record, Matthew P. McCue, hereby respectfully moves that leave be granted to allow Todd M. Schneider, to practice in this action *pro hac vice*. As grounds and in support, the plaintiff states as follows:

1. The undersigned is a member in good standing of the Bars of Commonwealth of Massachusetts, the United States District Court of the District of Massachusetts, and the First Circuit of Appeals.

2. Todd M. Schneider has certified that he is an active member in good standing of the Bar of California.

3. Todd M. Schneider has certified that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. Attached is the certificate of Todd M. Schneider and the required fee for *pro hac vice* admission.

2

WHEREFORE, the plaintiff, by its counsel of record, Matthew P. McCue, respectfully requests that the Court issue an Order Granting Todd M. Schneider leave to practice in this action *pro hac vice.*.

Respectfully submitted,

GLASS DIMENSIONS, INC,

By its counsel,

_____
Matthew P. McCue
BBO # 565319
Law Offices of Matthew P. McCue
340 Union Avenue
Framingham, MA 01702
Tel: (508) 620-1166
Fax: (508) 820-3311

## **CERTIFICATE OF SERVICE**

 I hereby certify that I have this day caused a copy of the foregoing document to be served via ECF on all counsel of record.


             /s/ Matthew P. McCue

Dated:  November 29, 2010