IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others Similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>State Street Bank & Trust Co., et al.,<br><br>Defendants. | :<br>:<br>:<br>: Case No. 1:10-cv-10588 (PBS)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION TO ADMIT GARRETT W. WOTKYNS *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, plaintiff, Glass Dimensions, Inc., on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, by their counsel of record, Matthew P. McCue, hereby respectfully moves that leave be granted to allow Garrett W. Wotkyns, to practice in this action *pro hac vice*. As grounds and in support, the plaintiff states as follows:

1.      The undersigned is a member in good standing of the Bars of Commonwealth of Massachusetts, the United States District Court of the District of Massachusetts, and the First Circuit of Appeals.

2.      Garrett W. Wotkyns has certified that he is an active member in good standing of the Bars of Arizona, Texas, and the District of Columbia.

3.      Garrett W. Wotkyns has certified that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.      Attached is the certificate of Garrett W. Wotkyns and the required fee for *pro hac vice* admission.

WHEREFORE, the plaintiff, by its counsel of record, Matthew P. McCue, respectfully requests that the Court issue an Order Granting Garrett W. Wotkyns leave to practice in this action *pro hac vice*.

                                              Respectfully submitted,

                                              GLASS DIMENSIONS, INC,

                                              By its counsel,

                                              /s/ Matthew P. McCue  
                                              Matthew P. McCue  
                                              BBO # 565319  
                                              Law Offices of Matthew P. McCue  
                                              340 Union Avenue  
                                              Framingham, MA 01702  
                                              Tel: (508) 620-1166  
                                              Fax: (508) 820-3311

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others Similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> State Street Bank & Trust Co., et al., <br><br> Defendants. | : <br> : <br> : <br> : Case No. 1:10-cv-10588 (PBS) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## CERTIFICATE OF GARRETT W. WOTKYNS TO APPEAR *PRO HAC VICE*

I, GARRETT W. WOTKYNS, do hereby certify, depose and say:

1. I am an active member in good standing of the Bars of Arizona, Texas, and the District of Columbia.

2. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 22nd day of November, 2010.

_____
Garrett W. Wotkyns

CERTIFICATE OF GOOD STANDING
ISSUED BY THE DISCIPLINARY CLERK
FOR AND ON BEHALF OF
THE SUPREME COURT OF ARIZONA

    The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **GARRETT WEBSTER WOTKYNS** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on December 12, 2007 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this 16th day of November, 2010.

Nancy Swetnam
Acting Disciplinary Clerk

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have this day caused a copy of the foregoing document to be served via ECF on all counsel of record.


                          /s/ Matthew P. McCue

Dated:  November 29, 2010