UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GLASS DIMENSIONS, INC., and all similarly situated on behalf of Glass Dimensions, Inc. Profit Sharing Plan and Trust, | * * * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 10-10588-JLT |
| STATE STREET BANK & TRUST CO., et al., | * * * | |
| Defendants. | * | |

ORDER

December 7, 2010

TAURO, J.

After a Scheduling Conference held on December 7, 2010, this court hereby orders that:

1. Defendant State Street Bank & Trust Company's <u>Motion to Dismiss the Complaint</u> [#10] is DENIED AS MOOT.

2. Defendants will file by December 17, 2010 a proposed scheduling order that covers the issues discussed at the Scheduling Conference.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge