UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE BOARD OF TRUSTEES OF THE    )
CARPENTERS LABOR MANAGEMENT     )
PENSION FUND,                   )
                                )
            Plaintiff,          )
                                )
      v.                        )      CIVIL NO. 10-10588-PBS
                                )
STATE STREET BANK & TRUST CO.,  )
STATE STREET GLOBAL ADVISORS,   )
INC.,                           )
                                )
            Defendants.         )
                                )

**ORDER**

December 7, 2010

Saris, U.S.D.J.

      After reviewing the Complaint filed in this case, the Court

has determined that legal and factual issues in this action are

not related to Civil Action No. 09-10533, which was previously

before this Court.  Under Local Rule 40.1(G), this case is not a

related civil case and should be re-drawn randomly.

                                    _____
                                    PATTI B. SARIS
                                    United States District Judge