UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GLASS DIMENSIONS, INC., and all similarly situated on behalf of Glass Dimensions, Inc. Profit Sharing Plan and Trust, | * * * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 10-10588-JLT |
| STATE STREET BANK & TRUST CO., et al., | * * * | |
| Defendants. | * | |

ORDER

January 10, 2011

TAURO, J.

After reviewing the Parties' submissions, this court hereby orders that, in order to avoid delay and discovery disputes:

1. Fact discovery shall commence no earlier than January 18, 2011 and shall be completed by January 13, 2012, including the production of all documents.

2. Fact depositions shall not be noticed for a date prior to May 9, 2011.

3. Plaintiff shall file a motion for class certification no later than January 27, 2012. Defendants shall file their opposition to class certification no later than March 19, 2012. Plaintiff shall file its reply brief no later than April 19, 2012.

4. Plaintiff shall serve its expert reports on or before February 24, 2012. Defendants shall serve their expert reports on or before March 23, 2012. Plaintiff shall serve

    any reply reports on or before April 13, 2012.  No expert depositions shall occur without specific leave of this court.

5.     If Plaintiff wishes to join additional parties to the litigation, it shall seek leave to file the amended complaint to join those parties no later than January 13, 2012.

6.     The Parties shall file motions for summary judgment on or before June 29, 2012.

7.     The Parties shall file oppositions to motions for summary judgment on or before August 24, 2012.

8.     The Parties shall file their reply briefs on or before September 21, 2012.

9.     No further discovery is permitted without leave of this court.

IT IS SO ORDERED.

                                              /s/ Joseph L. Tauro  
                                              United States District Judge