IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> State Street Bank and Trust Co., *et al.*, <br><br> Defendants. | Case No. 1:10-cv-10588 (DPW) <br><br> ECF Case |

## NOTICE OF WITHDRAWAL

Dawn M. Wilson of Wilmer Cutler Pickering Hale and Dorr LLP hereby gives notice that she will no longer serve as counsel for defendants State Street Bank and Trust Company, State Street Corporation and State Street Global Advisors in this action. The appearances of other attorneys from Wilmer Cutler Pickering Hale and Dorr LLP remain in effect and are not affected by this withdrawal.

                                                Respectfully Submitted,

                                                /s/  Dawn M. Wilson
                                                Dawn M. Wilson
                                                WILMER CUTLER PICKERING HALE AND DORR LLP
                                                399 Park Avenue
                                                New York, New York 10022
                                                Tel: (212) 230-8800
                                                Fax: (212) 230-8888

Dated:  April 28, 2011

**CERTIFICATE OF SERVICE**

I, Dawn M. Wilson, hereby certify that this Notice filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to those indicated as non-registered participants on April 28, 2011.

/s/  Dawn M. Wilson
Dawn M. Wilson
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888