# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others similarly situated*, | CIVIL ACTION NO. 1:10-cv-10588 (JLT) |
| Plaintiff, | Hon. Joseph L. Tauro |
| v. | |
| State Street Corporation, State Street Bank & Trust Co., and State Street Global Advisors, | |
| Defendants. | |

## STIPULATION

WHEREAS, Defendants filed their Motion for Summary Judgment and supporting papers on June 17, 2011;

WHEREAS, Plaintiff has informed Defendants that, pursuant to Federal Rule of Civil Procedure 56(d), Plaintiff believes that it requires discovery with respect to Defendants' motion;

WHEREAS, Plaintiff's papers in opposition to Defendants' motion would be due on July 8, 2011 in the absence of an extension of the period during which Plaintiff may submit its opposition papers;

WHEREAS, Plaintiff has not previously sought any such extension; and

WHEREAS, Plaintiff agrees that it will not seek a further extension of time to respond to Defendants' motion unless it demonstrates good cause and diligence in pursuing discovery relevant to its opposition to Defendants' motion;

NOW THEREFORE, it is hereby stipulated and agreed, subject to the Court's approval:

1. Plaintiff shall submit its papers in opposition to Defendants' motion by October 6, 2011.

1

2.     Defendants are granted leave of Court to submit reply papers in support of the motion on November 7, 2011.

3.     Oral argument shall be scheduled at the discretion of the Court.

Dated: July 7, 2011

By:     /s/ Todd S. Collins
Matthew P. McCue
LAW OFFICE OF MATTHEW MCCUE
179 Union Ave.
Framingham, MA  01702
Tel: (508) 620-1166
Fax: (508) 820-3311

Todd S. Collins
Ellen T. Noteware
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3040
Fax: (215) 875-4604

Gregory Y. Porter
BAILEY & GLASSER LLP
910 17th Street, NW
Suite 800
Washington, DC 20006
Tel: (202) 463-2101
Fax: (202) 463-2103

Garrett W. Wotkyns
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, AZ 85258
Tel:   (480) 607-4368
Fax:   (480) 607-4366

*Attorneys for Plaintiff*

2

/s/ Lori A. Martin
Lori A. Martin
WILMER CUTLER PICKERING
HALE and DORR LLP
399 Park Avenue
New York, NY  10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Jeffrey B. Rudman
WILMER CUTLER PICKERING
HALE and DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6000
Fax: (617) 526-5000

*Attorneys for Defendants*

IT IS SO ORDERED.

10/5/11

_____
U.S. DISTRICT JUDGE JOSEPH L. TAURO

July 6 Clean Glass Dimensions Stipulation (5) (2) (3).doc

3