IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others Similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>State Street Bank & Trust Co., et al.,<br><br>Defendants. | Case No. 1:10-cv-10588 (PBS) |

## **MOTION TO ADMIT MARK T. JOHNSON *PRO HAC VICE***

Pursuant to Local Rule 83.5.3, plaintiff, Glass Dimensions, Inc., on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, by their counsel of record, Matthew P. McCue, hereby respectfully moves that leave be granted to allow Mark T. Johnson, to practice in this action *pro hac vice*. As grounds and in support, the plaintiff states as follows:

1. The undersigned is a member in good standing of the Bars of Commonwealth of Massachusetts, the United States District Court of the District of Massachusetts, and the First Circuit of Appeals.

2. Mark T. Johnson has certified that he is an active member in good standing of the Bar of California.

3. Mark T. Johnson has certified that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. Attached is the certificate of Mark T. Johnson and the required fee for *pro hac vice* admission.

WHEREFORE, the plaintiff, by its counsel of record, Matthew P. McCue, respectfully requests that the Court issue an Order Granting Mark T. Johnson leave to practice in this action *pro hac vice*.

> Respectfully submitted,
>
> GLASS DIMENSIONS, INC,
>
> By its counsel,
>
> _____
> Matthew P. McCue
> BBO # 565319
> Law Offices of Matthew P. McCue
> 340 Union Avenue
> Framingham, MA 01702
> Tel: (508) 620-1166
> Fax: (508) 820-3311

## CERTIFICATE OF SERVICE

I, Matthew P. McCue, does hereby certify that this Motion to Admit Pro Hac Vice, filed through ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicate as non-registered participants on October 31, 2011.

_____
Matthew P. McCue

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others Similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>State Street Bank & Trust Co., et al.,<br><br>Defendants. | Case No. 1:10-cv-10588 (PBS) |

## **CERTIFICATE OF MARK T. JOHNSON TO APPEAR *PRO HAC VICE***

I, MARK T. JOHNSON, do hereby certify, depose and say:

1. I am an active member in good standing of the Bar of California.

2. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 14th day of October, 2011.

_____
Mark T. Johnson

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617          TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

October 20, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MARK THOMAS JOHNSON, #076904 was admitted to the practice of law in this state by the Supreme Court of California on December 21, 1977; that from the date of admission to February 18, 1992, he was an ACTIVE member of the State Bar of California; that on February 18, 1992, he transferred at his request to the INACTIVE status as of January 1, 1992; that from that date to July 24, 1992, he was an INACTIVE member of the State Bar of California; that on July 24, 1992, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

J. Robert McPhail
Custodian of Membership Records