IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others similarly situated*,<br><br>                                Plaintiffs,<br><br>v.<br><br>State Street Corporation, State Street Bank & Trust Co., and State Street Global Advisors,<br><br>                                Defendants. | **CIVIL ACTION NO:** 1:10-CV-10588 (JLT)<br><br>ECF Case |

## MOTION TO ADMIT J. DAVID ZETLIN-JONES *PRO HAC VICE*

Now comes Jeffrey B. Rudman, a member in good standing of the bar of this Court, and moves pursuant to Local Rule 83.5.3 for the admission in this case of J. David Zetlin-Jones as counsel for defendants State Street Corporation and State Street Bank and Trust Company (together with its State Street Global Advisors division).

As set forth in the accompanying Certificate, J. David Zetlin-Jones certifies that (1) he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

      I have filed an appearance in this action on behalf of defendants as required by Local Rule 83.5.3(b).

                                            Respectfully Submitted,
                                            /s/   Jeffrey B. Rudman
                                            Jeffrey B. Rudman (BBO # 433380)
                                            Wilmer Cutler Pickering Hale and Dorr LLP
                                            60 State Street
                                            Boston, Massachusetts  02109
                                            jeffrey.rudman@wilmerhale.com
                                            Tel:  (617) 526-6000
                                            Fax: (617) 526-5000

Dated:  November 7, 2011

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7. 1(A)(2), I hereby certify that counsel for Defendant conferred with counsel for Plaintiff on the subject of this motion, and was advised that Plaintiff has no opposition to this motion.

/s/   Jeffrey B. Rudman

## CERTIFICATE OF SERVICE

    I, Jeffrey B. Rudman, hereby certify that this motion and its attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to those indicated as non-registered participants on November 7, 2011.

                                                   /s/   Jeffrey B. Rudman\
                                                   Jeffrey B. Rudman (BBO # 433380)\
                                                   Wilmer Cutler Pickering Hale and Dorr LLP\
                                                   60 State Street\
                                                 Boston, Massachusetts  02109\
                                                 jeffrey.rudman@wilmerhale.com\
                                                 Tel:  (617) 526-6000\
                                                 Fax: (617) 526-5000

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others similarly situated*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>State Street Corporation, State Street Bank & Trust Co., and State Street Global Advisors,<br><br>　　　　　　　　　Defendants. | **CIVIL ACTION NO:** 1:10-CV-10588 (JLT)<br><br>ECF Case |

## *PRO HAC VICE* CERTIFICATION OF J. DAVID ZETLIN-JONES

Pursuant to Local Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, I, J. David Zetlin-Jones, hereby certify that:

(1)　I am a member of the bar in good standing of the following jurisdictions to which I have been admitted to practice:

>The State of New York
>United States District Court - Southern District of New York

(2)　There are no disciplinary proceedings pending against me as a member of the bar in my jurisdiction.

(3)　I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully Submitted,

_____
J. David Zetlin-Jones
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY  10022
david.zetlin-jones@wilmerhale.com
Tel:  (212) 230-8800
Fax:  (212) 230-8888

Dated:  November 7, 2011