**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust,** *and all others similarly situated,* )<br>)<br>)<br>)<br>) | |
| Plaintiffs, ) | **CIVIL ACTION NO: 1:10-CV-10588 (JLT)** |
| ) | |
| v. ) | |
| ) | |
| **State Street Corporation, State Street Bank & Trust Co., and State Street Global Advisors,** )<br>)<br>) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND [PROPOSED] ORDER**
**WITH RESPECT TO SCHEDULING**

WHEREAS, the parties are presently engaged in fact discovery, plaintiff has informed defendants that plaintiff needs more time to complete fact discovery, and defendant does not object to a reasonable extension of the fact discovery period;

WHEREAS, there has been no previous request for an extension of the schedule set forth by the Court in the Order of January 10, 2011 (Document 31) (the "January 10, 2011 Order");

WHEREAS, plaintiff and defendants agree that plaintiff should be permitted reasonable additional time to continue class discovery following the filing of plaintiff's class motion on January 27, 2012, pursuant to the January 10, 2011 Order;

WHEREAS, plaintiff and defendants agree that the schedule, as set forth by the Court in the January 10, 2011 Order, should be adjusted accordingly;

WHEREAS, this case involves issues of sufficient complexity that expert testimony will be required and it is reasonably necessary for the parties to conduct expert depositions in order to adequately explore the opinions expressed in the experts' reports; and

NOW, THEREFORE, it is hereby stipulated and agreed, subject to Court approval, that:

1. Fact discovery shall be completed by May 14, 2012, including the production of all documents.

2. Plaintiff shall serve its expert reports on or before June 14, 2012.  Defendants shall serve their expert reports on or before July 12, 2012.  Plaintiff shall serve any reply reports on or before August 2, 2012.  The parties shall jointly seek leave of the Court to take expert depositions, in conformity with the Court's order of January 10, 2011.

3. Plaintiff shall file a motion for class certification no later than January 27, 2012. Defendants shall file their opposition to class certification no later than June 21, 2012. Plaintiff shall file its reply brief no later than July 23, 2012.

4. If Plaintiff wishes to join additional parties to the litigation, it shall seek leave to file the amended complaint to join those parties no later than January 13, 2012.

5. The Parties shall file motions for summary judgment on or before October 18, 2012.

6. The Parties shall file oppositions to motions for summary judgment on or before December 13, 2012.

7. The Parties shall file their reply briefs on or before January 10, 2013.

8. No further discovery is permitted without leave of this Court.

Dated:  January 5, 2012

/s/ Todd S. Collins
Todd S. Collins
Ellen T. Noteware
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3040
Fax: (215) 875-4604

/s/ Lori A. Martin
Lori A. Martin
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Attorney for Defendants*

Matthew P. McCue
LAW OFFICE OF MATTHEW MCCUE
179 Union Ave.
Framingham, MA 01702
Tel: (508) 620-1166
Fax: (508) 820-3311

*Local Counsel*

Gregory Y. Porter
BAILEY & GLASSER LLP
910 17th Street, NW
Suite 800
Washington, DC 20006
Tel: (202) 463-2101
Fax: (202) 463-2103

Garrett W. Wotkyns
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, AZ 85258
Tel: (480) 607-4368
Fax: (480) 607-4366

Mark T. Johnson
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 421-7100
Fax: (415) 421-7105

*Attorneys for Plaintiffs*

**IT IS SO ORDERED** this _____ day of January, 2012.


_____
United States District Judge

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Glass Dimensions, Inc. on behalf of the** | ) |
| **Glass Dimensions, Inc. Profit Sharing** | ) |
| **Plan and Trust,** *and all others* | ) |
| *similarly situated,* | ) |
| | ) **CIVIL ACTION NO: 1:10-CV-10588 (JLT)** |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| **State Street Corporation, State Street** | ) |
| **Bank & Trust Co.,** | ) |
| **and State Street Global Advisors,** | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2012, I served a copy of the Stipulation and [Proposed] Order With Respect to Scheduling  via e-mail on counsel listed below:

Lori A. Martin (*pro hac vice*)
Brad E. Konstandt (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, NY  10022
Tel:  (212) 230-8800
Fax:  (212) 230-8888
lori.martin@wilmerhale.com
brad.konstandt@wilmerhale.com

Jeffrey B. Rudman
WILMER CUTLER
PICKERING HALE AND
DORR LLP
60 State Street
Boston, MA  02109
Tel:  (617) 526-6000
Fax: (617) 526-5000
jeffrey.rudman@wilmerhale.com

/s/Ellen T. Noteware
Ellen T. Noteware

4