# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **Glass Dimensions, Inc. on behalf of the** <br> **Glass Dimensions, Inc. Profit Sharing** <br> **Plan and Trust,** *and all others* <br> *similarly situated,* <br> <br> Plaintiffs, <br> v. <br> <br> **State Street Corporation, State Street** <br> **Bank & Trust Co.,** <br> **and State Street Global Advisors,** <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) **CIVIL ACTION NO: 1:10-CV-10588 (JLT)** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

John Roddy hereby enters his notice of appearance on behalf of Plaintiffs.

Respectfully submitted,

*/s/ John Roddy*
John Roddy (BBO # 424240)
Bailey & Glasser LLP
125 Summer Street, Suite 1030
Boston, MA 02110
Telephone: (617) 439-6730
Fax: (617) 951-3954

**CERTIFICATE OF SERVICE**

   I hereby certify that on January 23, 2011 this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and electronic copies will be sent by email to those indicated as non-registered participants.

               */s/ John Roddy*
               John Roddy