UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust,** *and all others similarly situated,*<br><br>Plaintiffs,<br>v.<br><br>**State Street Corporation, State Street Bank & Trust Co., and State Street Global Advisors,**<br><br>Defendants. | **CIVIL ACTION NO: 1:10-CV-10588 (JLT)** |

## NOTICE OF APPEARANCE

Elizabeth Ryan hereby enters her notice of appearance on behalf of Plaintiffs.

    Respectfully submitted,

    */s/ Elizabeth Ryan*
    Elizabeth Ryan (BBO # 549632)
    Bailey & Glasser LLP
    125 Summer Street, Suite 1030
    Boston, MA  02110
    Telephone: (617) 439-6730
    Fax: (617) 951-3954

**CERTIFICATE OF SERVICE**

       I hereby certify that on January 23, 2011 this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and electronic copies will be sent by email to those indicated as non-registered participants.

                                                     */s/ Elizabeth Ryan*
                                                     Elizabeth Ryan