**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust,** *and all others similarly situated,* | ) ) ) ) ) |
| Plaintiffs, | ) **CIVIL ACTION NO: 1:10-CV-10588 (JLT)** ) |
| v. | ) ) |
| **State Street Corporation, State Street Bank and Trust Co., and State Street Global Advisors,** | ) ) ) ) |
| Defendants. | ) ) |

**DECLARATION OF GREGORY Y. PORTER IN SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Gregory Y. Porter, hereby declare as follows:

1. I am a partner in the law firm of Bailey & Glasser LLP, counsel for Plaintiff Glass Dimensions, Inc. in the above-captioned action. I submit this Declaration in support of Plaintiff's Motion for Class Certification and to put before the court certain materials in support of the motion:

2. Attached to this declaration are true and correct copies of the following documents:

   Exhibit A:   Firm resume of Bailey & Glasser LLP

   Exhibit B:   Firm resume of Berger & Montague, P.C.

   Exhibit C:   Firm Resume of Schneider Wallace Cottrell Brayton Konecky LLP

   Exhibit D:   Excerpts from the Deposition of Maureen Perkins

Exhibit E:     Excerpts from the Deposition of Darrell Perkins

I declare under penalty of perjury that the foregoing is true and correct.

Executed January 27, 2012 in Washington, DC.

                                                  /s/Gregory Y. Porter
                                                  Gregory Y. Porter

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust,** *and all others similarly situated,*<br><br>Plaintiffs,<br>v.<br><br>**State Street Corporation, State Street Bank & Trust Co., and State Street Global Advisors,**<br><br>Defendants. | **CIVIL ACTION NO: 1:10-CV-10588 (JLT)** |

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2012, I caused a copy of **"Declaration of Gregory Y. Porter in in Support of Plaintiff's Motion for Class Certification"** to be served via e-mail on counsel as listed below:

>Lori A. Martin (*pro hac vice*)
>Dawn M. Wilson (*pro hac vice*)
>Brad E. Konstandt (*pro hac vice*)
>WILMER CUTLER PICKERING HALE AND DORR LLP
>399 Park Avenue
>New York, NY 10022
>Tel: (212) 230-8800
>Fax: (212) 230-8888
>lori.martin@wilmerhale.com
>dawn.wilson@wilmerhale.com
>brad.konstandt@wilmerhale.com
>
>Jeffrey B. Rudman
>WILMER CUTLER PICKERING HALE AND DORR LLP
>60 State Street
>Boston, MA 02109
>Tel: (617) 526-6000
>Fax: (617) 526-5000
>jeffrey.rudman@wilmerhale.com

Matthew P. McCue
LAW OFFICE OF MATTHEW MCCUE
179 Union Ave.
Framingham, MA 01702
Tel: (508) 620-1166
Fax: (508) 820-3311
mmccue@massattorneys.net

Todd M. Schneider
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
tschneider@schneiderwallace.com

Todd S. Collins
Ellen T. Noteware
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3040
Fax: (215) 875-4604
tcollins@bm.net
enoteware@bm.net

Garrett W. Wotkyns
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, AZ 85258
Tel: (480) 607-4368
Fax: (480) 607-4366
gwotkyns@schneiderwallace.com

                       /s/Gregory Y. Porter
                       Gregory Y. Porter