# EXHIBIT A

# BAILEY & GLASSER LLP

www.baileyglasser.com

-+--+--+--+--+--+--+--+--+--+--+--+-

ALABAMA

DISTRICT OF COLUMBIA

ILLINOIS

MASSACHUSETTS

WEST VIRGINIA

## SUMMARY OF QUALIFICATIONS

The law firm of Bailey & Glasser LLP brings a trial-focused litigation approach to its wide-ranging and successful practice. The firm concentrates its practice in the areas of complex commercial and class action litigation, with a particular emphasis on ERISA and employment class actions, consumer protection, antitrust, insolvency litigation and bankruptcy, and corporate and transactional matters in the energy and healthcare industries. The firm represents (or has represented) the State of Florida, Oklahoma, and West Virginia, individual consumers, corporations, healthcare providers in complex litigation and class actions throughout the United States. The firm does a significant amount of work on a contingent fee basis.

As evident from the accompanying biographical histories, the lawyers at Bailey & Glasser are accomplished and diverse with years of experience in complex commercial litigation. Many of the firm's lawyers are alumni of larger national and regional law firms. In light of the firm's strength and diversity, it has developed a strong reputation of being fair and effective advocates.

209 CAPITOL STREET
CHARLESTON, WV 25301
(304) 345-6555

2855 CRANBERRY SQUARE
MORGANTOWN, WV 26508
(304) 594-0087

201 MONROE STREET
SUITE 2170
MONTGOMERY, AL 36104
334-262-6485

125 SUMMER STREET
10th Floor
Boston, MA
617-439-6730

910 17TH STREET, NW
WASHINGTON, DC 20002
(202) 463-2101

1003 WESTERN AVENUE
JOLIET, IL 60435
(815) 740-4034

ONE NORTH OLD STATE CAPITOL
PLAZA, SUITE 560
SPRINGFIELD, IL 62701
217-528-1177

## ERISA and Employee Benefits Litigation

Bailey & Glasser represents participants in traditional pension plans, 401(k) salary deferral plans, savings plans, Employee Stock Ownership Plans (ESOPs) and health and disability plans. Bailey & Glasser attorneys have extensive ERISA experience, including trial and appellate, having served as class counsel for plaintiffs in cases that have recovered tens of millions of dollars for participants, including *In re CMS Energy ERISA Litigation*, 02-CV-72834 (E.D. Mich.) ($28 million recovered), *Sherrill v. Federal-Mogul Corp. Retirement Programs Committee*, 04-CV-72949 (E.D. Mich.) ($14 million recovered), and *In re National City Corp. Securities, Derivative & ERISA Litig.*, 08-07000 (N.D. Oh.) ($42.5 million recovered). Most recently, Bailey & Glasser served as co-lead counsel on behalf of a class of participants in the Wells Fargo & Co. 401(k) Plan, recovering $17.5 million in 2011. *Figas v. Wells Fargo*, 08-04546 (D. Minn.)

Bailey & Glasser brings a unique perspective to representing employees in ERISA class actions because its principal ERISA attorney represented defendants in several of the earliest cases involving imprudent investments in plan sponsor stock, including *Koch v. Dwyer*, No. 98-CV-5519 (S.D.N.Y.); *Tittle v. Enron*, No. 01-CV-3913 (S.D. Tex.); *Rankin v. Rots*, No. 02-CV-71045 (E.D. Mich.); and *Blyler v. Agee*, No. CV 97-332 (D. Id.)

Bailey & Glasser currently represents employees in several complex ERISA class actions against banks alleging imprudent investments in proprietary mutual funds. Bailey & Glasser also is pursuing claims on behalf of multiple retirement plans against large custodial banks for improper fees and imprudent investments in connection with securities lending and foreign currency trades.