# EXHIBIT C

# S<small>CHNEIDER</small> W<small>ALLACE</small> C<small>OTTRELL</small> B<small>RAYTON</small> K<small>ONECKY</small> LLP

Schneider Wallace Cottrell Brayton Konecky LLP, founded in 1993, specializes in employment, disability and civil rights and consumer rights litigation. Our class action practice focuses on impact litigation with a goal of remedying systemic consumer fraud and violations of the law in employment, public accommodations, testing and education.

Schneider Wallace Cottrell Brayton Konecky LLP and/or its partners have been appointed class counsel in many cases over the last sixteen years, including, but not limited to:

- *Rosa v. Morrison Homes*: a statewide construction defect case, certified as a class action on behalf of more than 400 home owners alleging that Morrison Homes failed to construct their homes in compliance with applicable building codes and standards.

- *Wren, et al. v. RGIS Inventory Specialists*: a national wage and hour action involving claims under federal and state law, certified as a class and collective action on behalf of approximately 80,000 current and former employees nationwide.

- *Bates v. United Parcel Service*: a first of its kind national disability discrimination class action on behalf of all deaf employees of UPS, which resulted in a partial settlement of $5.8 million and, after a trial on the remaining claims, a liability verdict in favor of the Plaintiff class that was appealed and later settled.

- *Lopez, et al. v. San Francisco Unified School District*: a disability access class action on behalf of all mobility-impaired students in the San Francisco Unified School District, which resulted in a stipulated judgment requiring the District to make architectural and other access changes valued at over $300 million.

- *Satchell, et al. v. FedEx Express, Inc.*: a race discrimination class action on behalf of approximately 20,000 current and former employees of FedEx seeking pay equity and equal opportunity for promotions, which resulted in a settlement of $54.9 million.

- *Holliman v. Kaiser Foundation Health Plan*: Fair Labor Standards Act class action on behalf of health plan employees for unpaid overtime wages that resulted in a $9 million class settlement.

- *National Federation of the Blind, et al., v. Target Corp.*, 582 F.Supp.2d 1185 (N.D. Cal. 2007): nationwide disability rights class action resulting in settlement for broad injunctive relief requiring Target Corporation to design its website to be accessible to blind individuals using screen access software and for $6 million, the largest damages fund in any class action brought on behalf of the blind.

- *Tong v. CVS*: a California wage and hour class action on behalf of pharmacists for unpaid wages, including overtime and straight-time wages and failure to provide adequate breaks, which resulted in a nearly $20 million settlement.

- *Lenahan v. Sears*: a Fair Labor Standards Act class action on behalf of product repair service technicians for unpaid wages, which resulted in a $15 million settlement.

- *Elkin v. Six Flags*: a California wage and hour class action on behalf of amusement park employees for failure to provide adequate breaks and failure to compensate for "off-the clock" work, which resulted in a $14 million settlement.

- *Syran v. Lexis Nexis*: a nationwide class action brought for violations of the Fair Credit Reporting Act on behalf of individuals whose personal information was disclosed, which resulted in extensive changes to Lexis' security procedures in addition to a monetary settlement of $2.8 million.

- *Singleton v. Regents of the University of California*: A gender discrimination class action alleging that *Lawrence Livermore National Laboratory* paid its female employees less than their male counterparts and promoted them less often. This case settled for $10.6 million after protracted litigation.

Todd M. Schneider

Mr. Schneider is an AV rated lawyer who serves on the Board of Directors of The San Francisco Trial Lawyers Association and as its treasurer and the Board of Governors of the Consumer Attorneys of California where he serves as a Vice President. He is a member of the State Bar of California, the National Association of Consumer Advocates, the American Association for Justice, Public Justice and the California Employment Lawyers Association. He is a frequent lecturer on civil rights, employment, consumer rights and class action matters. Mr. Schneider won the San Francisco Trial Lawyers Association's 2005 Trial Lawyer of the Year award for his work as co-lead counsel in the class action trial of *Bates v. UPS* (described above). Mr. Schneider has been listed as a "Super Lawyer" in the field of class actions by *Law and Politics Magazine* for each year since the list was first published. In 2006 he was a finalist for the Consumer Attorneys of California's Consumer Attorney of the Year Award.

Guy B. Wallace

Mr. Wallace graduated from Harvard Law School in 1993. From 1993 to 1994, he was a Skadden Fellow at the Disability Rights Education and Defense Fund (DREDF). From 1994 to 1998 he was a Skadden Fellow and then Staff Attorney at Disability Rights Advocates. Between March 1998 and June 2000, he was a Staff Attorney at the Legal Aid Society of San Francisco/Employment Law Center and served as head of the disability rights practice at ELC. Mr. Wallace became a partner of the firm in June 2000. Mr. Wallace specializes in disability civil rights class actions, construction defect class actions and employment class actions. He has served as lead counsel, co-lead counsel or class counsel in numerous civil rights class actions, and has done so through trial and on appeal.

Carolyn H. Cottrell

Ms. Cottrell has been a member of the firm since 1995. Her entire legal career has been devoted to advocating for the rights of individuals who have been subjected to discrimination, harassment and retaliation. Ms. Cottrell has litigated hundreds of employment discrimination and civil rights actions. Ms. Cottrell is a member of the State Bar of California, the San Francisco Trial Lawyers Association, Public Justice, and the California Employment Lawyers Association. She earned her Bachelor's degree in 1989 from the University of California and is a 1993 graduate of the University of Pacific, McGeorge School of Law.

Clint Brayton

Mr. Brayton has been a member of the firm since 1997. Mr. Brayton has extensive experience litigating employment claims in both Federal and State court. Mr. Brayton has been involved in the trial of several high profile cases. Mr. Brayton joined Schneider Wallace Cottrell Brayton Konecky LLP in 1997. He is a graduate of Loyola Law School in Los Angeles and of the University of California at Berkeley.

Joshua Konecky

Prior to joining the firm in 2004, Mr. Konecky litigated national disability rights class actions at Disability Rights Advocates in Berkeley, CA, as well as employment discrimination and minimum wage & hour class actions at the public interest law firm of Saperstein, Goldstein, Demchak & Baller, also in Oakland. His experience includes trial and appellate work in federal and state court. Mr. Konecky also has authored and edited publications on discrimination and employment law, and he frequently lectures on these subjects as well. Mr. Konecky serves on the Board of Directors of the Center on Race Poverty and the Environment, and the Board of Disability Rights Advocates. He is a member the State Bar of California, National Employment Lawyers Association, California Employment Lawyers Association and the San Francisco Trial Lawyers Association. He is a former Skadden Public Interest Law Fellow, U.S. Fulbright Scholar in Argentina, and judicial law clerk for the Honorable Lawrence K. Karlton, U.S. District

Court for the Eastern District of California. Mr. Konecky holds a J.D. from New York University School of Law (1995) and a B.A. from Haverford College (1990).

Mark Johnson

Previously with The Sturdevant Law Firm in San Francisco, Mr. Johnson represents plaintiffs in the areas of consumer protection, employment and disability discrimination and class action litigation. He has represented clients in disputes involving fraud and misrepresentation, unfair and unlawful business practices and gender and age discrimination in employment. Mr. Johnson is a member of the American Association for Justice, Consumer Attorneys of California, San Francisco Trial Lawyers Association and Public Justice. He received his J.D. from the University of California, Los Angeles School of Law (1977) and his B.A. in political science from the University of California, Berkeley (1974).

Garrett Wotkyns

Mr. Wotkyns focuses his practice on complex litigation matters involving banking, insurance, antitrust and employee benefits issues. Mr. Wotkyns is a frequent speaker and continuing legal education instructor concerning financial services and class action litigation. In 2008, the Arizona Volunteer Lawyers Program gave him its "For Love of Justice" award in recognition of his volunteer work assisting Arizona homeowners fighting foreclosure. Mr. Wotkyns received his Bachelor of Arts Degree from Rice University, where he graduated *magna cum laude*, and received his law degree from the University of Chicago Law School, where he was a staff member of The University of Chicago Law Review. Following law school, Mr. Wotkyns served for a year as a law clerk to the Honorable John M. Duhe, Jr., of the United States Court of Appeals for the Fifth Circuit.