**EXHIBIT D**

                                                           Page 1

 1            IN THE UNITED STATES DISTRICT COURT
 2                 DISTRICT OF MASSACHUSETTS
 3
 4          CIVIL ACTION NO. 1:10-CV-10588(JLT)
 5
    * * * * * * * * * * * * * * * * *
 6  GLASS DIMENSIONS, INC., ON BEHALF OF  :
    THE GLASS DIMENSIONS, INC. PROFIT     :
 7  SHARE PLAN AND TRUST, and ALL OTHERS  :
    SIMILARLY SITUATED,                   :
 8              PLAINTIFFS,               :
                                          :
 9   v.                                   :
                                          :
10  STATE STREET CORPORATION, STATE STREET:
    BANK & TRUST CO., AND STATE STREET    :
11  GLOBAL ADVISORS,                      :
                DEFENDANTS.               :
12  * * * * * * * * * * * * * * * * *
13
14      VIDEOTAPED DEPOSITION OF MAUREEN PERKINS, a
15  witness called on behalf of the Defendants, pursuant
16  to the provisions of the Federal Rules of Civil
17  Procedure, before Lisa McDonald Valdario, (CSR
18  #130093), a Registered Professional Reporter and
19  Notary Public in and for the Commonwealth of
20  Massachusetts, at the Offices of Wilmer, Cutler,
21  Pickering, Hale and Dorr, LLP, 60 State Street,
22  Boston, Massachusetts  02109, on Thursday, June 16,
23  2011, commencing at 10:47 a.m.
24

```
                                                        Page 24
 1        Street Bank, so I would say I would administer in
 2        that capacity, tell State Street Bank this person
 3        wants to leave, and this is the amount of money,
 4        and they would release the check.
 5   Q    Okay.  What is your understanding as to all of the
 6        things that the administrator is supposed to do
 7        for The Plan?
 8   A    Well, it's to make sure that everything is done
 9        properly and according to the law, and that's why
10        we hired Sentinel Benefits to do the accounting.
11        That's why we hired a reputable bank to handle the
12        investments because we both knew that we
13        weren't -- needed help with that, and that's why
14        we used reputable companies to do the accounting
15        and to tell us know that we were doing our job
16        properly.  And to do the filings.
17   Q    Now, does the administrator do anything else?
18   A    Not to my knowledge.  You have a responsibility to
19        make sure things are done correctly, and that we
20        have, we are prudent in our investments, and that
21        we don't do anything incorrectly.
22   Q    Apart from what you've described, any other
23        functions for the administrator?
24   A    Not that I can think of.  I mean, I -- no.
```

1    investments, and you know, a responsibility to the
2    participants, as being a fiduciary.
3  Q  How is it that the administrator came to hire
4    State Street to provide services for The Plan?
5  A  In conjunction with my accounting firm, they
6    suggested that we go to State Street Bank.
7  Q  So tell me the best you can remember when you made
8    the decision to hire State Street, and what it is
9    your accounting firm said to you about State
10   Street.
11 A  I don't really recall what the date was.  They
12   just suggested that it was a reputable bank and
13   that they felt the investing abilities there were
14   appropriate, and that they would invest properly.
15 Q  Did, do you have any recollection as to which year
16   you came to State Street?
17 A  No, but it could have been the early '90s.  I'm
18   not sure.
19 Q  Okay.  Before you made the decision to hire State
20   Street, did you ever meet anyone from State
21   Street?
22 A  Yes.
23 Q  And who was that?
24 A  I don't recall their names.  There was four, five

1  Q   What prompted you to think you were a lending fund
2      investor or to ask the question, am I a lending
3      fund investor?
4  A   My initial concern with State Street was the fact
5      that we weren't able to get our funds out when we
6      decided to close The Plan.  So I was concerned as
7      to if that was an appropriate method on their
8      behalf to only allow us to take out 4 percent a
9      month of a certain amount of money, and so I was
10     contacting Greg to ask if that was related to the
11     case that he had, and so that's when I, then I
12     learned about the securities lending program.
13 Q   Okay.  And the article that you saw that mentioned
14     Mr. Porter, what did that article say?
15 A   I can't recall the article, the exact article.  It
16     was in a newspaper clipping that I read, that
17     there were two attorneys' names listed as being
18     counsel for a suit, and I called them both, spoke
19     with them both, and Greg called me back.
20 Q   You don't remember what the article said?
21 A   It was just that they were involved in this case,
22     and I'm not -- I mean, I was not familiar with
23     what the case was or what it was about or
24     anything.  I was not clear on that.  I just didn't

Page 107

```
 1        2004 to 2010 was probably a thousand, but I don't
 2        know when that started so I'm not exactly clear on
 3        that.
 4    Q   Did Darrell receive any compensation from the
 5        company?
 6    A   Yes.
 7    Q   And for the period 2004 to 2010, what was his
 8        average compensation?
 9    A   Per year?
10    Q   That would be okay.
11    A   I guess around 32, 35,000.
12    Q   Did you receive any other compensation from the
13        company?
14    A   Not from Glass Dimensions, no.
15    Q   Now I'd like to talk about, if you can, the trial
16        of this case.  If this case has a trial, are you
17        planning to attend the trial?
18    A   Yes.
19    Q   And are you anticipating any special payment for
20        your efforts to prosecute this case?
21    A   No.
22    Q   So no special payment for attending this
23        deposition.
24    A   Correct.
```

1  Q  And no special payment for attending the trial
2     either.
3  A  No.
4  Q  Have you thought about how an award should be
5     distributed in this case, given any thought to
6     that?
7  A  It should be distributed, where it's a class
8     action suit, against all of the individuals
9     involved in the suit, and it should be distributed
10    in a fair and equitable manner.
11 Q  And how, what circumstances or factors influence a
12    judgment as to the fairness of a distribution?
13 A  Probably their investment, how much of their
14    investment was involved.
15 Q  So I want to make sure I understand you.  If there
16    is an award in this case, then it should be
17    distributed pro rata across all investors
18    according to their investment in a lending fund,
19    is that what you're saying?
20 A  Yes.
21 Q  Should the award vary based on the services that
22    State Street provided each lending fund?
23 A  I guess it would be commensurate with their
24    investment, I guess.  It would be based on their