## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2012, I caused a copy of **DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** to be served electronically, via the electronic filing system, on the registered participants as identified on the Notice of Electronic Filing (NEF) and by first-class mail on those indicated as non-registered participants.

_/s/ Brad E. Konstandt_
Brad E. Konstandt