## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others similarly situated*,<br><br>Plaintiffs,<br>v.<br><br>State Street Corporation, State Street Bank & Trust Co., and State Street Global Advisors,<br><br>Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO: 1:10-CV-10588 (JLT)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF MAUREEN PERKINS

I, Maureen Perkins, declare as follows:

1. I was the Treasurer of Plaintiff Glass Dimensions, Inc., ("Glass Dimensions) during the relevant time period of this lawsuit. Glass Dimensions is suing on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust (the "Plan").

2. On April 14, 2012, the Court conducted argument with respect to defendants' motion for summary judgment and plaintiff's motion for class certification. I understand that, during the course of this argument, one of defendants' attorneys, Mr. Rudman, stated that Glass Dimensions has filed a petition in bankruptcy. This statement is false. Glass Dimensions has not filed for bankruptcy or reorganization, and Glass Dimensions has never been involved in bankruptcy or reorganization proceedings.

3. During the time that the Plan invested in defendants' Lending Funds, the Plan received periodic account statements, which I reviewed. To my knowledge, until 2009 these account statements never revealed securities lending income as a distinct item. At no time have the account statements ever stated the securities lending fee paid to State Street.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this __19__ day of April, 2012, in __Essex__, MA.

_____
MAUREEN PERKINS

kal1636617_920_7.docx

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust,** and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **State Street Corporation, State Street Bank & Trust Co., and State Street Global Advisors,** <br><br> Defendants. | **CIVIL ACTION NO: 1:10-CV-10588 (JLT)** |

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2012, I caused a copy of the **Declaration of Maureen Perkins** to be served via e-mail on counsel as listed below:

> Lori A. Martin (*pro hac vice*)
> Dawn M. Wilson (*pro hac vice*)
> Brad E. Konstandt (*pro hac vice*)
> WILMER CUTLER PICKERING HALE AND DORR LLP
> 399 Park Avenue
> New York, NY 10022
> Tel: (212) 230-8800
> Fax: (212) 230-8888
> lori.martin@wilmerhale.com
> dawn.wilson@wilmerhale.com
> brad.konstandt@wilmerhale.com
>
> Jeffrey B. Rudman
> WILMER CUTLER PICKERING HALE AND DORR LLP
> 60 State Street
> Boston, MA 02109
> Tel: (617) 526-6000
> Fax: (617) 526-5000
> jeffrey.rudman@wilmerhale.com
>
> Matthew P. McCue
> LAW OFFICE OF MATTHEW MCCUE
> 179 Union Ave.
> Framingham, MA 01702

Tel: (508) 620-1166
Fax: (508) 820-3311
mmccue@massattorneys.net

Todd M. Schneider
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
tschneider@schneiderwallace.com

Todd S. Collins
Ellen T. Noteware
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3040
Fax: (215) 875-4604
tcollins@bm.net
enoteware@bm.net
Garrett W. Wotkyns
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, AZ 85258
Tel: (480) 607-4368
Fax: (480) 607-4366
gwotkyns@schneiderwallace.com

/s/Mark T. Johnson
Mark T. Johnson