IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust,** and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>**State Street Corporation, State Street Bank & Trust Co., and State Street Global Advisors,**<br><br>                Defendants. | **CIVIL ACTION NO: 1:10-CV-10588 (JLT)** |

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2012, I caused a copy of:

Plaintiff's Reply Memorandum of Law in Support of Class Certification

Exhibit 1- Bates numbered Document SS-GD 000001

Exhibit 2- Bates numbered Document SS-GD 0004240

Exhibit 3- Excerpts of the Deposition of Nicholas Bonn on July 27, 2011

Exhibit 4- Excerpts of the Deposition of Charles Cullinane on July 28, 2011

Exhibit 5- The Expert Report, with Exhibits, of Edmon Blount, dated March 23, 2012

Exhibit 6- The Expert Report of Steve Pomerantz, dated April 13, 2012

Exhibit 7- The Expert Report of Jessica R. Flores, dated April 13, 2012

Exhibit 8- The Expert Report Gregory W. Harmon Report, dated April 13, 2012

Exhibit 9- Excerpts of the Deposition of Katie Firth on April 17, 2012

Exhibit 11 – Excerpts of the Deposition of Thomas Kelly, dated July 20, 2011

to be served via e-mail on counsel as listed below:

    Lori A. Martin (*pro hac vice*)
    Dawn M. Wilson (*pro hac vice*)
    Brad E. Konstandt (*pro hac vice*)
    WILMER CUTLER PICKERING HALE AND DORR LLP
    399 Park Avenue
    New York, NY 10022
    Tel: (212) 230-8800
    Fax: (212) 230-8888
    lori.martin@wilmerhale.com
    dawn.wilson@wilmerhale.com
    brad.konstandt@wilmerhale.com

    Jeffrey B. Rudman
    WILMER CUTLER PICKERING HALE AND DORR LLP
    60 State Street
    Boston, MA 02109
    Tel: (617) 526-6000
    Fax: (617) 526-5000
    jeffrey.rudman@wilmerhale.com

    Matthew P. McCue
    LAW OFFICE OF MATTHEW MCCUE
    179 Union Ave.
    Framingham, MA 01702
    Tel: (508) 620-1166
    Fax: (508) 820-3311
    mmccue@massattorneys.net

    Todd M. Schneider
    SCHNEIDER WALLACE COTTRELL
    BRAYTON KONECKY LLP
    180 Montgomery Street, Suite 2000
    San Francisco, CA 94104
    Tel: (415) 421-7100
    Fax: (415) 421-7105
    tschneider@schneiderwallace.com

    Todd S. Collins
    Ellen T. Noteware
    BERGER & MONTAGUE, P.C.
    1622 Locust Street
    Philadelphia, PA 19103
    Tel: (215) 875-3040
    Fax: (215) 875-4604
    tcollins@bm.net
    enoteware@bm.net

Garrett W. Wotkyns
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, AZ 85258
Tel: (480) 607-4368
Fax: (480) 607-4366
gwotkyns@schneiderwallace.com

/s/Mark T. Johnson
Mark T. Johnson