IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>State Street Corporation, State Street Bank & Trust Co., and State Street Global Advisors,<br><br>Defendants. | **CIVIL ACTION NO:** 1:10-CV-10588 (JLT)<br><br>ECF Case |

## MOTION TO ADMIT SARA N. RAISNER *PRO HAC VICE*

Now comes Jeffrey B. Rudman, a member in good standing of the bar of this Court, and moves pursuant to Local Rule 83.5.3 for the admission in this case of Sara N. Raisner as counsel for defendants State Street Corporation and State Street Bank and Trust Company (together with its State Street Global Advisors division).

As set forth in the accompanying Certificate, Sara N. Raisner certifies that (1) she is a member of the bar in good standing in every jurisdiction where she has been admitted to practice, (2) there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction, and (3) she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

      I have filed an appearance in this action on behalf of defendants as required by Local Rule 83.5.3(b).

Respectfully Submitted,
/s/ Jeffrey B. Rudman
Jeffrey B. Rudman (BBO # 433380)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
jeffrey.rudman@wilmerhale.com
Tel: (617) 526-6000
Fax: (617) 526-5000

Dated: June 19, 2011

## CERTIFICATE OF SERVICE

      I, Jeffrey B. Rudman, hereby certify that this motion and its attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to those indicated as non-registered participants on June 19, 2011.

      /s/   Jeffrey B. Rudman
      Jeffrey B. Rudman (BBO # 433380)
      Wilmer Cutler Pickering Hale and Dorr LLP
      60 State Street
      Boston, Massachusetts  02109
      jeffrey.rudman@wilmerhale.com
      Tel:  (617) 526-6000
      Fax: (617) 526-5000

## **LOCAL RULE 7.1 CERTIFICATION**

      Pursuant to Local Rule 7. 1(A)(2), I hereby certify that counsel for Defendant conferred with counsel for Plaintiff on the subject of this motion, and was advised that Plaintiff has no opposition to this motion.

                                                    /s/   Jeffrey B. Rudman

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>State Street Corporation, State Street Bank & Trust Co., and State Street Global Advisors,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO: 1:10-CV-10588 (JLT)<br>)<br>)  ECF Case<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## *PRO HAC VICE* CERTIFICATION OF SARA N. RAISNER

Pursuant to Local Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, I, Sara N. Raisner, hereby certify that:

(1)     I am a member of the bar in good standing of the following jurisdictions to which I have been admitted to practice:

> The State of New York

(2)     There are no disciplinary proceedings pending against me as a member of the bar in my jurisdiction.

(3)     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully Submitted,

*/s/ Sara N. Raisner*
Sara N. Raisner
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY  10022
Sara.raisner@wilmerhale.com
Tel:  (212) 295-6417
Fax:  (212) 230-8888

Dated:  June 19, 2011