IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>State Street Corporation, State Street Bank & Trust Co., and State Street Global Advisors,<br><br>Defendants. | CIVIL ACTION NO: 1:10-CV-10588 (JLT) |

[~~PROPOSED~~] ORDER GRANTING THE PARTIES' JOINT MOTION
FOR LEAVE TO FILE SUMMARY JUDGMENT MEMORANDA IN EXCESS OF
TWENTY-PAGE LIMIT

Plaintiff Glass Dimensions, Inc. and Defendants State Street Corporation and State Street Bank and Trust Company (together with its State Street Global Advisors division) ("the Parties") have jointly moved the Court for leave to file summary judgment memoranda in excess of twenty pages. The Court finds good cause for granting the Parties' Joint Motion for Leave to File Summary Judgment Memoranda in Excess of the Twenty-Page Limit.

IT IS SO ORDERED.

SIGNED this 28th day of June 2012.

JOSEPH L. TAURO
UNITED STATES DISTRICT JUDGE