# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Glass Dimensions, Inc.** on behalf of the **Glass Dimensions, Inc. Profit Sharing Plan and Trust,** *and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>**State Street Corporation, State Street Bank & Trust Co.,** **and State Street Global Advisors,**<br><br>Defendants. | **CIVIL ACTION NO: 1:10-CV-10588 (JLT)** |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure Plaintiff Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and all others similarly situated ("Plaintiff"), respectfully move this Court for Summary Judgment.

As set forth in the Memorandum of Law and the Statement of Undisputed Material Facts pursuant to Local Rule 56.1, Plaintiff's Motion should be granted because State Street Bank and Trust Company ("State Street"), as trustee, investment manager, and discretionary lending agent for securities lending services served as a fiduciary for many employee benefit plans under the Employee Retirement Income Security Act ("ERISA"). State Street violated that fiduciary duty by engaging in numerous self-dealing transactions with Plan and Class assets.

WHEREFORE, for the reasons set forth more fully in Plaintiff's Memorandum of Law and Rule 56.1 Statement, Plaintiff respectfully requests that the Court enter summary judgment in favor of Plaintiff.

Dated: June 29, 2012                                        Respectfully submitted,

|  |  |
|---|---|
| | /S/ Gregory Y. Porter |
| Todd M. Schneider | Gregory Y. Porter |
| Mark T. Johnson | Michael L. Murphy |
| SCHNEIDER WALLACE COTTRELL | BAILEY & GLASSER LLP |
| BRAYTON KONECKY LLP | 910 17th Street, NW |
| 180 Montgomery Street, Suite 2000 | Suite 800 |
| San Francisco, CA 94104 | Washington, DC 20006 |
| Tel: (415) 421-7100 | Tel: (202) 463-2101 |
| Fax: (415) 421-7105 | Fax: (202) 463-2103 |
| | |
| Garrett W. Wotkyns | John Roddy (BBO # 424240) |
| SCHNEIDER WALLACE COTTRELL | Elizabeth Ryan (BBO # 549632) |
| BRAYTON KONECKY LLP | BAILEY & GLASSER LLP |
| 7702 E. Doubletree Ranch Road, Suite 300 | 125 Summer Street, Suite 1030 |
| Scottsdale, Arizona 85258 | Boston, MA 02110 |
| | Telephone: (617) 439-6730 |
| Todd S. Collins | Fax: (617) 951-3954 |
| Shanon J. Carson | |
| Ellen T. Noteware | Brian A. Glasser |
| BERGER & MONTAGUE, P.C. | BAILEY & GLASSER LLP |
| 1622 Locust Street | 209 Capitol Street |
| Philadelphia, PA 19103 | Charleston, WV 25301 |
| Tel: (215) 875-3040 | Tel: (304) 345-6555 |
| Fax: (215) 875-4604 | Fax: (304) 342-1110 |
| | |
| Matthew P. McCue | *Attorneys for Plaintiffs* |
| Law Office of Matthew McCue | |
| 179 Union Ave. | |
| Framingham, MA 01702 | |
| Tel: (508) 620-1166 | |
| Fax: (508) 820-3311 | |

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLASS DIMENSIONS, INC. ON BEHALF OF THE GLASS DIMENSIONS, INC. PROFIT SHARING PLAN AND TRUST, *and all others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE STREET CORPORATION, STATE STREET BANK AND TRUST COMPANY, AND STATE STREET GLOBAL ADVISORS,<br><br>Defendants. | CASE NO. 1:10-cv-10588 (JLT) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 29, 2012, I caused a copy of **"Plaintiff's Motion for Summary Judgment"** to be served via CM/ECF and copies of the following documents filed under seal pursuant to Court Order dated June 28, 2012: **"Plaintiff's Memorandum of Law in Support of Summary Judgment"**; **"Statement of Material Facts in Support of Plaintiff's Motion for Summary Judgment"**; and **"Declaration of Gregory Porter in Support of Plaintiff's Memorandum of Law in Support of Summary Judgment"**, with attached exhibits, via e-mail on counsel as listed below:

                Lori A. Martin (*pro hac vice*)
                Dawn M. Wilson (*pro hac vice*)
                Brad E. Konstandt (*pro hac vice*)
                WILMER CUTLER PICKERING HALE AND DORR LLP
                399 Park Avenue
                New York, NY 10022
                Tel: (212) 230-8800
                Fax: (212) 230-8888
                lori.martin@wilmerhale.com
                dawn.wilson@wilmerhale.com
                brad.konstandt@wilmerhale.com

Jeffrey B. Rudman
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
jeffrey.rudman@wilmerhale.com

Matthew P. McCue
LAW OFFICE OF MATTHEW MCCUE
179 Union Ave.
Framingham, MA 01702
Tel: (508) 620-1166
Fax: (508) 820-3311
mmccue@massattorneys.net

Todd M. Schneider
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
tschneider@schneiderwallace.com

Todd S. Collins
Ellen T. Noteware
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3040
Fax: (215) 875-4604
tcollins@bm.net
enoteware@bm.net

Garrett W. Wotkyns
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, AZ 85258
Tel: (480) 607-4368
Fax: (480) 607-4366
gwotkyns@schneiderwallace.com

                                                    /s/Gregory Y. Porter
                                                    Gregory Y. Porter