# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust,** *and all others similarly situated*, <br><br>       Plaintiffs, <br><br>       v. <br><br> **State Street Corporation, State Street Bank and Trust Co., and State Street Global Advisors,** <br><br>       Defendants. | **CIVIL ACTION NO:** 1:10-CV-10588 (JLT) <br><br> **NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE that effective July 16, 2012, the law firm of Wilmer Cutler Pickering Hale and Dorr LLP will be relocating to 7 World Trade Center, New York, New York 10007. All facsimile and telephone numbers will remain the same.

                                                    Respectfully submitted,

                                                    /s/ Sara N. Raisner  
                                                    Lori A. Martin (*pro hac vice*)  
                                                    Brad E. Konstandt (*pro hac vice*)  
                                                    Sara N. Raisner (*pro hac vice*)  
                                                    WILMER CUTLER PICKERING  
                                                       HALE AND DORR LLP  
                                                    399 Park Avenue  
                                                    New York, NY 10022  
                                                    Telephone: (212) 230-8800  
                                                    Facsimile: (212) 230-8888  
                                                    sara.raisner@wilmerhale.com

**Error! Unknown document property name.**

Jeffrey B. Rudman (BBO #433380)
WILMER CUTLER PICKERING
　HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
jeffrey.rudman@wilmerhale.com

*Counsel for Defendants State Street Corporation and State Street Bank and Trust Company (including its division State Street Global Advisors)*

**Error! Unknown document property name.**

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2012, I caused a copy of this Document to be served electronically, via the electronic filing system, on the registered participants as identified on the Notice of Electronic Filing (NEF) and by first-class mail on those indicated as non-registered participants.

/s/ Sara N. Raisner
Sara N. Raisner

**Error! Unknown document property name.**