UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
**Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust,** *and all others similarly situated*, :

      Plaintiffs, :

      v. :

**State Street Corporation, State Street Bank and Trust Co., and State Street Global Advisors,** :

Defendants. :

      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civ. Action No. 10-CV-10588

<u>NOTICE OF CHANGE OF ADDRESS</u>

PLEASE TAKE NOTICE that effective July 16, 2012, the law firm of Wilmer Cutler Pickering Hale and Dorr LLP will be relocating to 7 World Trade Center, New York, New York 10007.

All facsimile and telephone numbers will remain the same.

Dated: New York, New York
       July 12, 2012

                                      WILMER CUTLER PICKERING HALE
                                       AND DORR LLP

                                      /s/  Lori A. Martin
                                      Lori A. Martin
                                      7 World Trade Center
                                      New York, NY 10007
                                      (212) 230-8800
                                      (212) 230-8888 (fax)

                                      *Counsel for Defendants State Street*
                                      *Corporation and State Street Bank and Trust*

*Company (including its division State Street Global Advisors)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2012, a copy of the foregoing was electronically filed. Notice of this filing will be sent to all counsel of record by operation of the Court's Electronic Filing System.

/s/ Brad E. Konstandt
Brad E. Konstandt