Exhibit 2

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others similarly situated*,<br><br>Plaintiffs,<br>v.<br><br>State Street Corporation, State Street Bank & Trust Co., and State Street Global Advisors,<br><br>Defendants. | CIVIL ACTION NO: 1:10-CV-10588 (JLT) |

## DECLARATION OF THOMAS F. DUZAK IN SUPPORT OF THE BOARD OF TRUSTEES OF THE RETIREES OF THE GOODYEAR TIRE & RUBBER COMPANY HEALTH CARE TRUST'S MOTION TO INTERVENE

1. I, Thomas F. Duzak, am the Chair of the Plan Committee of the Retirees of the Goodyear Tire & Rubber Company Health Care Trust ("Goodyear Retiree VEBA" or "VEBA"). The Plan Committee is the governing fiduciary body of the VEBA. I have personal knowledge of the matters herein and would testify to same if called upon to do so.

2. Through another member of the Goodyear Retiree VEBA Plan Committee ("Plan Committee"), I learned of the litigation captioned *Glass Dimensions, Inc. v. State Street Corporation, et al.* in late 2011.

3. The Plan Committee meets on a periodic basis, approximately 6 times per year. In late 2011 and in 2012, I and other members of the Goodyear Retiree VEBA reviewed materials

relating to the litigation captioned *Glass Dimensions, Inc. v. State Street Corporation, et al.* The Plan Committee discussed those materials with its counsel during meetings.

4. Following the aforementioned review of materials and discussions, the Goodyear Retiree VEBA decided to participate as a class representative plaintiff in the *Glass Dimensions* litigation.

Dated: June 29, 2012

_____
Thomas F. Duzak