# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others similarly situated*, | CIVIL ACTION NO. 1:10-cv-10588 (JLT) |
| Plaintiff, | Hon. Joseph L. Tauro |
| v. | **NOTICE OF CHANGE OF ADDRESS** |
| State Street Corporation, State Street Bank & Trust Co., and State Street Global Advisors, | |
| Defendants. | |

PLEASE TAKE NOTICE that effective immediately, the address and other contact information for the undersigned counsel for plaintiffs has changed. All pleadings, notices, correspondence and other documents should be addressed as follows:

> Garrett W. Wotkyns
> Schneider Wallace Cottrell Brayton Konecky LLP
> 8501 North Scottsdale Road, Suite 270
> Scottsdale, Arizona 85253
> Main: (480) 428-0141
> Facsimile: (866) 505-8036

Please change your records accordingly.

Dated: July 12, 2012

s/ Garrett W. Wotkyns
Garrett W. Wotkyns
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
8501 North Scottsdale Road, Suite 270
Scottsdale, Arizona 85253
Tel: (480) 428-0142
Fax: (866) 505-8036

Matthew P. McCue
LAW OFFICE OF MATTHEW MCCUE
179 Union Ave.
Framingham, MA  01702
Tel:  (508) 620-1166
Fax:  (508) 820-3311

Todd S. Collins
Shanon J. Carson
Ellen T. Noteware
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3040
Fax:  (215) 875-4604

Gregory Y. Porter
BAILEY & GLASSER LLP
910 17th Street, NW
Suite 800
Washington, DC 20006
Tel: (202) 463-2101
Fax:  (202) 463-2103

Brian A. Glasser
Michael L. Murphy
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV 25301
Tel: (304) 345-6555
Fax:  (304) 342-1110

Todd M. Schneider
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA  94104
Tel:  (415) 421-7100
Fax:   (415) 421-7105

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 12, 2012.

    _s/ Clarence Williams_____
    Clarence Williams