# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust,** *and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> **State Street Corporation, State Street Bank and Trust Co., and State Street Global Advisors,** <br><br> Defendants. | **CIVIL ACTION NO:** 1:10-CV-10588 (JLT) <br><br> **NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE that effective July 16, 2012, the law firm of Wilmer Cutler Pickering Hale and Dorr LLP will be relocating to 7 World Trade Center, New York, New York 10007.

All facsimile and telephone numbers will remain the same.

Dated: New York, New York
         July 13, 2012

                                                          Respectfully submitted,

                                                        /s/ Brad E. Konstandt
                                                       Brad E. Konstandt
                                                       WILMER CUTLER PICKERING
                                                          HALE AND DORR LLP
                                                       7 World Trade Center
                                                       New York, NY 10007
                                                       Telephone: (212) 230-8800
                                                       Facsimile: (212) 230-8888
                                                       brad.konstandt@wilmerhale.com

                                                       *Counsel for Defendants State Street*
                                                       *Corporation and State Street Bank and Trust*
                                                       *Company (including its division State Street*

*Global Advisors)*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2012, I caused a copy of this Document to be served electronically, via the electronic filing system, on the registered participants as identified on the Notice of Electronic Filing (NEF) and by first-class mail on those indicated as non-registered participants.

/s/ Brad E. Konstandt
Brad E. Konstandt