# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Glass Dimensions, Inc. on behalf of the** </br> **Glass Dimensions, Inc. Profit Sharing** </br> **Plan and Trust,** *and all others* </br> *similarly situated,* </br></br> Plaintiffs, </br> v. </br></br> **State Street Corporation, State Street** </br> **Bank & Trust Co.,** </br> **and State Street Global Advisors,** </br></br> Defendants. | **CIVIL ACTION NO: 1:10-CV-10588 (JLT)** |

## [Proposed] ORDER

It is hereby **ORDERED** that Plaintiffs' Motion To Strike Defendants Prohibited Transaction Exemption 2006-16 And/Or Preclude Defendants From Offering Evidence Of Related Rebates is **GRANTED**.

Dated: _____

U.S.D.J. Joseph L. Tauro