# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust,** *and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> **State Street Corporation, State Street Bank and Trust Co., and State Street Global Advisors,** <br><br> Defendants. | **CIVIL ACTION NO:** 1:10-CV-10588 (JLT) <br><br> **FILED UNDER SEAL** |

___

## DEFENDANTS' MEMORANDUM OF LAW
## IN OPPOSITION TO GOODYEAR'S MOTION TO INTERVENE
___

FILED UNDER SEAL ON JULY 26, 2012 BY DEFENDANTS STATE STREET CORPORATION AND STATE STREET BANK AND TRUST COMPANY (TOGETHER WITH ITS STATE STREET GLOBAL ADVISORS DIVISION)