## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2012, I caused a copy of the **DEFENDANTS'
MEMORANDUM OF LAW IN OPPOSITION TO GOODYEAR'S MOTION TO
INTERVENE, DATED JULY 26, 2012,** to be served on counsel via first class mail and e-mail.

Brad E. Konstandt