IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>State Street Corporation, State Street Bank and Trust Co., and State Street Global Advisors,<br><br>Defendants. | CIVIL ACTION NO: 1:10-CV-10588 (JLT) |

## DECLARATION OF CHARLES E. CULLINANE IN SUPPORT OF DEFENDANTS' OPPOSITION TO GOODYEAR'S MOTION TO INTERVENE

I, CHARLES E. CULLINANE, hereby declare as follows:

1. I am a Vice President, Managing Counsel for State Street Global Advisors ("SSgA"), a division of State Street Bank and Trust Company ("SSBT"). I submit this Declaration in support of Defendants' Opposition to Goodyear's Motion to Intervene. I have personal knowledge of the information contained in this Declaration.

2. I have been employed at SSgA since 1999, and am responsible for providing advice and counsel to SSgA's global investment and trading teams across all asset classes. I am also counsel to SSgA's Investment Committee. Previously, I was responsible for providing advice and counsel to SSgA's institutional client-facing teams worldwide on marketing, distribution and

client-related matters. Among my responsibilities, I am responsible for documents governing the collective investment funds and common trust funds offered by SSgA.

3. As of July 2012, State Street maintained two hundred and sixty nine (269) common trust funds for its institutional investors. This figure does not include collective trust funds, which are distinct from common trust funds and are only available for investment by ERISA plans that consist of qualified pension assets.

Dated: July 26, 2012
    Boston, Massachusetts

_____
Charles E. Cullinane