## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2012, I caused a copy of the **DECLARATION OF CHARLES E. CULLINANE IN SUPPORT OF DEFENDANTS' OPPOSITION TO GOODYEAR'S MOTION TO INTERVENE, DATED JULY 26, 2012** to be served electronically, via the electronic filing system, on the registered participants as identified on the Notice of Electronic Filing (NEF) and by first-class mail on those indicated as non-registered participants.

Brad E. Konstandt