**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust,** *and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> **State Street Corporation, State Street Bank and Trust Co.,** **and State Street Global Advisors,** <br><br> Defendants. | **CIVIL ACTION NO:** 1:10-CV-10588 (JLT) <br><br> **FILED UNDER SEAL** |

---

**DECLARATION OF BRAD E. KONSTANDT IN SUPPORT OF DEFENDANTS' OPPOSITION TO GOODYEAR'S MOTION TO INTERVENE, DATED JULY 26, 2012, AND ACCOMPANYING EXHIBITS A – M**

---

FILED UNDER SEAL BY DEFENDANTS STATE STREET CORPORATION
AND STATE STREET BANK AND TRUST COMPANY
(TOGETHER WITH ITS STATE STREET GLOBAL ADVISORS DIVISION)