## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2012, I caused a copy of the **DECLARATION OF BRAD E. KONSTANDT IN SUPPORT OF DEFENDANTS' OPPOSITION TO GOODYEAR'S MOTION TO INTERVENE, DATED JULY 26, 2012, AND ACCOMPANYING EXHIBITS** to be served on counsel via first class mail and e-mail.

Brad E. Konstandt