**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Glass Dimensions, Inc. on behalf of the** | ) | |
| **Glass Dimensions, Inc. Profit Sharing** | ) | |
| **Plan and Trust,** *and all others* | ) | |
| *similarly situated*, | ) | |
| | ) | **CIVIL ACTION NO:**  1:10-CV-10588 (JLT) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **FILED UNDER SEAL** |
| | ) | |
| **State Street Corporation, State Street** | ) | |
| **Bank and Trust Co.,** | ) | |
| **and State Street Global Advisors,** | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE
DEFENDANTS' PROHIBITED TRANSACTION EXEMPTION 2006-16 DEFENSE
AND/OR PRECLUDE DEFENDANTS FROM
OFFERING EVIDENCE OF RELATED REBATES**

FILED UNDER SEAL ON JULY 27, 2012 BY DEFENDANTS STATE STREET
CORPORATION AND STATE STREET BANK AND TRUST COMPANY
(TOGETHER WITH ITS STATE STREET GLOBAL ADVISORS DIVISION)

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2012, I caused a copy of **DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' PROHIBITED TRANSACTION EXEMPTION 2006-16 DEFENSE AND/OR PRECLUDE DEFENDANTS FROM OFFERING EVIDENCE OF RELATED REBATE RATES**, dated July 27, 2012, to be served on counsel via first class mail and e-mail.


Sara N. Raisner