**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust,** *and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> **State Street Corporation, State Street Bank and Trust Co., and State Street Global Advisors**, <br><br> Defendants. | CIVIL ACTION NO: 1:10-CV-10588 (JLT) <br><br> **FILED UNDER SEAL** |

---

**DECLARATION OF BRAD E. KONSTANDT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' PROHIBITED TRANSACTION EXEMPTION 2006-16 DEFENSE AND/OR PRECLUDE DEFENDANTS FROM OFFERING EVIDENCE OF RELATED REBATES**

---

FILED UNDER SEAL ON JULY 27, 2012 BY DEFENDANTS STATE STREET CORPORATION AND STATE STREET BANK AND TRUST COMPANY (TOGETHER WITH ITS STATE STREET GLOBAL ADVISORS DIVISION)

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2012, I caused a copy of the **DECLARATION OF BRAD E. KONSTANDT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' PROHIBITED TRANSACTION EXEMPTION 2006-16 DEFENSE AND/OR PRECLUDE DEFENDANTS FROM OFFERING EVIDENCE OF RELATED REBATE RATES AND EXHIBITS,** dated July 27, 2012, to be served on counsel via first class mail and e-mail.

_____
Sara N. Raisner