# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust,** *and all others similarly situated*, <br><br>　　　　　Plaintiffs, <br><br>　　　v. <br><br>**State Street Corporation, State Street Bank and Trust Company, and State Street Global Advisors,** <br><br>　　　　　Defendants. | **CIVIL ACTION NO:** 1:10-CV-10588 (JLT) <br><br> **FILED UNDER SEAL PURSUANT TO ORDER DATED JUNE 28, 2012** <br><br> **LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES GRANTED ON JUNE 28, 2012** |

## DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

FILED UNDER SEAL BY DEFENDANTS STATE STREET CORPORATION
AND STATE STREET BANK AND TRUST COMPANY
(TOGETHER WITH ITS STATE STREET GLOBAL ADVISORS DIVISION)

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2012, I caused a copy of **DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**, dated August 24, 2012, to be served on counsel via first class mail and e-mail.

_____
Sara N. Raisner