**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust,** *and all others similarly situated***,**<br><br>Plaintiffs,<br><br>v.<br><br>**State Street Corporation, State Street Bank & Trust Company, and State Street Global Advisors,**<br><br>Defendants. | **CIVIL ACTION NO. 1:10-CV-10588 (JLT)**<br><br><br>**FILED UNDER SEAL PURSUANT TO ORDER DATED JUNE 28, 2012** |

**COUNTER-STATEMENT OF MATERIAL FACTS
IN SUPPORT OF DEFENDANTS' OPPOSITION TO
<u>PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>**

FILED UNDER SEAL BY DEFENDANTS STATE STREET CORPORATION
AND STATE STREET BANK AND TRUST COMPANY
(TOGETHER WITH ITS STATE STREET GLOBAL ADVISORS DIVISION)

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2012, I caused a copy of the **COUNTER-STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**, dated August 24, 2012, to be served on counsel via first class mail and e-mail.

_____
Sara N. Raisner