IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust,** *and all others similarly situated***,** | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO: 1:10-CV-10588 (JLT) |
| v. | ) ) ) | **FILED UNDER SEAL PURSUANT TO ORDER DATED JUNE 28, 2012** |
| **State Street Corporation, State Street Bank and Trust Company, and State Street Global Advisors**, | ) ) ) ) | |
| Defendants. | ) | |

---

**DECLARATION OF KATIE M. FIRTH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DATED AUGUST 24, 2012**

---

FILED UNDER SEAL BY DEFENDANTS STATE STREET CORPORATION
AND STATE STREET BANK AND TRUST COMPANY
(TOGETHER WITH ITS STATE STREET GLOBAL ADVISORS DIVISION)

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2012, I caused a copy of the **DECLARATION OF KATIE M. FIRTH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**, dated August 24, 2012, to be served on counsel via first class mail and e-mail.

_____
Sara N. Raisner