# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Glass Dimensions, Inc. on behalf of the** ) <br> **Glass Dimensions, Inc. Profit Sharing** ) <br> **Plan and Trust,** *and all others* ) <br> *similarly situated,* ) <br> ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> **State Street Corporation, State Street** ) <br> **Bank & Trust Co.,** ) <br> **and State Street Global Advisors,** ) <br> ) <br> Defendants. ) | **CIVIL ACTION NO: 1:10-CV-10588 (JLT)** <br><br> *FILED UNDER SEAL PURSUANT TO* <br> *PROTECTIVE ORDER* |

## PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2012, I caused a copy of the **PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**, dated August 24, 2012, to be served on counsel via first class mail and email.

/s/ Mark T. Johnson
Mark T. Johnson