**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Glass Dimensions, Inc. on behalf of the** | ) | |
| **Glass Dimensions, Inc. Profit Sharing** | ) | |
| **Plan and Trust,** *and all others* | ) | |
| *similarly situated,* | ) | |
| | ) | **CIVIL ACTION NO: 1:10-CV-10588 (JLT)** |
| | ) | |
| Plaintiffs, | ) | *FILED UNDER SEAL PURSUANT TO* |
| v. | ) | *PROTECTIVE ORDER* |
| | ) | |
| **State Street Corporation, State Street** | ) | |
| **Bank & Trust Co.,** | ) | |
| **and State Street Global Advisors,** | ) | |
| | ) | |
| Defendants. | ) | |

**<u>DECLARATION OF MARK T. JOHNSON IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2012, I caused a copy of the **DECLARATION OF MARK T. JOHNSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**, dated August 24, 2012, to be served on counsel via first class mail and email.


/s/ Mark T. Johnson
Mark T. Johnson