# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust,** *and all others similarly situated,* | ) ) ) ) ) **CIVIL ACTION NO: 1:10-CV-10588 (JLT)** ) |
| Plaintiffs, v. | ) *FILED UNDER SEAL PURSUANT TO* ) *PROTECTIVE ORDER* ) |
| **State Street Corporation, State Street Bank & Trust Co., and State Street Global Advisors,** | ) ) ) ) |
| Defendants. | ) |

**RULE 56.1 COUNTER-STATEMENT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2012, I caused a copy of the **RULE 56.1 COUNTER-STATEMENT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**, dated August 24, 2012, to be served on counsel via first class mail and email.

/s/ Mark T. Johnson
Mark T. Johnson