# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust,** *and all others similarly situated*, <br><br>    Plaintiffs, <br><br> v. <br><br> **State Street Corporation, State Street Bank and Trust Co., and State Street Global Advisors,** <br><br>    Defendants. | **CIVIL ACTION NO:** 1:10-CV-10588 (JLT) <br><br> **FILED UNDER SEAL** <br> LEAVE TO FILE GRANTED ON SEPT. 20, 2012 (DKT. NO. 166) |

---

### AMENDED DECLARATION OF CHARLES E. CULLINANE IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S LETTERS OF MAY 31, 2012 REGARDING GOODYEAR VEBA AND SUPPLEMENTAL AUTHORITY

---

FILED UNDER SEAL BY DEFENDANTS STATE STREET CORPORATION
AND STATE STREET BANK AND TRUST COMPANY
(TOGETHER WITH ITS STATE STREET GLOBAL ADVISORS DIVISION)

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2012, I caused a copy of the **AMENDED DECLARATION OF CHARLES E. CULLINANE IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S LETTERS OF MAY 31, 2012 REGARDING GOODYEAR VEBA AND SUPPLEMENTAL AUTHORITY** to be served on counsel via first class mail and e-mail.

/s/ Sara N. Raisner
Sara N. Raisner