IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>State Street Corporation, State Street Bank & Trust Company, and State Street Global Advisors,<br><br>Defendants. | CIVIL ACTION NO. 1:10-CV-10588 (JLT)<br><br>FILED UNDER SEAL PURSUANT TO ORDER DATED JUNE 28, 2012 |

**SUPPLEMENTAL RULE 56.1 STATEMENT AND
REPLY TO PLAINTIFF'S RULE 56.1 COUNTER-STATEMENT
IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

FILED UNDER SEAL BY DEFENDANTS STATE STREET CORPORATION
AND STATE STREET BANK AND TRUST COMPANY
(TOGETHER WITH ITS STATE STREET GLOBAL ADVISORS DIVISION)

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2012, I caused a copy of the **SUPPLEMENTAL RULE 56.1 STATEMENT AND REPLY TO PLAINTIFF'S RULE 56.1 COUNTER-STATEMENT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**, dated September 21, 2012, to be served on counsel via first class mail and e-mail.

_____
Sara N. Raisner