IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **Glass Dimensions, Inc. on behalf of the** **Glass Dimensions, Inc. Profit Sharing** **Plan and Trust,** *and all others* *similarly situated,* | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO: 1:10-CV-10588 (JLT) |
| v. | ) ) ) | |
| **State Street Corporation, State Street** **Bank and Trust Company, and** **State Street Global Advisors,** | ) ) ) ) | **FILED UNDER SEAL PURSUANT TO** **ORDER DATED JUNE 28, 2012** |
| Defendants. | ) | |

---

**DECLARATION OF CHARLES E. CULLINANE IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT,
DATED SEPTEMBER 20, 2012**

---

FILED UNDER SEAL BY DEFENDANTS STATE STREET CORPORATION
AND STATE STREET BANK AND TRUST COMPANY
(TOGETHER WITH ITS STATE STREET GLOBAL ADVISORS DIVISION)

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2012, I caused a copy of the **DECLARATION OF CHARLES E. CULLINANE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**, dated September 20, 2012, to be served on counsel via first class mail and e-mail.

Sara N. Raisner