IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>State Street Corporation, State Street Bank and Trust Company, and State Street Global Advisors,<br><br>Defendants. | CIVIL ACTION NO: 1:10-CV-10588 (JLT)<br><br>**FILED UNDER SEAL PURSUANT TO ORDER DATED JUNE 28, 2012** |

---

**DECLARATION OF NANCY L. CONLIN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, DATED SEPTEMBER 20, 2012**

---

FILED UNDER SEAL BY DEFENDANTS STATE STREET CORPORATION
AND STATE STREET BANK AND TRUST COMPANY
(TOGETHER WITH ITS STATE STREET GLOBAL ADVISORS DIVISION)

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2012, I caused a copy of the **DECLARATION OF NANCY L. CONLIN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**, dated September 20, 2012, to be served on counsel via first class mail and e-mail.

_Sara N. Raisner_
Sara N. Raisner