## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Glass Dimensions, Inc.** on behalf of the **Glass Dimensions, Inc. Profit Sharing Plan and Trust**, *and all others similarly situated*, <br><br> Plaintiffs, <br> v. <br><br> **State Street Corporation, State Street Bank & Trust Co.,** **and State Street Global Advisors,** <br><br> Defendants. | **CIVIL ACTION NO: 1:10-CV-10588 (JLT)** <br><br> **FILED UNDER SEAL** <br> Order Dated June 28, 2012 (Doc. No. 103) |

### PLAINTIFFS' REPLY MEMORANDUM OF LAW IN SUPPORT OF SUMMARY JUDGMENT

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 21, 2012, I caused a copy of the foregoing document filed under seal pursuant to Court Order dated June 28, 2012 to be served via e-mail on counsel as listed below:

> Lori A. Martin (*pro hac vice*)
> Dawn M. Wilson (*pro hac vice*)
> Brad E. Konstandt (*pro hac vice*)
> WILMER CUTLER PICKERING HALE AND DORR LLP
> 399 Park Avenue
> New York, NY 10022
> Tel: (212) 230-8800
> Fax: (212) 230-8888
> lori.martin@wilmerhale.com
> dawn.wilson@wilmerhale.com
> brad.konstandt@wilmerhale.com

        /s/ Gregory Y. Porter
        Gregory Y. Porter