IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust**, *and all others similarly situated,*<br><br>　　　　Plaintiffs,<br>　　v.<br><br>**State Street Corporation, State Street Bank & Trust Co., and State Street Global Advisors,**<br><br>　　　　Defendants. | CIVIL ACTION NO: 1:10-CV-10588 (JLT)<br><br>FILED UNDER SEAL PURSUANT TO ORDER DATED JUNE 28, 2012 |

**RULE 56.1 COUNTER-STATEMENT IN RESPONSE TO DEFENDANTS' ADDITIONAL UNDISPUTED MATERIAL FACTS IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff Glass Dimensions, Inc. ("Glass Dimensions" or "Plaintiff"), on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust (the "Plan") and the Class (together with Plaintiff "Plaintiffs") respectfully submits this Counter-Statement In Response To Defendants' Additional Undisputed Material Facts In Opposition to Plaintiffs' Motion for Summary Judgment. Plaintiffs respond herein to each of the Additional Undisputed Material Facts ("AUMF") contained in Defendants' Undisputed Material Facts contained in Defendant's Counter Statement of Material Facts In Support of Defendants' Opposition To Plaintiffs' Motion For Summary Judgment in turn. [Dkt. No. 158].

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 21, 2012, I caused a copy of the foregoing document filed under seal pursuant to Court Order dated June 28, 2012 to be served via e-mail on counsel as listed below:

>Lori A. Martin (*pro hac vice*)
>Dawn M. Wilson (*pro hac vice*)
>Brad E. Konstandt (*pro hac vice*)
>WILMER CUTLER PICKERING HALE AND DORR LLP
>399 Park Avenue
>New York, NY 10022
>Tel: (212) 230-8800
>Fax: (212) 230-8888
>lori.martin@wilmerhale.com
>dawn.wilson@wilmerhale.com
>brad.konstandt@wilmerhale.com

>      /s/ Gregory Y. Porter
>      Gregory Y. Porter