# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust,** *and all others similarly situated,*<br><br>　　　　　Plaintiffs,<br>　　　v.<br><br>**State Street Corporation, State Street Bank & Trust Co., and State Street Global Advisors,**<br><br>　　　　　Defendants. | **CIVIL ACTION NO: 1:10-CV-10588 (JLT)**<br><br>**<u>FILED UNDER SEAL</u>**<br>**Order Dated June 28, 2012 (Doc. No. 103)** |

**<u>PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO AMEND THE CLASS CERTIFICATION ORDER</u>**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2012, I caused a copy of **PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO AMEND THE CLASS CERTIFICATION ORDER** filed under seal pursuant to Court Order dated June 28, 2012, to be served via e-mail on counsel as listed below:

> Lori A. Martin (*pro hac vice*)
> Dawn M. Wilson (*pro hac vice*)
> Brad E. Konstandt (*pro hac vice*)
> WILMER CUTLER PICKERING HALE AND DORR LLP
> 399 Park Avenue
> New York, NY 10022
> Tel: (212) 230-8800
> Fax: (212) 230-8888
> lori.martin@wilmerhale.com
> dawn.wilson@wilmerhale.com
> brad.konstandt@wilmerhale.com
>
> Jeffrey B. Rudman
> WILMER CUTLER PICKERING HALE AND DORR LLP
> 60 State Street
> Boston, MA 02109
> Tel: (617) 526-6000
> Fax: (617) 526-5000
> jeffrey.rudman@wilmerhale.com
>
> Matthew P. McCue
> LAW OFFICE OF MATTHEW MCCUE
> 179 Union Ave.
> Framingham, MA 01702
> Tel: (508) 620-1166
> Fax: (508) 820-3311
> mmccue@massattorneys.net
>
> Todd M. Schneider
> SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP
> 180 Montgomery Street, Suite 2000
> San Francisco, CA 94104
> Tel: (415) 421-7100
> Fax: (415) 421-7105
> tschneider@schneiderwallace.com

Todd S. Collins
Ellen T. Noteware
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3040
Fax: (215) 875-4604
tcollins@bm.net
enoteware@bm.net

Garrett W. Wotkyns
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, AZ 85258
Tel: (480) 607-4368
Fax: (480) 607-4366
gwotkyns@schneiderwallace.com

                                            /s/Gregory Y. Porter
                                            Gregory Y. Porter