## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Glass Dimensions, Inc. on behalf of the ) | | |
| Glass Dimensions, Inc. Profit Sharing ) | | |
| Plan and Trust, *and all others* ) | | |
| *Similarly situated*, ) | Case No. 1:10-cv-10588 (JLT) | |
| ) | | |
| Plaintiffs, ) | ECF Case | |
| ) | | |
| v. ) | | |
| ) | | |
| State Street Corporation, State Street ) | | |
| Bank and Trust Company, and ) | | |
| State Street Global Advisors, ) | | |
| Defendant. ) | | |

### PLAINTIFFS' ASSENTED-TO MOTION FOR A CONTINUANCE OF ORAL ARGUMENT REGARDING ALL PENDING MOTIONS

Plaintiff Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, and all others similarly situated ("Plaintiffs"), respectfully requests that the Court reschedule the oral argument on all pending motions, currently set for October 30, 2012. Plaintiffs' counsel have a preexisting travel commitment on that day. Plaintiffs conferred with Defendants' counsel on alternative dates, and propose one of the following: November 6 or November 8. Defendants assent to this Motion to continue the hearing to one of those dates.

WHEREFORE, for the reasons stated above, Plaintiffs respectfully request that the court grant this Motion to continue the hearing on all pending motions.

Dated: September 28, 2012 Respectfully submitted,

<div style="display: flex;">

<div>

Todd M. Schneider
Mark T. Johnson
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 421-7100
Fax: (415) 421-7105

Garrett W. Wotkyns
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, Arizona 85258

Todd S. Collins
Shanon J. Carson
Ellen T. Noteware
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3040
Fax: (215) 875-4604

Matthew P. McCue
Law Office of Matthew McCue
179 Union Ave.
Framingham, MA 01702
Tel: (508) 620-1166
Fax: (508) 820-3311

</div>

<div>

/S/ Gregory Y. Porter
Gregory Y. Porter
Michael L. Murphy
BAILEY & GLASSER LLP
910 17th Street, NW
Suite 800
Washington, DC 20006
Tel: (202) 463-2101
Fax: (202) 463-2103

John Roddy (BBO # 424240)
Elizabeth Ryan (BBO # 549632)
BAILEY & GLASSER LLP
125 Summer Street, Suite 1030
Boston, MA 02110
Telephone: (617) 439-6730
Fax: (617) 951-3954

Brian A. Glasser
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV 25301
Tel: (304) 345-6555
Fax: (304) 342-1110

*Attorneys for Plaintiffs*

</div>

</div>

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 28, 2012, I caused a copy of the **"Plaintiffs' Assented-To Motion for a Continuance of Oral Argument Regarding All Pending Motions"** to Be Served Electronically, Via The Electronic Filing System, On The Registered Participants As Identified on the Notice of Electronic Filing (NEF) and by first-class mail on those indicated as non-registered participants.

                                                                          /s/Gregory Y. Porter