# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> State Street Corporation, State Street Bank & Trust Co., and State Street Global Advisors, <br><br> Defendants. | **CIVIL ACTION NO:** 1:10-CV-10588 (JLT) <br><br> ECF Case |

## NOTICE OF APPEARANCE OF ERIC G. PENLEY

Pursuant to Local Rule 83.5.2, please enter my appearance on behalf of the Defendants in the above-captioned matter.

    Respectfully Submitted,

    /s/   Eric G. Penley
    Eric G. Penley (BBO # 678920)
    Wilmer Cutler Pickering Hale and Dorr LLP
    60 State Street
    Boston, Massachusetts  02109
    eric.penley@wilmerhale.com
    Tel:  (617) 526-6000
    Fax: (617) 526-5000

Dated:  October 4, 2012

## **CERTIFICATE OF SERVICE**

      I, Eric G. Penley, hereby certify that this Notice filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail on October 4, 2012 to any non-registered participants.

      /s/   Eric G. Penley
Eric G. Penley (BBO # 678920)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts  02109
eric.penley@wilmerhale.com
Tel:  (617) 526-6000
Fax: (617) 526-5000