IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> State Street Corporation, State Street Bank & Trust Co., and State Street Global Advisors, <br><br> Defendants. | CIVIL ACTION NO: 1:10-CV-10588 (JLT) <br><br> ECF Case |

## MOTION TO ADMIT CHRISTOPHER BOUCHOUX *PRO HAC VICE*

Now comes Jeffrey B. Rudman, a member in good standing of the bar of this Court, and moves pursuant to Local Rule 83.5.3 for the admission in this case of Christopher Bouchoux as counsel for defendants State Street Corporation and State Street Bank and Trust Company (together with its State Street Global Advisors division).

As set forth in the accompanying Certificate, Christopher Bouchoux certifies that (1) he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I have filed an appearance in this action on behalf of defendants as required by Local Rule 83.5.3(b).

                Respectfully Submitted,
                /s/   Jeffrey B. Rudman
                Jeffrey B. Rudman (BBO # 433380)
                Wilmer Cutler Pickering Hale and Dorr LLP
                60 State Street
                Boston, Massachusetts 02109
                jeffrey.rudman@wilmerhale.com
                Tel: (617) 526-6000
                Fax: (617) 526-5000

Dated: October 11, 2012

## CERTIFICATE OF SERVICE

I, Jeffrey B. Rudman, hereby certify that this motion and its attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to those indicated as non-registered participants on October 11, 2012.

/s/ Jeffrey B. Rudman
Jeffrey B. Rudman (BBO # 433380)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
jeffrey.rudman@wilmerhale.com
Tel: (617) 526-6000
Fax: (617) 526-5000

## LOCAL RULE 7.1 CERTIFICATION

      Pursuant to Local Rule 7. 1(A)(2), I hereby certify that counsel for Defendant conferred with counsel for Plaintiff on the subject of this motion, and was advised that Plaintiff has no opposition to this motion.

      /s/   Jeffrey B. Rudman

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> State Street Corporation, State Street Bank & Trust Co., and State Street Global Advisors, <br><br> Defendants. | **CIVIL ACTION NO:** 1:10-CV-10588 (JLT) <br><br> ECF Case |

## *PRO HAC VICE* CERTIFICATION OF CHRISTOPHER BOUCHOUX

Pursuant to Local Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, I, Christopher Bouchoux, hereby certify that:

(1) I am a member of the bar in good standing of the following jurisdiction to which I have been admitted to practice:

_State of New York_
_U.S. District Court for S.D.N.Y._

(2) There are no disciplinary proceedings pending against me as a member of the bar in my jurisdiction.

(3) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully Submitted,

*[signature]*

Christopher Bouchoux
Wilmer Cutler Pickering Hale and Dorr LLP
250 Greenwich
New York, NY 10007
christopher.bouchoux@wilmerhale.com
Tel: (212) 230-8823
Fax: (212) 230-8888

Dated: October 11, 2012