# United States Court of Appeals
## For the First Circuit

No. 12-8032

GLASS DIMENSIONS, INC. on behalf of the Glass Dimension, Inc.
Profit Sharing Plan and Trust, and all other similarly situated,

Plaintiff, Respondent,

v.

STATE STREET CORPORATION, ET AL.,

Defendants, Petitioners.

Before

Torruella, Boudin and Thompson,
<u>Circuit Judges</u>.

**JUDGMENT**
Entered: November 26, 2012

Defendant-petitioners seek leave to appeal the certification of a class in this ERISA action. Having carefully reviewed the district court's rulings, the parties' papers, and relevant portions of the record, we conclude interlocutory review is not in order. <u>See</u> <u>Waste Mgmt. Holdings, Inc.</u> v. <u>Mowbray</u>, 208 F.3d 288, 293-94 (1st Cir. 2000) (setting out factors to be considered when deciding whether to allow review pursuant to Rule 23(f)). Accordingly, the petition is <u>denied</u>.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>.

cc:
Todd S. Collins
Brad E. Konstandt
Lori A. Martin
Eric Grant Penley
Gregory Y. Porter
Sara N. Raisner
John J. Roddy
Jeffrey B. Rudman
Elizabeth A. Ryan