# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others similarly situated*, | CIVIL ACTION NO. 1:10-cv-10588 (JLT) |
| Plaintiff, | Hon. Joseph L. Tauro |
| v. | **NOTICE OF FIRM NAME CHANGE** |
| State Street Corporation, State Street Bank & Trust Co., and State Street Global Advisors, | |
| Defendants. | |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

Please take notice that effective January 1, 2013, Schneider Wallace Cottrell Brayton Konecky LLP have changed its name to Schneider Wallace Cottrell Konecky LLP.  The firm's and its lawyers' addresses, telephone numbers, facsimile numbers, and e-mail addresses will remain the same.

Dated: January 10, 2013

_____ s/ Mark T. Johnson _____
Todd Schneider
Mark T. Johnson
SCHNEIDER WALLACE COTTRELL
KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel:  (415) 421-7100
Fax:  (415) 421-7105

Matthew P. McCue
LAW OFFICE OF MATTHEW MCCUE
179 Union Ave.
Framingham, MA  01702
Tel:  (508) 620-1166
Fax:  (508) 820-3311

Todd S. Collins
Shanon J. Carson
Ellen T. Noteware
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3040
Fax:  (215) 875-4604

Gregory Y. Porter
BAILEY & GLASSER LLP
910 17th Street, NW
Suite 800
Washington, DC 20006
Tel: (202) 463-2101
Fax:  (202) 463-2103

Brian A. Glasser
Michael L. Murphy
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV 25301
Tel: (304) 345-6555
Fax:  (304) 342-1110

Garrett W. Wotkyns
SCHNEIDER WALLACE COTTRELL
KONECKY LLP
8501 North Scottsdale Road, Suite 270
Scottsdale, AZ  85253
Tel:  (480) 428-0141
Fax:   (866) 505-8036

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

on January 10, 2013.

 _s/ Clarence Williams_____
Clarence Williams