UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GLASS DIMENSIONS, INC., on behalf of the GLASS DIMENSIONS, INC. PROFIT SHARING PLAN AND TRUST, and all others similarly situated, | * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action  No. 10-10588-JLT |
| STATE STREET BANK & TRUST CO., STATE STREET CORPORATION, and STATE STREET GLOBAL ADVISORS, | * * * * | |
| Defendants. | * | |

ORDER

February 5, 2013

TAURO, J.

This court hereby orders that:

1. Defendants' assented-to Motion to File Under Seal Joint Motion for an Extension of Time [#213] is ALLOWED.

2. The Joint Motion for an Extension of Time [#214] is ALLOWED.  The new deadline for the reports and briefings described in the January 14, 2013 Order [#204] is March 11, 2013.  No further extensions will be granted.

3. The Hearing on the parties' pending motions for summary judgment is rescheduled for March 14, 2013, at 11:00 a.m.

IT IS SO ORDERED.

          /s/ Joseph L. Tauro
          United States District Judge