IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust,** *and all others similarly situated,*<br><br>Plaintiffs,<br>v.<br><br>**State Street Corporation, State Street Bank & Trust Co., and State Street Global Advisors,**<br><br>Defendants. | **CIVIL ACTION NO: 1:10-CV-10588 (JLT)** |

**PLAINTIFF'S MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7.1(b)(3), Plaintiff seeks leave of the Court to submit the attached Plaintiff's Supplemental Authority In Support Of Plaintiff's Motion For Summary Judgment And In Opposition To Defendants' Motion For Summary Judgment, Exhibit 1 hereto. The recent authority addressed therein bears directly on key issues before this Court on the parties' cross-motions for summary judgment, namely whether State Street Bank and Trust Company was free to collect a fee of 50% of securities lending income, no matter how unreasonable the amount of that fee, because it disclosed that it would take up to 50% of securities lending income. *See* Memorandum of Law in Support of Defendants' Motion for Summary Judgment ("Defs' Brf.") [Dkt. 110], at 15-18, Defendants' Memorandum Of Law In Opposition To Plaintiffs' Motion For Summary Judgment ("Defs' Opp.") [Dkt 157] at 27-28.

Defendants' counsel does not oppose the instant motion.

Dated: February 28, 2013                               Respectfully submitted,

/S/ Gregory Y. Porter

Todd M. Schneider                                      Gregory Y. Porter
Mark T. Johnson                                        BAILEY & GLASSER LLP
SCHNEIDER WALLACE COTTRELL                             910 17th Street, NW
BRAYTON KONECKY LLP                                    Suite 800
180 Montgomery Street, Suite 2000                      Washington, DC 20006
San Francisco, CA 94104                                Tel: (202) 463-2101
Tel: (415) 421-7100                                    Fax: (202) 463-2103
Fax: (415) 421-7105

John Roddy (BBO # 424240)
Garrett W. Wotkyns                                     Elizabeth Ryan (BBO # 549632)
SCHNEIDER WALLACE COTTRELL                             BAILEY & GLASSER LLP
BRAYTON KONECKY LLP                                    125 Summer Street, Suite 1030
7702 E. Doubletree Ranch Road, Suite 300               Boston, MA 02110
Scottsdale, Arizona 85258                              Telephone: (617) 439-6730
Fax: (617) 951-3954

Todd S. Collins
Ellen T. Noteware                                      Brian A. Glasser
BERGER & MONTAGUE, P.C.                                BAILEY & GLASSER LLP
1622 Locust Street                                     209 Capitol Street
Philadelphia, PA 19103                                 Charleston, WV 25301
Tel: (215) 875-3040                                    Tel: (304) 345-6555
Fax: (215) 875-4604                                    Fax: (304) 342-1110

Matthew P. McCue                                       *Attorneys for Plaintiff*
Law Office of Matthew McCue
179 Union Ave.
Framingham, MA 01702
Tel: (508) 620-1166

**Certificate Of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non-registered participants on February 28, 2013.

/s/ Gregory Y. Porter
Gregory Y. Porter

**Rule 7.1 Certificate**

I hereby certify that I discussed the foregoing motion with counsel for Defendants and that Defendants do not oppose the relief requested in this motion.

/s/ Gregory Y. Porter
Gregory Y. Porter