# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Glass Dimensions, Inc. on behalf of the** **Glass Dimensions, Inc. Profit Sharing** **Plan and Trust,** *and all others* *similarly situated,* | ) ) ) ) |
| | ) **CIVIL ACTION NO: 1:10-CV-10588 (JLT)** |
| Plaintiffs, | ) ) |
| v. | ) ) **FILED UNDER SEAL** |
| | ) **Order Dated June 28, 2012 (Doc. No. 103)** |
| **State Street Corporation, State Street** **Bank & Trust Co.,** **and State Street Global Advisors,** | ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO REBATES RECEIVED
<u>BY THE MEMBERS OF THE CLASS IN CONNECTION WITH SECURITIES LOANS</u>**

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2013, I caused a copy of the foregoing document filed under seal pursuant to Court Order dated June 28, 2012 to be served via e-mail on counsel as listed below:

Lori A. Martin (*pro hac vice*)
Dawn M. Wilson (*pro hac vice*)
Brad E. Konstandt (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
lori.martin@wilmerhale.com
dawn.wilson@wilmerhale.com
brad.konstandt@wilmerhale.com


/S/ Gregory Y. Porter
Gregory Y. Porter