# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Glass Dimensions, Inc.** on behalf of the **Glass Dimensions, Inc. Profit Sharing Plan and Trust,** *and all others similarly situated*, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 

Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others similarly situated*,

    Plaintiffs,

v.

State Street Corporation, State Street Bank & Trust Co., and State Street Global Advisors,

    Defendants.

**CIVIL ACTION NO:** 1:10-CV-10588 (JLT)

**FILED UNDER SEAL PUSUANT TO ORDER DATED JUNE 28, 2012 (DKT. NO. 103)**

**SUBMITTED PURSUANT TO THE COURT'S JANUARY 14, 2013 ORDER (DKT. NO. 204)**

## SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

FILED UNDER SEAL BY DEFENDANTS STATE STREET CORPORATION
AND STATE STREET BANK AND TRUST COMPANY
(TOGETHER WITH ITS STATE STREET GLOBAL ADVISORS DIVISION)

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2013, I caused a copy of **DEFENDANTS' SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, DATED MARCH 11, 2013,** to be served electronically, via the electronic filing system, on the registered participants as identified on the Notice of Electronic Filing (NEF) and by first-class mail on those indicated as non-registered participants.

/s/

Sara N. Raisner