# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>State Street Corporation, State Street Bank & Trust Co., and State Street Global Advisors,<br><br>Defendants. | CIVIL ACTION NO: 1:10-CV-10588 (JLT)<br><br>**FILED UNDER SEAL PUSUANT TO ORDER DATED JUNE 28, 2012 (DKT. NO. 103)** |

### DECLARATION OF SARA N. RAISNER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, DATED MARCH 11, 2013, AND ACCOMPANYING EXHIBIT A

FILED UNDER SEAL BY DEFENDANTS STATE STREET CORPORATION
AND STATE STREET BANK AND TRUST COMPANY
(TOGETHER WITH ITS STATE STREET GLOBAL ADVISORS DIVISION)

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2013, I caused a copy of the **DECLARATION OF SARA N. RAISNER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, DATED MARCH 11, 2013, AND ACCOMPANYING EXHIBIT A** to be served electronically, via the electronic filing system, on the registered participants as identified on the Notice of Electronic Filing (NEF) and by Federal Express on those indicated as non-registered participants.

*/s/ Sara N. Raisner*
Sara N. Raisner