**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I have conferred with opposing counsel and have attempted in good faith, but without success, to resolve or narrow the issues presented in the motion.

/s/ Lori A. Martin
Lori A. Martin

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2013, I caused a copy of this Document to be served electronically, via the electronic filing system, on the registered participants as identified on the Notice of Electronic Filing (NEF) and by first-class mail on those indicated as non-registered participants.

/s/ Eric G. Penley
Eric G. Penley