UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GLASS DIMENSIONS, INC., on behalf of the GLASS DIMENSIONS, INC. PROFIT SHARING PLAN AND TRUST, and all others similarly situated, | * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 10-10588-JLT |
| STATE STREET BANK & TRUST CO., STATE STREET CORPORATION, and STATE STREET GLOBAL ADVISORS, | * * * * | |
| Defendants. | * | |

ORDER

April 2, 2013

TAURO, J.

After a Conference on April 1, 2013, this court hereby orders that Defendants' Motion for Leave to Take Depositions [#233] is DENIED.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph L. Tauro
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge