UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                 )

**GLASS DIMENSIONS, INC.** on behalf of the  )
**Glass Dimensions, Inc. Profit Sharing Plan**  )
**and Trust, and all others similarly situated,**  )
                                                 )
            **Plaintiffs,**                 )        Civil Action No.
                                                 )        10-10588-FDS
      v.                                        )
                                                 )
**STATE STREET CORPORATION, STATE**  )
**STREET BANK & TRUST COMPANY, and**  )
**STATE STREET GLOBAL ADVISORS,**    )
                                                 )
            **Defendants.**               )
_____)

## ORDER ON CLASS DEFINITION AND FORM
## AND MANNER OF NOTICE TO CLASS

**SAYLOR, J.**

For good cause shown, plaintiff's Motion for an Order (1) Approving the Form and Manner of Notice to the Class, (2) Establishing the Process by Which Class Members May Exclude Themselves from the Action, and (3) Making Minor, Non-Substantive Modifications to the Class Definition is GRANTED in part and DENIED in part.

1.     The definition of the class is hereby modified to strike the final four words, " . . . from a Lending Fund."  The class definition shall now be the following:

> ERISA plans that, during the period of April 9, 2004 to the present: (1) invested in a Collective Trust established by Defendants that loaned securities under a Master Securities Lending Authorization Agreement, and (2) paid to Defendants fifty percent (50%) of the net securities lending income that the Collective Trust earned.

2.	Class Notice is approved in the form attached hereto as Exhibit 1.  That Notice is in substantially the form proposed by defendants, as attached as Exhibit A to the Declaration of Brad E. Konstadt, filed July 3, 2013.

3.	The Claims Administrator shall be the Heffler Claims Group, 1515 Market Street, Suite 1700, Philadelphia, PA 19102.  Defendants shall provide the class list with contact information to the Claims Administrator by October 30, 2014.  The Class Notice shall be sent by first-class mail and e-mail to class members by November 13, 2013.  Class members shall be required to submit requests to be excluded from the class by December 31, 2014.

**So Ordered.**

/s/ F. Dennis Saylor_____
F. Dennis Saylor IV
United States District Judge

Dated:  October 18, 2013