IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Glass Dimensions, Inc. on behalf of the** **Glass Dimensions, Inc. Profit Sharing** **Plan and Trust,** *and all others* *similarly situated,*        Plaintiffs,                          v. **State Street Corporation, State Street** **Bank & Trust Co.,** **and State Street Global Advisors,**        Defendants. | **CIVIL ACTION NO: 1:10-CV-10588 (FDS)** |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXENSION OF TIME TO FILE STIPULATION OF SETTLEMENT AND PRELIMINARY APPROVAL PAPERS**

On December 20, 2013, the parties in this action advised the Court that they had an agreement in principal to settle the action and filed a Joint Motion to Suspend Discovery and Other Deadlines in light of their agreement.  The motion also proposed that the parties file a Stipulation of Settlement and Motion for Approval on or before January 13, 2014.  (Dkt.  #363.) The Court granted the Motion by Electronic Order (Dkt. #364) and by separate Order (Dkt. #365) moved the status conference set for December 23, 2013 to January 14, 2014 at 11:30 a.m.

By this motion the parties seek a short extension of time, until January 21, 2014, within which to submit the Stipulation of Settlement and Preliminary Approval papers to the Court for its review.  Although the Stipulation of Settlement and Exhibits, including the proposed Notice of Settlement of Class Action and proposed preliminary and final approval orders, have been drafted, they were provided to State Street on January 7 and State Street's counsel requires

additional time to obtain input from their client and provide comments and proposed changes to Class Counsel.  In addition, due to holiday schedules and other intervening and unexpected developments in other cases, Class Counsel have not yet finalized a draft of the proposed motion for preliminary approval for review by and input from State Street's counsel, and need a short amount of additional time to do so.

The parties have no reason to expect that any substantive disagreement will arise in the negotiation of the language of these documents that will undermine the settlement agreement, but require this short extension to finalize the documents and present them to the Court.  Plaintiff, therefore, respectfully requests that the Court grant the extension requested.  Additionally, although the parties are prepared to appear for the status conference scheduled for January 14, 2014 should the Court want to proceed then, the Court may wish to reschedule the status conference for a date after the submission of the preliminary approval papers.

Class Counsel have conferred with Defendants' counsel who have indicated that they agree with the need for the extension and do not oppose this request.

Plaintiff attaches a suggested form of Order at Tab A.

Dated: January 10, 2014                                   Respectfully submitted,

| | |
|---|---|
| Todd S. Collins | /s/ Mark T. Johnson |
| Ellen T. Noteware | Todd M. Schneider |
| BERGER & MONTAGUE, P.C. | Mark T. Johnson |
| 1622 Locust Street | SCHNEIDER WALLACE COTTRELL |
| Philadelphia, PA 19103 | KONECKY LLP |
| Tel: (215) 875-3040 | 180 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94104 |
| Garrett W. Wotkyns | Tel: (415) 421-7100 |
| SCHNEIDER WALLACE COTTRELL | |
| KONECKY LLP | Gregory Y. Porter |
| 7702 E. Doubletree Ranch Road, Suite 300 | BAILEY & GLASSER LLP |
| Scottsdale, Arizona 85258 | 910 17th Street, NW Suite 800 |
| (Tel.) (202) 463-2101 | Washington, DC 20006 |
| | Tel: (202) 463-2101 |

                                    John Roddy (BBO # 424240)
Elizabeth Ryan (BBO # 549632)
BAILEY & GLASSER LLP
125 Summer Street, Suite 1030
Boston, MA  02110
Telephone: (617) 439-6730

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on  January 10, 2014, I caused a copy of the **"Plaintiff's Unopposed Motion For Entry of Order"** to Be Served Electronically, Via The Electronic Filing System, On The Registered Participants As Identified on the Notice of Electronic Filing (NEF) and by first-class mail on those indicated as non-registered participants.

                                                  /s/Mark T. Johnson  
                                                  Mark T. Johnson

# TAB A

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust,** *and all others similarly situated,* <br><br> Plaintiffs, <br> v. <br><br> **State Street Corporation, State Street Bank & Trust Co., and State Street Global Advisors,** <br><br> Defendants. | ) ) ) ) ) ) **CIVIL ACTION NO: 1:10-CV-10588 (FDS)** ) ) ) ) ) ) ) ) ) |

## ORDER

Plaintiff has moved for an extension of time for the parties to file a stipulation of settlement and preliminary approval papers. The motion is unopposed. The Court finds good cause for granting the motion and hereby Orders that the date by which the parties will file a stipulation of settlement, motion for preliminary approval of settlement, or other appropriate motion is extended to January 21, 2014. Scheduling additional dates and proceedings will be determined by further Order of the Court.

IT IS SO ORDERED this ___ date of _____, 2014.

_____
F. Dennis Saylor, IV
United States District Judge