IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others similarly situated*,<br><br>　　　　　Plaintiff,<br><br>　　　　　　　　v.<br><br>State Street Corporation, State Street Bank & Trust Co., and State Street Global Advisors,<br><br>　　　　　Defendants. | CIVIL ACTION NO: 1:10-CV-10588 (FDS) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER:**

**(1) GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT,**

**(2) APPROVING A PLAN FOR CLASS NOTICE OF THE SETTLEMENT AND PROVIDING CLASS MEMBERS WITH AN OPPORTUNITY TO OPT OUT OR OBJECT TO THE SETTLEMENT,**

**(3) APPOINTING A CLAIMS ADMINISTRATOR TO ADMINISTER THE SETTLEMENT, AND**

**(4) SCHEDULING A FINAL APPROVAL HEARING AND HEARING ON CLASS COUNSEL'S MOTION FOR FEES AND COSTS AND THE PAYMENT TO PLAINTIFF OF A SERVICE AWARD**

Plaintiff Glass Dimensions, Inc. ("Plaintiff"), on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, and the certified class in this case, having negotiated a Stipulation of Settlement and Release (the "Settlement Agreement" or the "Agreement") in this case with defendants State Street Corporation and State Street Bank and Trust Company, together with its division, State Street Global Advisors (collectively, "the State Street Defendants"), hereby moves the Court for an Order: (1) granting preliminary approval of the Settlement Agreement; (2) approving the form and plan for distribution of the class settlement notice, (the "Settlement Notice") including a provision for Class Members to opt out of the settlement (the "Settlement") or object; (3) appointing a claims administrator responsible for implementing the notice plan; and (4) scheduling a hearing at which the Court will consider whether to give final approval to the Settlement Agreement, and whether to approve Plaintiff's counsel's motion for fees and costs and Plaintiff's counsel's application for payment to Plaintiff of a service award.

Good cause exists for granting this motion, as the Settlement is the result of arm's-length negotiations following several years of hard-fought litigation and not the product of collusion, and Plaintiff and Plaintiff's counsel have had the opportunity to assess thoroughly the strengths and weaknesses of their case.

Dated: January 21, 2014                                             Respectfully submitted,

/s/ Gregory Y. Porter
Gregory Y. Porter
Todd M. Schneider                                                  BAILEY & GLASSER LLP
Mark T. Johnson                                                    910 17th Street, NW
SCHNEIDER WALLACE COTTRELL                                         Suite 800
BRAYTON KONECKY LLP                                                Washington, DC 20006
180 Montgomery Street, Suite 2000                                  Tel: (202) 463-2101
San Francisco, CA 94104                                            Fax: (202) 463-2103
Tel: (415) 421-7100
Fax: (415) 421-7105
                                                                   Todd S. Collins
                                                                   Shanon J. Carson
Garrett W. Wotkyns                                                 Ellen T. Noteware
SCHNEIDER WALLACE COTTRELL                                         BERGER & MONTAGUE, P.C.
BRAYTON KONECKY LLP                                                1622 Locust Street
7702 E. Doubletree Ranch Road, Suite 300                           Philadelphia, PA 19103
Scottsdale, Arizona 85258                                          Tel: (215) 875-3040
                                                                   Fax: (215) 875-4604
Brian A. Glasser
Michael L. Murphy                                                  John Roddy
BAILEY & GLASSER LLP                                               Elizabeth Ryan
209 Capitol Street                                                 BAILEY & GLASSER LLP
Charleston, WV 25301                                               125 Summer Street
Tel: (304) 345-6555                                                Suite 1030
Fax: (304) 342-1110                                                Boston, MA 02110
                                                                   Tel: 617-439-6730
                                                                   Fax: 617-951-3954

                                                                   *Attorneys for Plaintiff*

## Local Rule 7.1 Certification

I hereby certify that counsel for Plaintiff conferred with counsel for the Defendants concerning the relief sought in this motion and that Defendants do not oppose the relief sought in this motion.

*/s/ Gregory Y. Porter*
Gregory Y. Porter

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non-registered participants on January 21, 2014.

*/s/ Gregory Y. Porter*
Gregory Y. Porter
