IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Glass Dimensions, Inc. on behalf of the** ) <br> **Glass Dimensions, Inc. Profit Sharing** ) <br> **Plan and Trust**, *and all others* ) <br> *similarly situated,* ) <br> ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> **State Street Corporation, State Street** ) <br> **Bank & Trust Co.,** ) <br> **and State Street Global Advisors,** ) <br> ) <br> Defendants. ) | **CIVIL ACTION NO: 1:10-CV-10588 (FDS)** <br><br> **Hearing Date: May 12, 2014** <br> **Hearing Time: 2:00 PM** <br> **Courtroom: 2** |

**PLAINITFF'S UNOPPOSED MOTION FOR AN ORDER
GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND
APPROVING A PLAN OF ALLOCATION OF THE SETTLMENT PROCEEDS**

Plaintiff Glass Dimensions, Inc. ("Plaintiff"), on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust (the "Plan") and the certified class in this case, having negotiated a settlement agreement with defendants State Street Corporation and State Street Bank and Trust Company, together with its division, State Street Global Advisors (collectively, "the State Street Defendants" or "Defendants"), and having previously obtained an Order from this Court granting preliminary approval of the settlement and approving the form and plan for distribution of the class settlement notice, hereby seeks an Order granting final approval or the settlement agreement. A hearing on this matter is set for May 12, 2014 at 2:00 p.m., in this Court.

As set forth in the accompanying memorandum of law, good cause exists for granting this motion, as the Settlement is "fair, reasonable and adequate." Fed. R. Civ. P. 23(e)(1)(C).

WHEREFORE, for the reasons set forth more fully in Plaintiff's Memorandum of Law and the evidence referenced therein, Plaintiff respectfully requests that the court grant this motion for final approval and enter an order in substantially the form of the proposed order accompanying this motion.

Dated: March 3, 2014                                  Respectfully submitted,

                                                      /s/ Mark T. Johnson
                                                      Todd M. Schneider,
                                                      Mark T. Johnson
                                                      SCHNEIDER WALLACE
                                                      COTTRELL BRAYTON
                                                      KONECKY LLP
                                                      180 Montgomery Street, Suite 2000
                                                      San Francisco, CA 94104
                                                      Tel: (415) 421-7100
                                                      Fax: (415) 421-7105

                                                      Todd S. Collins
                                                      Ellen T. Noteware
                                                      BERGER & MONTAGUE, P.C.
                                                      1622 Locust Street
                                                      Philadelphia, PA 19103
                                                      Tel: (215) 875-3000
                                                      Fax: (215) 875-4604

>Gregory Y. Porter
>BAILEY & GLASSER LLP
>910 17th Street, NW
>Suite 800
>Washington, DC 20006
>Tel: (202) 463-2101
>Fax: (202) 463-2103
>
>*Counsel for Plaintiff Glass Dimensions, Inc.*

## Local Rule 7.1 Certification

I hereby certify that counsel for Plaintiff conferred with counsel for the Defendants concerning the relief sought in this motion and that Defendants do not oppose the relief sought in this motion.

>/s/ Mark T. Johnson
>Mark T. Johnson

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2014, I served the foregoing via CM/ECF on all counsel of record.

>/s/ Mark T. Johnson
>Mark T. Johnson

2