IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Glass Dimensions, Inc. on behalf of the** <br> **Glass Dimensions, Inc. Profit Sharing** <br> **Plan and Trust**, *and all others* <br> *similarly situated,* <br> <br> Plaintiff, <br> v. <br> <br> **State Street Corporation, State Street** <br> **Bank & Trust Co.,** <br> **and State Street Global Advisors,** <br> <br> Defendants. | **CIVIL ACTION NO: 1:10-CV-10588 (FDS)** <br> <br> **Hearing Date: May 12, 2014** <br> **Hearing Time: 2:00 PM** <br> **Courtroom: 2** |

**PLAINITFF'S MOTION FOR AWARD OF REASONABLE ATTORNEYS'
FEES AND COSTS AND FOR THE PAYMENT OF A SERVICE AWARD TO
PLAINTIFF'S REPRESENTATIVES**

Plaintiff Glass Dimensions, Inc. ("Plaintiff"), on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust (the "Plan") and the certified class in this case, having negotiated a settlement agreement with defendants State Street Corporation and State Street Bank and Trust Company, together with its division, State Street Global Advisors (collectively, "the State Street Defendants" or "Defendants"), and having previously obtained an Order from this Court granting preliminary approval of the settlement and approving the form and plan for distribution of the class settlement notice, hereby seeks an Order awarding Class Counsel Reasonable Attorney's Fees and Costs and for the Payment of a Service Award to Plaintiff's Representatives. Specifically, as set forth in the accompanying Memorandum of Law and supporting declarations, Plaintiff seeks an order awarding fees in the total amount of one third of the settlement fund, or $3.333 million, the reimbursement of actual litigation costs in the total amount of $383,815.11 and a service award in the amount of $15,000 for each of Plaintiff's representatives, to be paid from the Settlement Fund prior to disbursement of the fund to Class Members.

A hearing on this matter is set for May 12, 2014 at 2:00 p.m., in this Court, at the same time as the final approval hearing. Good cause exists for granting this motion, as set forth in the accompanying Memorandum of Law.

WHEREFORE, for the reasons set forth more fully in Plaintiff's Memorandum of Law and the evidence referenced therein, Plaintiff respectfully requests that the court grant this motion.

Dated: March 17, 2014

Respectfully submitted,

/s/ Gregory Y. Porter
Gregory Y. Porter
BAILEY & GLASSER LLP
910 17th Street, NW
Suite 800
Washington, DC 20006
Tel: (202) 463-2101
Fax: (202) 463-2103

Todd M. Schneider,
Mark T. Johnson
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 421-7100
Fax: (415) 421-7105

Todd S. Collins
Ellen T. Noteware
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

*Counsel for Plaintiff Glass Dimensions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2014, I served the foregoing via CM/ECF on all counsel of record.

/s/ Gregory Y. Porter
Gregory Y. Porter