IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Glass Dimensions, Inc. on behalf of the Glass Dimensions, Inc. Profit Sharing Plan and Trust, *and all others similarly situated*, <br><br> Plaintiff, <br> v. <br><br> State Street Corporation, State Street Bank & Trust Co., and State Street Global Advisors, <br><br> Defendants. | ) ) ) ) ) ) CIVIL ACTION NO: 1:10-CV-10588 (FDS) ) ) ) ) ) ) ) ) ) |

[~~PROPOSED~~] DISTRIBUTION ORDER

AND NOW, this 15th day of September, 2014, it is ORDERED:

1. The Court approves the procedures used and actions taken by the settlement administrator, Heffler Claims Group ("Heffler"), and Class Counsel for the administration of the Settlement, as described in Plaintiff's Unopposed Motion for an Order to Approve the Plan of Allocation and Allow Distribution of the Net Settlement Fund to Class Members (the "Motion"), Plaintiff's Memorandum in Support of the Motion, and the Declaration of Tina Chiango in Support of Plaintiff's Motion to Approve the Plan of Allocation and Allow Distribution of the Net Settlement Fund to Class Members, submitted herewith (the "Chiango Declaration").

2. The Court approves the *pro rata* distribution of the Net Settlement Fund to the Class Members as provided for in Exhibit A to the Chiango Declaration.

3. The Court directs that, 220 days after the initial distribution of the Net Settlement Fund to Class Members, and after efforts that Heffler deems appropriate to locate Class Members authorized claimants and to distribute funds to them, it will be appropriate to distribute any unclaimed monies remaining in the Net Settlement Fund to a non-profit, charitable organization or organizations selected by Class Counsel, which distribution shall be in the public interest.

4. Heffler, Plaintiff, Class Counsel, Defendants, Defendants' Counsel, and all others involved in settlement administration and/or payment of the Net Settlement Fund to Class Members are released and discharged from all claims arising out of such involvement. All Class Members are barred from making any further claims against the Settlement Fund or any of the persons released above, pursuant to the detailed releases in the Stipulation of Settlement (Dkt. 373-1) and the Court's final Order approving the Settlement (Dkt. 409).

_____
UNITED STATES DISTRICT JUDGE
F. DENNIS SAYLOR